# EXHIBIT C

## Walsh, Louise

| | |
|---|---|
| **From:** | Nunnally, Allen [Allen.Nunnally@wilmerhale.com] |
| **Sent:** | Wednesday, February 24, 2010 10:37 AM |
| **To:** | apfeffer@kenyon.com; Walsh, Louise; Morse, Hartwell |
| **Cc:** | Abdullah, Sadaf |
| **Subject:** | Actonel OAM Litigation |
| **Attachments:** | Search Terms for PG_ESI with Apotex terms.DOC |

Antony, Louise, and Hart,

We have investigated the issue with the "P&G Disclosure Letter" that was referenced in the Purchase Agreement provided to you. That document, however, is full of highly sensitive and irrelevant information, and does not convey the pertinent information about the transfer of relevant patent and license rights in the most clear and straightforward manner. We are in the process of gathering proper documentation sufficient to show/convey to you that Warner Chilcott holds the rights to the '513 patent and the license to the '938 patent from Roche and will provide that as soon as possible.

With respect to document production more generally, and specifically in reference to electronic documents, I attach the current "working list" of search terms. The first 36 terms were generated on our end, while terms 37-71 recently came from Apotex. I have highlighted a few terms in yellow terms that I believe are overly broad and not narrowly and appropriately tailored to capture information relevant to this case. I would suggest removing these terms or narrowing them. There are two additional terms I have highlighted in green where I am unsure about whether the syntax will work. Specifically, I don't know if it is possible to have multiple proximity operators in one search, but I am checking on this. Antony, we welcome your input on these terms as well.

Independent of these terms, we are in the process of gathering documents we know we will be producing. The sooner we can nail down these search terms, however, the sooner we will be able to complete the process. I look forward to your comments and feedback.

Thanks,
Allen


**Allen C. Nunnally | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6242 (t)
+1 617 526 5000 (f)
allen.nunnally@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

6/30/2010