IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>and<br><br>APOTEX, INC. and APOTEX CORP.,<br><br>Defendants. | C.A. No. 08-627-JJF<br>C.A. No. 09-143-JJF<br><br>CONSOLIDATED |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Laura D. Hatcher and the law firm of Richards, Layton & Finger to represent Plaintiffs in the above-captioned case.

                                                                                                                      /s/ Laura D. Hatcher
                                                                       Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700

*Attorneys for THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC.*

Dated: July 7, 2010

RLF1 3588004v. 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Karen L. Pascale, Esquire
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street - 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
>
> Richard William Riley, Esquire
> Duane Morris LLP
> 1100 North Market Street
> Suite 1200
> Wilmington, DE 19801

I hereby certify that on July 7, 2010, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

> James Galbraith, Esquire
> Maria Luisa Palmese, Esquire
> Antony Pfeffer, Esquire
> Kenyon & Kenyon LLP
> One Broadway
> New York, NY 10004
>
> Steven E. Feldman, Esquire
> Husch Blackwell Sanders Welsh &
>  Katz LLP
> 120 South Riverside Plaza
> 22nd Floor
> Chicago, IL 60606

> */s/ Laura D. Hatcher*
> Laura D. Hatcher (#5098)
> Hatcher@rlf.com