IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY<br>and HOFFMANN-LA ROCHE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 08-627-JJF<br><br>CONSOLIDATED |
| THE PROCTER & GAMBLE COMPANY<br>and HOFFMANN-LA ROCHE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX, INC. and APOTEX CORP.,<br><br>Defendants. | C. A. No. 09-143-JJF |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Teva Pharmaceuticals USA, Inc. ("Teva") hereby certifies that copies of *Defendant Teva Pharmaceuticals USA, Inc.'s Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories (Nos. 2, 3, 7 & 8)*, were caused to be served upon the following counsel of record on July 7, 2010 as indicated below:

*By Hand Delivery and E-Mail:*

Frederick L. Cottrell, III, Esquire [cottrell@rlf.com]
Steven J. Fineman, , Esquire [sfineman@rlf.com]
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
  *Counsel for Plaintiffs*

***By E-mail:***

William F. Lee [william.lee@wilmerhale.com]
Hollie L. Baker [hollie.baker@wilmerhale.com]
Vinita Ferrera [vinita.ferrera@wilmerhale.com]
Allen C. Nunnally  [Allen.Nunnally@wilmerhale.com]
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
  *Counsel for Plaintiff The Proctor & Gamble Company*

David B. Bassett [david.bassett@wilmerhale.com]
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
  *Counsel for Plaintiff The Proctor & Gamble Company*

Mark E. Waddell [mwaddell@loeb.com]
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
  *Counsel for Plaintiff Hoffman-LaRoche Inc.*

Additionally, the undersigned hereby certifies that on July 7, 2010, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record as indicated below:

***By Hand Delivery and E-Mail:***

Frederick L. Cottrell, III, Esquire [cottrell@rlf.com]
Steven J. Fineman, , Esquire [sfineman@rlf.com]
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801
  *Counsel for Plaintiffs*

***By E-Mail:***

Richard W. Riley, Esquire [rwriley@duanemorris.com]
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

*By E-mail:*

William F. Lee [william.lee@wilmerhale.com]
Hollie L. Baker [hollie.baker@wilmerhale.com]
Vinita Ferrera [vinita.ferrera@wilmerhale.com]
Allen C. Nunnally [Allen.Nunnally@wilmerhale.com]
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
  *Counsel for Plaintiff The Proctor & Gamble Company*

David B. Bassett [david.bassett@wilmerhale.com]
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
  *Counsel for Plaintiff The Proctor & Gamble Company*

Mark E. Waddell [mwaddell@loeb.com]
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
  *Counsel for Plaintiff Hoffman-LaRoche Inc.*

Louise T. Walsh [louise.walsh@huschblackell.com]
Hartwell P. Morse, III [Hartwell.Morse@huschblackwell.com]
HUSCH BLACKWELL SANDERS WELSH & KATZ LLP
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*


DATED: July 7, 2010                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                       _____
                                       Josy W. Ingersoll (No. 1088)
                                       Karen L. Pascale (No. 2903)
                                       Karen E. Keller (No. 4489) [kkeller@ycst.com]
                                       The Brandywine Building
                                       1000 West St., 17th Floor
                                       P.O. Box 391
                                       Wilmington, Delaware 19899-0391
                                       302-571-6600

                                       *Attorneys for Defendant*
                                       *Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
Antony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
(212) 425-7200