# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> and <br><br> APOTEX INC. and APOTEX CORP. <br><br> Defendants. | Civil Action No. 08-627-JJF <br> Civil Action No. 09-143-JJF <br><br> <u>CONSOLIDATED</u> <br><br> Hon. Judge Joseph J. Farnan, Jr. <br><br> Magistrate Judge Leonard P. Stark |

## <u>NOTICE OF SERVICE</u>

Please take notice that the undersigned hereby certifies that on the 7th day of July, 2010, true and correct copies of Defendants Apotex, Inc.'s and Apotex Corp.'s Responses to Plaintiffs' Second Set of Requests For the Production of Documents And Things were served upon the following counsel in the manner indicated below:

<u>**VIA HAND DELIVERY AND EMAIL**</u>
Frederick L. Cottrell, III
Stephen J. Fineman
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801

<u>**VIA E-MAIL**</u>
Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
*mwaddell@loeb.com*

DM3/2382755

**VIA E-MAIL**
William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
*william.lee@wilmerhale.com*
*vinita.ferrera@wilmerhale.com*
*hollie.baker@wilmerhale.com*
*allen.nunnally@wilmerhale.com*

**VIA E-MAIL**
David B. Bassett
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, New York 10022
*david.bassett@wilmerhale.com*

Additionally, the undersigned hereby certifies that on the 7th day of July, 2010, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record as indicated below:

**VIA HAND DELIVERY AND EMAIL**
Frederick L. Cottrell, III
Stephen J. Fineman
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**VIA EMAIL**
Karen L. Pascale
**YOUNG, CONAWAY, STARGATT & TAYLOR**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**VIA E-MAIL**
William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
*william.lee@wilmerhale.com*
*vinita.ferrera@wilmerhale.com*
*hollie.baker@wilmerhale.com*
*allen.nunnally@wilmerhale.com*

**VIA E-MAIL**
James Galbraith
Maria Luisa Palmese
A. Anthony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004-1007
*jgalbraith@kenyon.com*
*mpalmese@kenyon.com*
*apfeffer@kenyon.com*
*pgiunta@kenyon.com*

**VIA E-MAIL**
David B. Bassett
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, New York 10022
*david.bassett@wilmerhale.com*

**VIA E-MAIL**
Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
*mwaddell@loeb.com*

Dated: July 7, 2010

                                                          */s/ Richard W. Riley*
                                                        Richard W. Riley (DE #4052)
                                                        DUANE MORRIS LLP
                                                        1100 N. Market St., Suite 1200
                                                        Wilmington, Delaware 19801
                                                        Phone: 302-657-4900
                                                        Fax: 302-657-4901
                                                        *rwriley@duanemorris.com*

                                                        *Counsel for Defendants*
                                                        *Apotex Inc. and Apotex Corp*

*Of Counsel:*
Steven E. Feldman
Louise T. Walsh
Hartwell P. Morse, III
Sherry L. Rollo
HUSCH BLACKWELL SANDERS
WELSH & KATZ, LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois 60606
Phone: 312-655-1500
Fax: 312-655-1501
*steven.feldman@huschblackwell.com*
*louise.walsh@huschblackwell.com*
*hartwell.morse@huschblackwell.com*
*sherry.rollo@huschblackwell.com*