IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> and <br><br> APOTEX, INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 08-627-JJF <br> C.A. No. 09-143-JJF <br><br> CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Hoffman-La Roche Inc.'s Objections and Responses to Defendant Teva Pharmaceuticals USA, Inc.'s Second Set of Requests for the Production of Documents and Things to Plaintiff Hoffman-La Roche Inc. (No. 76) were caused to be served on July 7, 2010, on counsel of record in the manner indicated:

**BY HAND DELIVERY**

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Antony Pfeffer, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

Steven E. Feldman, Esquire
Husch Blackwell Sanders Welsh &
  Katz LLP
120 South Riverside Plaza
22nd Floor
Chicago, IL  60606

OF COUNSEL:

William F. Lee
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

*Attorneys for*
*THE PROCTER & GAMBLE COMPANY*

OF COUNSEL:

Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY
(212) 407-4000

*Attorney for*
*HOFFMANN-LA ROCHE INC.*

Dated:  July 7, 2010

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
One Rodney Square
Wilmington, DE 19801
 (302) 651-7700

*Attorneys for*
*THE PROCTER & GAMBLE COMPANY and*
*HOFFMANN-LA ROCHE INC.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

>Karen L. Pascale, Esquire
>Young Conaway Stargatt & Taylor
>The Brandywine Building
>1000 West Street - 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391

>Richard William Riley, Esquire
>Duane Morris LLP
>1100 North Market Street
>Suite 1200
>Wilmington, DE 19801

I hereby certify that on July 7, 2010, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

| | |
|---|---|
| James Galbraith, Esquire | Steven E. Feldman, Esquire |
| Maria Luisa Palmese, Esquire | Husch Blackwell Sanders Welsh & |
| Antony Pfeffer, Esquire | Katz LLP |
| Kenyon & Kenyon LLP | 120 South Riverside Plaza |
| One Broadway | 22nd Floor |
| New York, NY 10004 | Chicago, IL 60606 |

>*/s/ Laura D. Hatcher*
>Laura D. Hatcher (#5098)
>Hatcher@rlf.com