IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>and<br><br>APOTEX, INC. and APOTEX CORP.,<br><br>Defendants. | C.A. No. 08-627-JJF<br>C.A. No. 09-143-JJF<br><br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Amended and Supplemental Objections and Responses to Teva Pharmaceuticals USA, Inc.'s Second Set of Interrogatories (Nos. 7-13) were caused to be served on July 7, 2010, on counsel of record in the manner indicated:

**BY HAND DELIVERY**

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Antony Pfeffer, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

Steven E. Feldman, Esquire
Husch Blackwell Sanders Welsh &
  Katz LLP
120 South Riverside Plaza
22nd Floor
Chicago, IL  60606

OF COUNSEL:

William F. Lee
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

*Attorneys for*
*THE PROCTER & GAMBLE COMPANY*

OF COUNSEL:

Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY
(212) 407-4000

*Attorney for*
*HOFFMANN-LA ROCHE INC.*

Dated: July 7, 2010

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700

*Attorneys for*
*THE PROCTER & GAMBLE COMPANY and*
*HOFFMANN-LA ROCHE INC.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

>Karen L. Pascale, Esquire
>Young Conaway Stargatt & Taylor
>The Brandywine Building
>1000 West Street - 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391

>Richard William Riley, Esquire
>Duane Morris LLP
>1100 North Market Street
>Suite 1200
>Wilmington, DE 19801

I hereby certify that on July 7, 2010, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

>James Galbraith, Esquire
>Maria Luisa Palmese, Esquire
>Antony Pfeffer, Esquire
>Kenyon & Kenyon LLP
>One Broadway
>New York, NY 10004

>Steven E. Feldman, Esquire
>Husch Blackwell Sanders Welsh &
>  Katz LLP
>120 South Riverside Plaza
>22nd Floor
>Chicago, IL 60606

>*/s/ Laura D. Hatcher*
>Laura D. Hatcher (#5098)
>Hatcher@rlf.com