## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC ) | |
| ) | Civil Action No. 08-627-LPS |
| and ) | Civil Action No. 09-143-LPS |
| ) | Civil Action No. 10-285-LPS |
| HOFFMANN-LA ROCHE INC., ) | |
| ) | CONSOLIDATED |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| APOTEX INC. and APOTEX CORP. ) | |
| ) | |
| and ) | |
| ) | |
| MYLAN PHARMACEUTICALS INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **Defendant Mylan Pharmaceuticals Inc.'s First Set of Interrogatories to Plaintiff WarnerChilcott Company, LLC and Hoffmann-La Roche Inc.,** were served upon the attorneys listed below as indicated this 7th day of September, 2010:

**VIA EMAIL (9/7/2010) and HAND DELIVERY(9/8/2010):**
Fredrick Cottrell
Steven J. Fineman
Laura D. Hatcher
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com
hatcher@rlf.com
*Attorneys for Warner Chilcott Company LLC and Hoffmann-LaRoche Inc.*

**VIA EMAIL:**
William F. Lee
Vinita Ferrera
Allen C. Nunnally
Wilmer Cuter Pickering Hale and Dorr
60 State Street
Boston, MA 526-6000
Attorneys for Warner Chilcott Company LLC
william.lee@wilmerhale.com
vinita.ferrera@wilmerhale.com
allen.nunnally@wilmerhale.com
*Attorneys for Warner Chilcott Company*

**VIA EMAIL:**
Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
mwaddell@loeb.com
*Attorneys for Hoffmann-LaRoche Inc.*

**VIA EMAIL:**
Karen L. Pascale
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
*Attorneys for Teva Pharmaceuticals USA Inc.*

**VIA EMAIL:**
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
Peter L. Giunta
Kenyon Kenyon LLP
One Broadway
New York, NY 10004
Jgalbraith@kenyon.com
mpalmese@kenyon.com
apfeffer@kenyon.com
pgiunta@kenyon.com
*Attorneys for Teva Pharmaceuticals USA Inc.*

**VIA EMAIL:**
Richard William Riley
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
rwriley@duanemorris.com
*Attorneys for Apotex Corp.*
*and Apotex Inc.*

**VIA EMAIL:**
Louise Walsh
Sherry Rollo
Steven E. Feldman
Husch Blackwell Sanders Welsh & Katz
120 South Riverside Plaza, 2nd Floor
Chicago, IL 60606
Louise.walsh@huschblackwell.com
sherry.rollo@huschblackwell.com
feldman@huschblackwell.com
*Attorneys for Apotex Corp. and Apotex Inc.*

Dated: September 7, 2010

*/s/ Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com
rherrmann@morrisjames.com
*Attorneys for Defendant Mylan Pharmaceuticals Inc.*