IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Proctor & Gamble Co., and<br>Hoffmann-La Roche Inc., | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 08-627-LPS |
| Teva Pharmaceuticals USA Inc., | : | |
| Defendant. | : | |

## ORDER

At Wilmington, this **21st** day of **September**, 2010, in light of the appointment of the Honorable Leonard P. Stark to the position of United States District Judge for the District of Delaware;

**IT IS HEREBY ORDERED** that the above captioned case is referred to U.S. Magistrate Judge Mary Pat Thynge, pursuant to 28 U.S.C. § 636(b), for the purposes of exploring ADR.

_____
UNITED STATES DISTRICT JUDGE