**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC ) | |
| ) | Civil Action No. 08-627-LPS |
| and ) | |
| ) | CONSOLIDATED |
| HOFFMANN-LA ROCHE INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| APOTEX INC. and APOTEX CORP. ) | |
| ) | |
| and ) | |
| ) | |
| MYLAN PHARMACEUTICALS INC., ) | |
| ) | |
| Defendants. ) | |

**(REVISED) NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following documents, **(1) MYLAN PHARMACEUTICALS INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES,** and **(2) MYLAN PHARMACEUTICALS INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS,** were served upon the attorneys listed below as indicated this 27th day of September, 2010:

| **VIA EMAIL and HAND DELIVERY:** | **VIA EMAIL:** |
|---|---|
| Fredrick Cottrell | William F. Lee |
| Steven J. Fineman | Vinita Ferrera |
| Laura D. Hatcher | Allen C. Nunnally |
| Richards Layton & Finger | Wilmer Cuter Pickering Hale and Dorr |
| One Rodney Square | 60 State Street |
| Wilmington, DE  19801 | Boston, MA 526-6000 |
| cottrell@rlf.com | Attorneys for Warner Chilcott |
| fineman@rlf.com | Company LLC |
| hatcher@rlf.com | william.lee@wilmerhale.com |
| *Attorneys for Warner Chilcott Company* | vinita.ferrera@wilmerhale.com |
| *LLC and Hoffmann-LaRoche Inc.* | allen.nunnally@wilmerhale.com |
| | *Attorneys for Warner Chilcott Company* |

**VIA EMAIL:**
Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
mwaddell@loeb.com
*Attorneys for Hoffmann-LaRoche Inc.*

.

Dated: September 27, 2010        */s/ Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com
rherrmann@morrisjames.com
*Attorneys for Defendant Mylan Pharmaceuticals Inc.*