# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC )<br>)<br>and )<br>)<br>HOFFMANN-LA ROCHE INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>APOTEX INC. and APOTEX CORP. )<br>)<br>and )<br>)<br>MYLAN PHARMACEUTICALS, INC. )<br>)<br>Defendants. ) | Civil Action No. 08-627-LPS<br>Civil Action No. 09-143-LPS<br>Civil Action No. 10-285-LPS<br><br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Objections and Responses to Mylan Pharmaceuticals Inc.'s First Set of Interrogatories to Plaintiffs (Nos. 1-8) were caused be served on October 12, 2010 as follows:

### VIA EMAIL

Richard K. Herrmann
Mary B. Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Antony Pfeffer, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, DE 19899

Steven E. Feldman, Esquire
Husch Blackwell Sanders Welsh & Katz, LLP
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*/s/ Laura D. Hatcher*
Frederick L. Cottrell III (#2555)
Steven J. Fineman (#4025)
Laura D. Hatcher (#5098)
Cottrell@rlf.com
Fineman@rlf.com
Hatcher@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

Attorneys for Warner Chilcott Company, LLC
and Hoffmann-La Roche Inc.

Dated: October 12, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and have sent by Electronic Mail to the following:

Richard K. Herrmann
Mary B. Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801

I hereby certify that on October 12, 2010, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Antony Pfeffer, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

Steven E. Feldman, Esquire
Husch Blackwell Sanders Welsh & Katz, LLP
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
Hatcher@rlf.com