## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, ET AL., | : : : | |
| Plaintiffs, | : : : | |
| v. | : : | C. A. No. 08-627-LPS (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., ET AL., | : : : : | |
| Defendants. | : | |
| THE PROCTER & GAMBLE COMPANY, ET AL., | : : : | |
| Plaintiffs, | : : : | |
| v. | : : | C. A. No. 09-61-LPS |
| SUN PHARMA GLOBAL, INC., | : : | |
| Defendant. | : | |

## **ORDER OF CONSOLIDATION**

At Wilmington this **1st** day of **November, 2010.**

IT IS ORDERED that C.A. No. 09-61-LPS shall be consolidated with C.A. No. 08-627-LPS (previously consolidated with C.A. No. 09-143-LPS and C.A. No. 10-285-LPS) for all pretrial purposes pursuant to Fed. R. Civ. P. 42(a). C.A. No. 08-627-LPS shall be the lead case for pretrial purposes. All pretrial filings shall be made in C.A. No. 08-627-LPS.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES DISTRICT JUDGE