IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-627-LPS |
| v. | ) ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) | |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 09-143-LPS |
| v. | ) ) ) | (consolidated with C.A. No. 08-627-LPS) |
| APOTEX, INC. AND APOTEX CORP., | ) ) | |
| Defendants. | ) | |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 10-285-LPS |
| v. | ) ) ) | (consolidated with C.A. No. 08-627-LPS) |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 09-61-LPS |
| v. | ) ) ) | (consolidated with C.A. No. 08-627-LPS) |
| SUN PHARMA GLOBAL, INC., | ) ) | |
| Defendant. | ) | |

RLF1 3628588v. 1

**STIPULATED PROTECTIVE ORDER
REGARDING DEFENDANTS APOTEX INC., APOTEX CORP.,
MYLAN PHARMACEUTICALS INC., AND SUN PHARMA GLOBAL, INC.**

**WHEREAS** by Court Order dated September 24, 2009, separate actions styled *The Procter & Gamble Company and Hoffmann-La Roche Inc. v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 08-627-LPS, and *The Procter & Gamble Company and Hoffmann-La Roche Inc. v. Apotex Inc. and Apotex Corp.*, Civil Action No. 09-143-LPS, were consolidated for pretrial purposes;

**WHEREAS** by Court Order dated July 28, 2010, a third action styled *Warner Chilcott Company, LLC and Hoffmann-La Roche, Inc. v. Mylan Pharmaceuticals, Inc.*, Civil Action No. 10-285-LPS, was consolidated with the actions styled *The Procter & Gamble Company and Hoffmann-La Roche Inc. v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 08-627-LPS and *The Procter & Gamble Company and Hoffmann-La Roche Inc. v. Apotex Inc. and Apotex Corp.*, Civil Action No. 09-143-LPS for pretrial purposes;

**WHEREAS** by Court Order dated November 1, 2010, a fourth action styled *The Procter & Gamble Co. v. Sun Pharma Global, Inc.*, Civil Action No. 09-61-LPS, was consolidated with the above-identified actions;

**WHEREAS** Plaintiff Hoffmann-La Roche Inc. ("Roche") and Defendants Apotex, Inc. and Apotex Corp. (collectively "Apotex") have been and are currently parties to litigations in the United States District Court for the District of New Jersey, styled *Hoffmann-La Roche Inc. v. Apotex Inc and Apotex Corp.*, Civil Action No. 07-4417 (SRC) (MAS), *Hoffmann-La Roche Inc. v. Apotex Inc. and Apotex Corp.*, Civil Action No. 08-3065 (SRC) (MAS) (administratively closed and consolidated with Civil Action No. 07-4417 (SRC) (MAS)), and *Hoffmann-La Roche Inc. v. Apotex Inc. and Apotex Corp.*, Civil Action No. 08-4053 (SRC) (MAS) (administratively

closed and consolidated with Civil Action No. 07-4417 (SRC) (MAS)) (the "Apotex New Jersey Action"), which had at one stage of the litigation involved, *inter alia*, United States Patent No. 7,192,938, which is at issue in this Action;

**WHEREAS** Plaintiff Roche and Genpharm Inc. and Genpharm, L.P. (collectively "Genpharm") have been and are currently parties to litigations in the United States District Court for the District of New Jersey, styled *Hoffmann-La Roche Inc. v. Genpharm Inc. and Genpharm, L.P.*, Civil Action No. 07-4661 (SRC) (MAS) and *Hoffmann-La Roche Inc. v. Genpharm Inc. and Genpharm, L.P.*, Civil Action No. 08-4052 (SRC) (MAS) (administratively closed and consolidated with Civil Action No. 07-4661 (SRC) (MAS)) (the "Genpharm New Jersey Action"), which had at one stage of the litigation involved, *inter alia*, United States Patent No. 7,192,938, which is at issue in this Action;

**WHEREAS** both Genpharm and Mylan Pharmaceuticals, Inc. ("Mylan") are related to Mylan, Inc.;

**WHEREAS**, on April 3, 2008, the Court in the Apotex and Genpharm New Jersey Actions entered a "Stipulated Discovery Confidentiality Order" (D.I. 25) in Civil No. 07-4417 (D.N.J.);

**WHEREAS** the Court, on August 13, 2009, entered a Stipulated Protective Order (D.I. 31) in Civil No. 08-627-LPS between Plaintiffs The Procter & Gamble Company ("P&G") and Roche and Defendant Teva Pharmaceuticals USA, Inc. ("Teva");

**WHEREAS** Plaintiff Warner Chilcott Company, LLC ("Warner Chilcott") and Defendants Apotex, Mylan, and Sun Pharma Global, Inc. ("Sun"), in order to expedite discovery and progress in this Action, stipulate and agree to be bound by the terms of the Stipulated

Protective Order (D.I. 31) previously entered by the Court in Civil No. 08-627-LPS on August 13, 2009;

**WHEREAS** Plaintiffs P&G and Roche and Defendant Teva agree, in light of the consolidation in this Action, to modify the language of the first two sentences of Paragraph 3 of the Stipulated Protective Order (D.I. 31) in Civil No. 08-627-LPS to be consistent with Paragraph 3 of the Stipulated Discovery Confidentiality Order entered in the Apotex and Genpharm New Jersey Actions (D.I. 25 in Civil No. 07-4417) for multiple defendants; and

**WHEREAS** Plaintiffs P&G and Roche and Defendant Teva do not object to inclusion of Plaintiff Warner Chilcott and Defendants Apotex, Mylan, and Sun under the terms of the Stipulated Protective Order (D.I. 31) in Civil No. 08-627-LPS;

**IT IS HEREBY ORDERED THAT:**

1. The August 13, 2009 Stipulated Protective Order (D.I. 31) in Civil No. 08-627-LPS shall govern all parties in this consolidated Action;

2. The first paragraph of Paragraph 3 of the Stipulated Protective Order (D.I. 31) is hereby modified to read as follows:

> The following provision governs the disclosure of information designated as "Highly Confidential Information," and applies to the disclosure of information to Plaintiffs by individual Defendants, by Plaintiffs to individual Defendants, and by individual Defendants to other individual Defendants. A party receiving "Highly Confidential Information," or any analysis or report containing "Highly Confidential Information" shall not disclose such information to any other party or any person other than those persons set forth below, with certain exceptions set forth in paragraph 7.

3. The materials designated by Roche as "Highly Confidential Information – Outside Counsel Only" under the Stipulated Discovery Confidentiality Order in the Apotex and Genpharm New Jersey Actions may be used and disclosed in this litigation according to the

provisions governing "Highly Confidential Information" under the Stipulated Protective Order in this Action as set forth in paragraph 3 of the Stipulated Protective Order.

4. The materials designated by Roche as "Confidential Information" under the Stipulated Discovery Confidentiality Order in the Apotex and Genpharm New Jersey Actions may be used and disclosed in this litigation according to the provisions governing "Confidential Information" under the Stipulated Protective Order in this Action as set forth in paragraph 4 of the Stipulated Protective Order.

*Of Counsel*

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**FROMMER LAWRENCE & HAUG, LLP**
745 Fifth Avenue
New York, New York 10151
212-588-0800

/s/ Mary B. Matterer
Richard K. Herrmann (DE # 405)
Mary B. Matterer (DE # 2696)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302-888-6800

*Counsel for Defendant*
*Mylan Pharmaceuticals, Inc.*

*Of Counsel*

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
**HUSCH BLACKWELL SANDERS**
  **WELSH & KATZ**
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois 60606
312-655-1500

/s/ Richard W. Riley
Richard W. Riley (DE #4052)
**DUANE MORRIS LLP**
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302-657-4900

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

<table>
<tr><td>

*Of Counsel*

James Galbraith
A. Antony Pfeffer
Hartwell P. Morse, III
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
212-425-7200

</td><td>

/s/ Karen Pascale
Karen Pascale (#2903)
**YOUNG, CONWAY, STARGATT
 & TAYLOR LLP**
The Brandywine Building, 17th
1000 West Street
Wilmington, Delaware 19899-0391
302-571-6600
kpascale@ycst.com

*Counsel for Defendant
Teva Pharmaceuticals USA, Inc.*

</td></tr>
<tr><td>

*Of Counsel*

Eric C. Cohen
Jeremy C. Daniel
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661
(312) 902-5200
eric.cohen@kattenlaw.com
jeremy.daniel@kattenlaw.com

</td><td>

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
bef@pgslaw.com

*Counsel for Defendant
Sun Pharma Global, Inc.*

</td></tr>
<tr><td>

*Of Counsel*

William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
**WILMER CUTLER PICKERING HALE
 AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
617-526-6000

</td><td>

/s/ Steven J. Fineman
Frederick L. Cottrell III (#2555)
Steven J. Fineman (#4025)
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
302-651-7700
cottrell@rlf.com
fineman@rlf.com

*Counsel for Plaintiffs The Procter
& Gamble Company, Warner Chilcott
Company, LLC, and Hoffmann-
La Roche Inc.*

</td></tr>
</table>

David B. Bassett
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, New York 10022
212-230-8800

*Counsel for Plaintiffs The Procter & Gamble Company and Warner Chilcott Company, LLC*

Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
212-407-4000

*Counsel for Plaintiff Hoffmann-La Roche Inc.*

Dated: November 15, 2010

    The Court, having determined good cause exists for entry of this Stipulated Protective Order,

**IT IS SO ORDERED.**

Date: November 15, 2010

_____
The Honorable Leonard P. Stark
United States District Court Judge

RLF1 3628588v. 1