IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 08-627-LPS <br> (CONSOLIDATED) |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br> v. <br><br> APOTEX, INC. AND APOTEX CORP., <br><br> Defendants. | C.A. No. 09-143-LPS <br> (consolidated with C.A. No. 08-627-LPS) |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 10-285-LPS <br> (consolidated with C.A. No. 08-627-LPS) |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br> v. <br><br> SUN PHARMA GLOBAL, INC., <br><br> Defendant. | C.A. No. 09-61-LPS <br> (consolidated with C.A. No. 08-627-LPS) |

## STIPULATION REGARDING CLAIM CONSTRUCTION BRIEFING

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1. All defendants will join in the filing of a single opening brief and a single responsive brief addressing issues of claim construction related to U.S. Patent No. 7,192,938 ("the '938 patent") with a page limit of 30 pages for the opening brief and 15 pages for the responsive brief.

2. Plaintiffs will join in filing a single opening brief and a single responsive brief addressing the issues of claim construction related to U.S. Patent No. 7,192,938 ("the '938 patent") with a page limit of 30 pages for the opening brief and 15 pages for the responsive brief.

3. In addition, Plaintiffs and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") will each file an opening and responsive brief addressing issues of claim construction related to U.S. Patent No. 6,165,513 ("the '513 patent"), to be limited to issues that are unique to Teva concerning the '513 patent (subject to ordinary page limitations under Local Rule 7.1.3(a)(4)).

4. The existing briefing schedule (opening briefs on November 22, 2010, and responsive briefs on December 20, 2010) is unchanged.

5. In support of this request, the parties submit that this arrangement will actually reduce the total number of pages of claim construction briefing compared to what the parties could file individually consistent with the Local Rules and the Amended Consolidated Scheduling Order. It will also allow the joint brief on the '938 patent to focus on developing the themes unique to that method of treatment patent.

DATED: November 18, 2010

*Of Counsel:*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
60 State Street
Boston, Massachusetts 02109
Telephone: 617-526-6000

David B. Bassett
399 Park Avenue
New York, New York 10022
Phone: 212-230-8800

*Counsel for Plaintiffs The Procter & Gamble Company and Warner Chilcott Company, LLC*

Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
Phone: 212-407-4000

*Counsel for Plaintiff Hoffmann-La Roche Inc.*

*Of Counsel:*

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**FROMMER LAWRENCE & HAUG, LLP**
745 Fifth Avenue
New York, New York 10151
Telephone: 212-588-0800

/s/ *Laura D. Hatcher*
Frederick L. Cottrell III (#2555)
Steven J. Fineman (#4025)
Laura D. Hatcher (#5098)
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
cottrell@rlf.com
fineman@rlf.com

*Counsel for Plaintiffs The Procter & Gamble Company, Warner Chilcott Company, LLC, and Hoffmann-La Roche Inc.*

/s/ *Mary B. Matterer*
Richard K. Herrmann ( # 405)
Mary B. Matterer ( # 2696)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Defendant Mylan Pharmaceuticals, Inc.*

| | |
|---|---|
| *Of Counsel:* | /s/ *Richard W. Riley* |
| | Richard W. Riley (DE #4052) |
| Steven E. Feldman | **DUANE MORRIS LLP** |
| Hartwell P. Morse, III | 1100 N. Market St., Suite 1200 |
| Louise T. Walsh | Wilmington, Delaware 19801 |
| Sherry L. Rollo | Phone: 302-657-4900 |
| **HUSCH BLACKWELL SANDERS** | Fax: 302-657-4901 |
| **WELSH & KATZ** | RWRiley@duanemorris.com |
| 120 S. Riverside Plaza – Suite 2200 | |
| Chicago, Illinois 60606 | *Counsel for Defendants* |
| Telephone: 312-655-1500 | *Apotex Inc. and Apotex Corp.* |

/s/ *Karen L. Pascale*
Karen L. Pascale ( #2903)
Karen E. Keller (#4489)
**YOUNG, CONWAY, STARGATT**
   **& TAYLOR LLP**
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
kpascale@ycst.com
kkeller@ycst.com

*Counsel for Defendant*
*Teva Pharmaceuticals USA, Inc.*

*Of Counsel:*

James Galbraith
Antony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
Telephone: 212-425-7200

/s/ *John C. Phillips. Jr.*
John C. Phillips , Jr. (#110)
Megan C. Haney (#5016)
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington , Delaware 19806
Telephone: 302-655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Of Counsel:*

Eric C. Cohen
Jeremy C. Daniel
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, Illinois 60661
Telephone: 312-902-5200

*Counsel for Defendant*
*Sun Pharma Global, Inc.*

SO ORDERED this _____ day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on November 18, 2010, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Frederick L. Cottrell, III | cottrell@rlf.com, cathers@rlf.com, garvey@rlf.com |
| John C. Phillips, Jr | jcp@pgslaw.com, tlb@pgslaw.com |
| Mary Matterer | mmatterer@morrisjames.com, pvonstetten@morrisjames.com, shadley@morrisjames.com, tsmiley@morrisjames.com |
| Karen L. Pascale | kpascale@ycst.com, corpcal@ycst.com, corporate@ycst.com |
| Steven J. Fineman | fineman@rlf.com, cathers@rlf.com, loveless@rlf.com |
| Richard William Riley | rwriley@duanemorris.com |
| Steven E. Feldman | steven.feldman@huschblackwell.com |
| Louise T. Walsh | Louise.walsh@huschblackwell.com |
| Sherry L. Rollo | sherry.rollo@huschblackwell.com |
| Megan C. Haney | mch@pgslaw.com, tlb@pgslaw.com |
| Laura D. Hatcher | hatcher@rlf.com, mccool@rlf.com |

I further certify that I caused a copy of the foregoing document to be served the following counsel of record in the manner indicated:

***By E-Mail:***

Frederick L. Cottrell, III [cottrell@rlf.com]
Steven J. Fineman [sfineman@rlf.com]
Laura D. Hatcher [hatcher@rlf.com]
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801
  *Counsel for Plaintiffs*

William F. Lee [william.lee@wilmerhale.com]
Hollie L. Baker [hollie.baker@wilmerhale.com]
Vinita Ferrera [vinita.ferrera@wilmerhale.com]
Allen C. Nunnally [Allen.Nunnally@wilmerhale.com]
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
  *Counsel for Plaintiffs The Proctor & Gamble Company and Warner Chilcott Company LLC*

David B. Bassett [david.bassett@wilmerhale.com]
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
  *Counsel for Plaintiffs The Proctor & Gamble Company and Warner Chilcott Company LLC*

Mark E. Waddell [mwaddell@loeb.com]
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
  *Counsel for Plaintiff Hoffman-LaRoche Inc.*

Richard W. Riley, Esquire [rwriley@duanemorris.com]
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

Steven E. Feldman [steven.feldman@huschblackwell.com]
Hartwell P. Morse, III [hartwell.morse@huschblackwell.com]
Louise T. Walsh [louise.walsh@huschblackell.com]
Sherry L. Rollo [sherry.rollo@huschblackwell.com]
Philip D. Segrest, Jr. [Philip.Segrest@huschblackwell.com]
HUSCH BLACKWELL SANDERS WELSH & KATZ LLP
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

John C. Phillips, Jr. [jcp@pgslaw.com]
Megan C. Haney [mch@pgslaw.com]
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE 19806
  *Counsel for Defendant Sun Pharma Global, Inc.*

Eric C. Cohen [eric.cohen@kattenlaw.com]
Jeremy C. Daniel [jeremy.daniel@kattenlaw.com]
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
*Counsel for Defendant Sun Pharma Global, Inc.*

Richard K. Herrmann [rherrmann@morrisjames.com]
Mary B. Matterer [mmatterer@morrisjames.com]
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
*Counsel for Defendant Mylan Pharmaceuticals, Inc.*

Edgar H. Haug [EHaug@flhlaw.com]
Robert E. Colletti [RColletti@flhlaw.com]
Richard E. Parke [RParke@flhlaw.com]
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151 USA
*Counsel for Defendant Mylan Pharmaceuticals, Inc.*

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        */s/ Karen L. Pascale*

        Karen L. Pascale (No. 2903) [kpascale@ycst.com
        Karen E. Keller (No. 4489) [kkeller@ycst.com]
        The Brandywine Building
        1000 West St., 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        302-571-6600

        *Attorneys for Defendant*
        *Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

James Galbraith
Antony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
(212) 425-7200