IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 08-627-JJF |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. AND APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 09-143-JJF <br> (consolidated with C.A. No. 08-627-JJF for pretrial purposes) |
| WARNER CHILCOTT COMPANY, LLC and HOFFMAN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 10-285-LPS <br> (consolidated with C.A. No. 08-627-JJF for pretrial purposes) |
| PROCTER & GAMBLE COMPANY and HOFFMAN-LA ROCHE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 09-61-LPS <br> (consolidated with C.A. No. 08-627-JJF for pretrial purposes) |

DM2/2557021.1

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Philip D. Segrest, Jr. of Husch Blackwell LLP to represent Defendants Apotex Inc. and Apotex Corp. in this matter.

Dated: November 30, 2010

/s/ *Richard W. Riley*
Richard W. Riley (DE# 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, Delaware 19801
(302) 657-4900

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

DM2/2557021.1

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Philip D. Segrest, Jr. is granted.

Dated: _____

                                                                   Untied States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be sumitted to the Clerk's Office upon the filing of this motion.

Date: Nov 16, 2010

Philip D. Segrest, Jr.

CHI-10615-1