## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 09-61-LPS ) (consolidated with C.A. No. 08-627-LPS) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 1, 2010 true and correct copies of (1) Plaintiff The Procter & Gamble Company's Initial Disclosures and (2) Plaintiff Hoffmann-La Roche Inc.'s Initial Disclosures were served on counsel in the following manner:

### VIA HAND DELIVERY AND ELECTRONIC MAIL

John C. Phillips, Jr.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

Richard W. Riley
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Karen Pascale
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899

RLF1 3423745v. 1

**VIA ELECTRONIC MAIL:**

<div style="columns:2">

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
Frommer Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY 10151


James Galbraith
A. Antony Pfeffer
Hartwell P. Morse, III
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

*Of Counsel:*

William F. Lee
Vinita Ferrera
Allen C. Nunnally
Wilmer Cutler Pickering
   Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering
   Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800
*Attorneys for Plaintiff
The Procter & Gamble Company*

Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-1895
(212) 407-4000
*Attorneys for Plaintiff
Hoffmann-La Roche, Inc.*

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
Husch Blackwell Sanders Welsh & Katz
120 S. Riverside Plaza - Suite 2200
Chicago, IL 60606

Eric C. Cohen
Jeremy C. Daniel
Katten Muchin Rosenman LLP
525 S. Monroe Street
Chicago, IL 60661

*/s/ Laura D. Hatcher*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for The Procter & Gamble Company
and Hoffmann-La Roche, Inc.*

</div>

Dated: December 1, 2010