IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 08-627 LPS <br> CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 1, 2010, a copy of Sun Pharma Global, Inc.'s Initial Disclosures was served upon Plaintiffs' counsel in the manner indicated:

**VIA E-MAIL**
Frederick L. Cottrell, III
Steven J. Fineman
Laura D. Hatcher
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Rodney Square
Wilmington, DE 19801-0551
cottrell@rlf.com
fineman@rlf.com
hatcher@rlf.com

William F. Lee
Vinita Ferrara
Allen C. Nunnally
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
vinita.ferrera@wilmerhale.com
william.lee@wilmerhale.com
alan.nunnally@wilmerhale.com

PLEASE TAKE FURTHER NOTICE that on December 2, 2010, a copy of Sun Pharma Global, Inc.'s Initial Disclosures was served upon the following counsel in the manner indicated:

**VIA E-MAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Steven J. Fineman
Laura D. Hatcher
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Rodney Square
Wilmington, DE 19801-0551

Karen L. Pascale
Karen E. Keller
YOUNG, CONAWAY, STARGATT &
 TAYLOR
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard W. Riley
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Mary Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**VIA E-MAIL**
Louise T. Walsh
Steven E. Feldman
Thomas L. Gemmell
Sherry L. Rollo
Hartwell P. Morse, III
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Louise.walsh@huschblackwell.com
sherry.rollo@huschblackwell.com
steven.feldman@huschblackwell.com
thomas.gemmell@huschblackwell.com
Hartwell.morse@huschblackwell.com

William F. Lee
Vinita Ferrara
Allen C. Nunnally
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
vinita.ferrera@wilmerhale.com
william.lee@wilmerhale.com
alan.nunnally@wilmerhale.com

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com

James Galbraith
Maria Luisa Palmese
A. Anthony Pfeffer
Peter L. Giunta
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
jgalbraith@kenyon.com
mpalmese@kenyon.com
apfeffer@kenyon.com
pgiunta@kenyon.com


Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY
mwaddell@loeb.com

/s/ John C. Phillips, Jr.
John C. Phillips, Jr., Esq. (#110)
Megan C. Haney, Esq. (#5016)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Tel. 302-655-4200
Jcp@pgslaw.com
Mch@pgslaw.com

Date: December 2, 2010