# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROCTOR & GAMBLE COMPANY and HOFFMAN-LA ROCHE, INC., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>TEVA PHARMACEUTICALS USA, INC., :<br>:<br>Defendant. :<br>_____ : | C. A. No. 08-627-LPS |
| PROCTER & GAMBLE COMPANY and HOFFMAN-LA ROCHE, INC., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>APOTEX, INC. and APOTEX CORP., :<br>:<br>Defendants. :<br>_____ : | C. A. No. 09-143-LPS |
| WARNER CHILCOTT COMPANY, LLC and HOFFMAN-LA ROCHE INC., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>MYLAN PHARMACEUTICALS, INC., :<br>:<br>Defendant. :<br>_____ : | C. A. No. 10-285-LPS |
| PROCTER & GAMBLE COMPANY and HOFFMAN-LA ROCHE, INC., :<br>:<br>Plaintiffs, : | |

|  |  |  |
|---|---|---|
| v. | : | C. A. No. 09-61-LPS |
|  | : |  |
| SUN PHARMA GLOBAL, INC., | : |  |
|  | : | (Consolidated Cases with |
| Defendant. | : | C. A. 08-627-LPS) |

## ORDER

At Wilmington this **9th** day of **December, 2010**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, June 14, 2011 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case relating to mediation. **Counsel for Teva shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE