IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMAN-LA ROCHE INC., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 08-627-LPS |
| TEVA PHARMACEUTICALS USA, INC., | : : : | |
| Defendant. | : : | |
| THE PROCTER & GAMBLE COMPANY and HOFFMAN-LA ROCHE INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 09-143-LPS |
| APOTEX INC. And APOTEX CORP., | : : : | |
| Defendants. | : : | |

## ORDER

At Wilmington, this 5th day of January 2011;

IT IS HEREBY ORDERED that:

1. The Motion to Substitute Parties Pursuant to Fed. R. Civ. P. 25(c) and Seeking Leave to File Amended Complaints Pursuant to Fed. R. Civ. P. 15(a)(2) (D.I. 69) filed by the Procter & Gamble Company ("P&G") is GRANTED.

2. P&G will provide discoverable information in response to discovery requests served on Warner Chilcott Company, LLC ("Warner Chilcott") to the same extent P&G would provide information in response to requests served on it as a party to this litigation.

3. P&G will make witnesses under its control available to testify to the same extent P&G would make such witnesses available if it were a party to this litigation.

4. For the purposes of this litigation, documents that P&G produces will be admissible as non-hearsay under the Federal Rules of Civil Procedure to the same extent as if produced by Warner Chilcott.

5. Warner Chilcott will be bound by any statements, testimony, or pleadings provided by P&G or its witnesses to the same extent as if Warner Chilcott or its witnesses produced such statements, testimony, or pleadings.

6. Warner Chilcott shall electronically file the Amended Complaints in the two above-captioned cases by January 10, 2011.

Delaware counsel are reminded of their obligation to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel should advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES DISTRICT JUDGE