# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC. ) <br> and HOFFMANN-LA ROCHE INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TEVA PHARMACEUTICALS USA, INC. ) <br> ) <br> and ) <br> ) <br> APOTEX INC. and APOTEX CORP. ) <br> ) <br> Defendants. ) | Civil Action no. 08-627-LPS <br> Civil Action no. 09-143-LPS <br><br> CONSOLIDATED |

## NOTICE OF SERVICE

Please take notice that the undersigned hereby certifies that on the 11th day of February, 2011, true and correct copies of *Defendants Apotex Inc.'s and Apotex Corp.'s Third Set of Requests For the Production of Documents and Things to Plaintiff Hoffmann-La Roche, Inc. (No. 86-88)* were served upon the following counsel in the manner indicated below:

**VIA HAND DELIVERY AND EMAIL**
Frederick L. Cottrell, III
Stephen J. Fineman
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*Cottrell@rlf.com*
*Fineman@rlf.com*
*Hatcher@rlf.com*

**VIA E-MAIL**
Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
*mwaddell@loeb.com*

DM2/2675153.1

| | |
|---|---|
| **VIA E-MAIL** | **VIA E-MAIL** |
| William F. Lee | David B. Bassett |
| Vinita Ferrera | **WILMER CUTLER PICKERING HALE** |
| Hollie L. Baker | **AND DORR LLP** |
| Allen C. Nunnally | 399 Park Avenue |
| Sadaf Abdullah | New York, New York 10022 |
| **WILMER CUTLER PICKERING HALE** | *david.bassett@wilmerhale.com* |
| **AND DORR LLP** | |
| 60 State Street | |
| Boston, MA 02109 | |
| *william.lee@wilmerhale.com* | |
| *vinita.ferrera@wilmerhale.com* | |
| *hollie.baker@wilmerhale.com* | |
| *allen.nunnally@wilmerhale.com* | |
| *sadaf.abdullah@wilmerhale.com* | |

Additionally, the undersigned hereby certifies that on the 11th day of February, 2011, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record as indicated below:

| | |
|---|---|
| **VIA HAND DELIVERY AND EMAIL** | **VIA EMAIL** |
| Frederick L. Cottrell, III | Karen L. Pascale |
| Stephen J. Fineman | **YOUNG, CONAWAY, STARGATT** |
| **RICHARDS, LAYTON & FINGER, PA** | **& TAYLOR** |
| One Rodney Square | The Brandywine Building |
| 920 N. King Street | 1000 West Street, 17th Floor |
| Wilmington, DE 19801 | P.O. Box 391 |
| *Cottrell@rlf.com* | Wilmington, DE 19899-0391 |
| *Fineman@rlf.com* | *kpascale@ycst.com* |
| *Hatcher@rlf.com* | |

DM2/2675153.1

Case 1:08-cv-00627-LPS   Document 134   Filed 02/11/11   Page 3 of 3 PageID #: 1718

**VIA E-MAIL**
William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
Sadaf Abdullah
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA  02109
*william.lee@wilmerhale.com*
*vinita.ferrera@wilmerhale.com*
*hollie.baker@wilmerhale.com*
*allen.nunnally@wilmerhale.com*
*sadaf.abdullah@wilmerhale.com*

**VIA E-MAIL**
David B. Bassett
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, New York 10022
*david.bassett@wilmerhale.com*

Dated:  February 11, 2011

*Of Counsel:*
Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
HUSCH BLACKWELL LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois  60606
Phone:  312-655-1500
Fax:  312-655-1501

**VIA E-MAIL**
James Galbraith
Maria Luisa Palmese
A. Anthony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004-1007
*jgalbraith@kenyon.com*
*mpalmese@kenyon.com*
*apfeffer@kenyon.com*
*pgiunta@kenyon.com*

**VIA E-MAIL**
Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York  10154-1895
*mwaddell@loeb.com*

*/s/ Richard W. Riley* _____
Richard W. Riley (DE #4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801-1659
Phone:  (302) 657-4900
Facsimile:  (302) 657-4901

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp*