# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC. ) <br> and HOFFMANN-LA ROCHE INC.   ) <br> ) <br> Plaintiffs,   ) <br> ) <br> v.   ) <br> ) <br> TEVA PHARMACEUTICALS USA, INC. ) <br> ) <br> and   ) <br> ) <br> APOTEX INC. and APOTEX CORP.   ) <br> ) <br> Defendants.   ) | Civil Action no. 08-627-LPS <br> Civil Action no. 09-143-LPS <br><br> CONSOLIDATED |

## NOTICE OF SERVICE

Please take notice that the undersigned hereby certifies that on the 11th day of February, 2011, true and correct copies of *Defendants Apotex Inc.'s and Apotex Corp.'s Fourth Set of Requests for the Production of Documents and Things to Plaintiff Warner Chilcott Company, LLC. (No. 100-102)* were served upon the following counsel in the manner indicated below:

**VIA HAND DELIVERY AND EMAIL**
Frederick L. Cottrell, III
Stephen J. Fineman
Laura D. Hatcher
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*Cottrell@rlf.com*
*Fineman@rlf.com*
*Hatcher@rlf.com*

**VIA E-MAIL**
Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York  10154-1895
*mwaddell@loeb.com*

**VIA E-MAIL**
William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
Sadaf Abdullah
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
*william.lee@wilmerhale.com*
*vinita.ferrera@wilmerhale.com*
*hollie.baker@wilmerhale.com*
*allen.nunnally@wilmerhale.com*
*sadaf.abdullah@wilmerhale.com*

**VIA E-MAIL**
David B. Bassett
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, New York 10022
*david.bassett@wilmerhale.com*

Additionally, the undersigned hereby certifies that on the 11th day of February, 2011, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record as indicated below:

**VIA HAND DELIVERY AND EMAIL**
Frederick L. Cottrell, III
Stephen J. Fineman
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*Cottrell@rlf.com*
*Fineman@rlf.com*
*Hatcher@rlf.com*

**VIA EMAIL**
Karen L. Pascale
**YOUNG, CONAWAY, STARGATT & TAYLOR**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*kpascale@ycst.com*

**VIA E-MAIL**
William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
Sadaf Abdullah
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
*william.lee@wilmerhale.com*
*vinita.ferrera@wilmerhale.com*
*hollie.baker@wilmerhale.com*
*allen.nunnally@wilmerhale.com*
*sadaf.abdullah@wilmerhale.com*

**VIA E-MAIL**
David B. Bassett
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, New York 10022
*david.bassett@wilmerhale.com*

**VIA E-MAIL**
James Galbraith
Maria Luisa Palmese
A. Anthony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004-1007
*jgalbraith@kenyon.com*
*mpalmese@kenyon.com*
*apfeffer@kenyon.com*
*pgiunta@kenyon.com*

**VIA E-MAIL**
Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
*mwaddell@loeb.com*

Dated: February 11, 2011

*/s/ Richard W. Riley*
Richard W. Riley (DE #4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp*

*Of Counsel:*
Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
HUSCH BLACKWELL LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois 60606
Phone: (312) 655-1500
Fax: (312) 655-1501

3