**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC<br><br>and<br><br>HOFFMAN-LA ROCHE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-627-LPS<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of the following attorney to represent the defendant, Teva Pharmaceuticals USA,

Inc., in this matter:

> Vincent J. Rubino
> **KENYON & KENYON LLP**
> One Broadway
> New York, NY  10004
> (212) 425-7200

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney

has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 16, 2011

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903) [kpascale@ycst.com]
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

*Of Counsel*:

James Galbraith
Antony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
(212) 425-7200

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of

Vincent J. Rubino is GRANTED.

Date: February _____, 2011

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: 2/15/11

Vincent J. Rubino
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200
E-mail: vrubino@kenyon.com

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on February 16, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Frederick L. Cottrell, III | cottrell@rlf.com, cathers@rlf.com, garvey@rlf.com |
| John C. Phillips, Jr | jcp@pgslaw.com, tlb@pgslaw.com |
| Mary Matterer | mmatterer@morrisjames.com, pvonstetten@morrisjames.com, shadley@morrisjames.com, tsmiley@morrisjames.com |
| Karen L. Pascale | kpascale@ycst.com, corpcal@ycst.com, corporate@ycst.com |
| Steven J. Fineman | fineman@rlf.com, cathers@rlf.com, loveless@rlf.com |
| Richard William Riley | rwriley@duanemorris.com |
| Steven E. Feldman | steven.feldman@huschblackwell.com |
| Louise T. Walsh | Louise.walsh@huschblackwell.com |
| Sherry L. Rollo | sherry.rollo@huschblackwell.com |
| Megan C. Haney | mch@pgslaw.com, tlb@pgslaw.com |
| Laura D. Hatcher | hatcher@rlf.com, mccool@rlf.com |
| Philip D. Segrest | philip.segrest@huschblackwell.com |
| Joshua H. Harris | jharris@loeb.com |

I further certify that I caused a copy of the foregoing document to be served the following counsel of record in the manner indicated:

***By E-Mail***:

Frederick L. Cottrell, III  [cottrell@rlf.com]
Steven J. Fineman  [sfineman@rlf.com]
Laura D. Hatcher  [hatcher@rlf.com]
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
Wilmington, DE  19801
  *Counsel for Plaintiffs*

William F. Lee [william.lee@wilmerhale.com]
Hollie L. Baker [hollie.baker@wilmerhale.com]
Vinita Ferrera [vinita.ferrera@wilmerhale.com]
Allen C. Nunnally  [Allen.Nunnally@wilmerhale.com]
**WILMER HALE LLP**
60 State Street
Boston, MA  02109
  *Counsel for Plaintiff Warner Chilcott Company LLC*

David B. Bassett [david.bassett@wilmerhale.com]
**WILMER HALE LLP**
399 Park Avenue
New York, NY  10022
   *Counsel for Plaintiff Warner Chilcott Company LLC*

Mark E. Waddell [mwaddell@loeb.com]
Joshua H. Harris [jharris@loeb.com]
**LOEB & LOEB LLP**
345 Park Avenue
New York, NY 10154
   *Counsel for Plaintiff Hoffman-La Roche Inc.*

Richard W. Riley, Esquire [rwriley@duanemorris.com]
**DUANE MORRIS LLP**
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
   *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

Steven E. Feldman  [steven.feldman@huschblackwell.com]
Hartwell P. Morse, III  [hartwell.morse@huschblackwell.com]
Louise T. Walsh  [louise.walsh@huschblackell.com]
Sherry L. Rollo [sherry.rollo@huschblackwell.com]
Philip D. Segrest, Jr. [Philip.Segrest@huschblackwell.com]
**HUSCH BLACKWELL SANDERS WELSH & KATZ LLP**
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606
   *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

John C. Phillips, Jr.  [jcp@pgslaw.com]
Megan C. Haney  [mch@pgslaw.com]
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE  19806
   *Counsel for Defendant Sun Pharma Global, Inc.*

Eric C. Cohen  [eric.cohen@kattenlaw.com]
Jeremy C. Daniel  [jeremy.daniel@kattenlaw.com]
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
  *Counsel for Defendant Sun Pharma Global, Inc.*

Richard K. Herrmann  [rherrmann@morrisjames.com]
Mary B. Matterer  [mmatterer@morrisjames.com]
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
  *Counsel for Defendant Mylan Pharmaceuticals, Inc.*

Edgar H. Haug  [EHaug@flhlaw.com]
Robert E. Colletti [RColletti@flhlaw.com]
Richard E. Parke [RParke@flhlaw.com]
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151 USA
  *Counsel for Defendant Mylan Pharmaceuticals, Inc.*

                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                    */s/ Karen L. Pascale*

                    _____
                    Karen L. Pascale (No. 2903) [kpascale@ycst.com]
                    Karen E. Keller (No. 4489) [kkeller@ycst.com]
                      The Brandywine Building
                    1000 West St., 17th Floor
                    P.O. Box 391
                    Wilmington, Delaware 19899-0391
                    302-571-6600

                    *Attorneys for Defendant*
                    *Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

James Galbraith
Antony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY  10004
(212) 425-7200