IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE, INC., | ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | Civil Action No. 1:08-cv-627-LPS |
| v. | ) ) | Civil Action No. 1:09-cv-143-LPS |
| APOTEX INC. and APOTEX CORP., | ) ) | CONSOLIDATED |
| Defendants/Counterclaim Plaintiffs. | ) ) | |

## NOTICE OF SERVICE OF SUBPOENA

Please take notice that on March 2, 2011 Apotex Inc. and Apotex Corp. caused a subpoena to be served on Bryan Cave LLP.

Dated: March 9, 2011

／s/ Richard W. Riley
Richard W. Riley (DE #4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp*

*Of Counsel:*

Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
HUSCH BLACKWELL LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois  60606
Phone:  (312) 655-1500
Fax:  (312) 655-1501

DM2\2741757.1

## CERTIFICATE OF SERVICE

I, Richard W. Riley, hereby certify that on March 9, 2011 this Notice of Service of Subpoena was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record as indicated below:

**VIA EMAIL**
Frederick L. Cottrell, III
Stephen J. Fineman
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*Cottrell@rlf.com*
*Fineman@rlf.com*
*Hatcher@rlf.com*

**VIA EMAIL**
Karen L. Pascale
**YOUNG, CONAWAY, STARGATT
 & TAYLOR**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*kpascale@ycst.com*

**VIA E-MAIL**
William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
Sadaf Abdullah
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
60 State Street
Boston, MA  02109
*william.lee@wilmerhale.com*
*vinita.ferrera@wilmerhale.com*
*hollie.baker@wilmerhale.com*
*allen.nunnally@wilmerhale.com*
*sadaf.abdullah@wilmerhale.com*

**VIA E-MAIL**
James Galbraith
Maria Luisa Palmese
A. Anthony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004-1007
*jgalbraith@kenyon.com*
*mpalmese@kenyon.com*
*apfeffer@kenyon.com*
*pgiunta@kenyon.com*

**VIA E-MAIL**
David B. Bassett
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
399 Park Avenue
New York, New York 10022
*david.bassett@wilmerhale.com*

**VIA E-MAIL**
Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York  10154-1895
*mwaddell@loeb.com*

**VIA E-MAIL**
John C. Phillips, Jr.
Megan C. Haney
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*jcp@pgslaw.com*
*mch@pgslaw.com*

**VIA E-MAIL**
Eric C. Cohen
Jeremy C. Daniel
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
*eric.cohen@kattenlaw.com*
*jeremy.daniel@kattenlaw.com*

**VIA E-MAIL**
Mary B. Matterer
Amy Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
*mmatterer@morrisjames.com*
*aquinlan@morrisjames.com*

**VIA E-MAIL**
Esgar H. Haug
Robert E. Colletti
Richard E. Parke
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
*ehaug@flhlaw.com*
*rcolletti@flhlaw.com*
*rparke@flhlaw.com*

Dated: March 9, 2011

        */s/ Richard W. Riley*
        Richard W. Riley (DE #4052)