IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTOR & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., ) ) ) Plaintiffs, ) ) v. ) ) TEVA PHARMACEUTICALS USA, INC. ) ) and ) ) APOTEX, INC. and APOTEX CORP., ) ) Defendants. ) | C. A. No. 08-627-LPS<br>C.A. No. 09-143-LPS<br><br>CONSOLIDATED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mark E. Waddell to represent plaintiff Hoffmann-La Roche Inc. in the above matter.

Dated: March __, 2011

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Plaintiffs*
*THE PROCTOR & GAMBLE COMPANY and*
*HOFFMANN-LA ROCHE INC.*

RLF1 3785515v. 1

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Mark E. Waddell is granted.

Dated: _____, 2011     _____
                                  United States District Judge

RLF1 3785515v. 1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York, New Jersey and the United States Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the clerk of Court.

*Mark E. Waddell*
Mark E. Waddell
Loeb & Loeb
345 Park Avenue
New York, NY 10154
212-407-4127

Dated: March 10, 2011

RLF1 3785546v. 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and have sent by Electronic Mail to the following:

>  Richard William Riley, Esquire
>  Duane Morris LLP
>  1100 North Market Street
>  Suite 1200
>  Wilmington, DE 19801

I hereby certify that on March 14, 2011, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

>  Steven E. Feldman, Esquire
>  Louise T. Walsh, Esquire
>  Husch Blackwell Sanders Welsh &
>    Katz LLP
>  120 South Riverside Plaza
>  22nd Floor
>  Chicago, IL 60606

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
Hatcher@rlf.com