IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE, INC., | ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | Civil Action No. 1:08-cv-627-LPS |
| v. | ) ) | Civil Action No. 1:09-cv-143-LPS |
| APOTEX INC. and APOTEX CORP., | ) ) | CONSOLIDATED |
| Defendants/Counterclaim Plaintiffs. | ) ) | |

### NOTICE OF SERVICE OF SUBPOENA

Please take notice that on March 9, 2011 Apotex Inc. and Apotex Corp. caused a subpoena to be served on Sanofi-aventis U.S.

Dated: March 16, 2011

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard W. Riley  　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Riley (DE #4052)
　　　　　　　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1600
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801-1659
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 657-4900
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 657-4901

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*
　　　　　　　　　　　　　　　　　　　　　　　　*Apotex Inc. and Apotex Corp*

*Of Counsel:*

Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
HUSCH BLACKWELL LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois 60606
Phone: (312) 655-1500
Fax: (312) 655-1501

## **CERTIFICATE OF SERVICE**

I, Richard W. Riley, hereby certify that on March 16, 2011 this Notice of Service of Subpoena was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record as indicated below:

**VIA EMAIL**
Frederick L. Cottrell, III
Stephen J. Fineman
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*Cottrell@rlf.com*
*Fineman@rlf.com*
*Hatcher@rlf.com*

**VIA EMAIL**
Karen L. Pascale
**YOUNG, CONAWAY, STARGATT & TAYLOR**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*kpascale@ycst.com*

**VIA E-MAIL**
William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
Sadaf Abdullah
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
*william.lee@wilmerhale.com*
*vinita.ferrera@wilmerhale.com*
*hollie.baker@wilmerhale.com*
*allen.nunnally@wilmerhale.com*
*sadaf.abdullah@wilmerhale.com*

**VIA E-MAIL**
James Galbraith
Maria Luisa Palmese
A. Anthony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004-1007
*jgalbraith@kenyon.com*
*mpalmese@kenyon.com*
*apfeffer@kenyon.com*
*pgiunta@kenyon.com*

**VIA E-MAIL**
David B. Bassett
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, New York 10022
*david.bassett@wilmerhale.com*

**VIA E-MAIL**
Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
*mwaddell@loeb.com*

**VIA E-MAIL**
John C. Phillips, Jr.
Megan C. Haney
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*jcp@pgslaw.com*
*mch@pgslaw.com*

**VIA E-MAIL**
Mary B. Matterer
Amy Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
*mmatterer@morrisjames.com*
*aquinlan@morrisjames.com*

**VIA E-MAIL**
Eric C. Cohen
Jeremy C. Daniel
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
*eric.cohen@kattenlaw.com*
*jeremy.daniel@kattenlaw.com*

**VIA E-MAIL**
Esgar H. Haug
Robert E. Colletti
Richard E. Parke
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
*ehaug@flhlaw.com*
*rcolletti@flhlaw.com*
*rparke@flhlaw.com*

Dated: March 16, 2011

                                             */s/ Richard W. Riley*
                                             Richard W. Riley (DE #4052)