IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, ET AL., :<br><br>Plaintiffs, :<br><br>v. :<br><br>TEVA PHARMACEUTICALS USA, INC., :<br><br>Defendant. : | C. A. No. 08-627-LPS<br>(CONSOLIDATED) |
| WARNER CHILCOTT COMPANY, LLC, ET AL., :<br><br>Plaintiffs, :<br><br>v. :<br><br>TEVA PHARMACEUTICALS USA, INC., :<br><br>Defendant. : | C. A. No. 11-81-LPS |
| WARNER CHILCOTT COMPANY, LLC, ET AL., :<br><br>Plaintiffs, :<br><br>v. :<br><br>APOTEX, INC., ET AL., :<br><br>Defendants. : | C. A. No. 10-1111-LPS |

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC, ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 11-236-UNA |
| MYLAN PHARMACEUTICALS, INC., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC, ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 10-1085-LPS |
| SUN PHARMA GLOBAL, INC., | : | |
| Defendant. | : | |

## ORDER OF CONSOLIDATION

At Wilmington this 23rd day of **March, 2011.**

IT IS ORDERED that C.A. Nos. 11-81-LPS, 10-1111-LPS, 11-236-UNA, and 10-1085-LPS shall be consolidated with C.A. No. 08-627-LPS (previously consolidated with C.A. Nos. 09-143-LPS, 10-285-LPS, and 09-61-LPS) for all pretrial purposes pursuant to Fed. R. Civ. P. 42(a). C.A. No. 08-627-LPS shall be the lead case for pretrial purposes. All pretrial filings shall be made in C.A. No. 08-627-LPS.

The Amended Consolidated Rule 16 Scheduling Order entered by the Court on January 5, 2011 (D.I. 125 in Lead Case No. 08-627-LPS) shall govern all cases.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES DISTRICT JUDGE