IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | C. A. No. 08-627-LPS<br>C. A. No. 09-143-LPS<br><br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 15, 2011 true and correct copies of Plaintiff Hoffman La-Roche Inc.'s Objections and Responses to Defendants Apotex Inc.'s and Apotex Corp.'s Third Set of Requests for the Production of Documents and Things (Nos. 86-88) were served on the below as follows:

**VIA EMAIL**

Richard K. Herrmann
Mary B. Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

| | |
|---|---|
| Karen L. Pascale, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street - 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Richard William Riley, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 |
| James Galbraith, Esquire<br>Maria Luisa Palmese, Esquire<br>Antony Pfeffer, Esquire<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY 10004 | Steven E. Feldman, Esquire<br>Husch Blackwell Sanders Welsh &<br>  Katz LLP<br>120 South Riverside Plaza<br>22nd Floor<br>Chicago, IL 60606 |

Of Counsel:

William F. Lee
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY
(212) 230-8800

Dated: March 25, 2011

    /s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards Layton & Finger, P. A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Plaintiff The Procter & Gamble Company and Hoffmann-La Roche Inc.*

RLF1 3618472v. 1