**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------ )
WARNER CHILCOTT COMPANY, LLC and )
HOFFMANN-LA ROCHE INC., )
                                                       )
            Plaintiffs,                                )      C.A. No. 08-627-LPS
                                                       )
v.                                                     )
                                                       )
TEVA PHARMACEUTICALS USA, INC.,                        )
                                                       )
            Defendant.                                 )
------------------------------------------------------ )
WARNER CHILCOTT COMPANY, LLC and )
HOFFMANN-LA ROCHE INC., )
                                                       )
            Plaintiffs,                                )
                                                       )      C.A. No. 09-143-LPS
v.                                                     )      (consolidated with C.A. No. 08-627-LPS)
                                                       )
APOTEX, INC. AND APOTEX CORP.,                         )
                                                       )
            Defendants.                                )
                                                       )
------------------------------------------------------ )
WARNER CHILCOTT COMPANY, LLC and )
HOFFMANN-LA ROCHE INC., )
                                                       )
            Plaintiffs,                                )
                                                       )      C.A. No. 10-285-LPS
v.                                                     )      (consolidated with C.A. No. 08-627-LPS)
                                                       )
MYLAN PHARMACEUTICALS, INC.,                           )
                                                       )
            Defendant.                                 )
                                                       )
------------------------------------------------------ )
WARNER CHILCOTT COMPANY, LLC and )
HOFFMANN-LA ROCHE INC., )
                                                       )
            Plaintiffs,                                )
                                                       )      C.A. No. 09-61-LPS
v.                                                     )      (consolidated with C.A. No. 08-627-LPS)
                                                       )

1

CHI-11947-1

SUN PHARMA GLOBAL, INC.            )
                                                    )
          Defendant.       )
                                                    )
                                                    )

-------------------------------------------------

WARNER CHILCOTT COMPANY, LLC and  )
HOFFMANN-LA ROCHE INC.,         )
                                                    )
          Plaintiffs,       )     C.A. No. 11-81-LPS
                                                   )     (consolidated with C.A. No. 08-627-LPS)
v.                                         )
                                                   )
TEVA PHARMACEUTICALS USA, INC.,   )
                                                   )
          Defendant.       )

-------------------------------------------------

WARNER CHILCOTT COMPANY, LLC and  )
HOFFMANN-LA ROCHE INC.,         )
                                                    )
          Plaintiffs,       )
                                                 )     C.A. No. 10-1111-LPS
v.                                         )     (consolidated with C.A. No. 08-627-LPS)
                                                   )
APOTEX, INC. AND APOTEX CORP.,     )
                                                   )
          Defendants.     )
                                                   )

-------------------------------------------------

WARNER CHILCOTT COMPANY, LLC and  )
HOFFMANN-LA ROCHE INC.,         )
                                                    )
          Plaintiffs,       )
                                               )     C.A. No. 11-236-LPS
v.                                         )     (consolidated with C.A. No. 08-627-LPS)
                                                   )
MYLAN PHARMACEUTICALS, INC.,     )
                                                   )
          Defendant.       )

-------------------------------------------------

WARNER CHILCOTT COMPANY, LLC and  )
HOFFMANN-LA ROCHE INC.,         )
                                                   )
          Plaintiffs,       )
                                               )     C.A. No. 10-1085-LPS

CHI-11947-1

v.                                         )        (consolidated with C.A. No. 08-627-LPS)
                                           )
SUN PHARMA GLOBAL, INC.                    )
                                           )
                    Defendant.             )
                                           )
                                           )
------------------------------------------------------

## NOTICE OF DEPOSITION OF DAVID BURGIO

**TO:**    Mr. Allen Nunnally
           Wilmer Cutler Pickering
           Hale and Dorr LLP
           60 State Street
           Boston, MA  02109
           allen.nunnally@wilmerhale.com

Please take notice that pursuant to agreement of the parties the Defendants in the above

captioned matter will take the deposition of David Burgio on **March 30, 2011** at the offices of

Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston, MA  02109

commencing at **9:30 a.m.** and continuing day to day thereafter until completed.  The deposition

will be taken before a court reporter authorized to administer oaths in the State of Massachusetts

for use in the above litigation as provided in the Federal Rules of Civil Procedure.  Attached

hereto is a subpoena duces tecum identifying documents for the deponent to bring to the extent

not already produced in this litigation.  The testimony will be recorded by stenographic means

and videotaped.

Dated:  March 28, 2011                        Respectfully submitted,


                                              /s/ Richard W. Riley
                                              Richard W. Riley (DE #4052)
                                              DUANE MORRIS LLP
                                              222 Delaware Avenue, Suite 1600
                                              Wilmington, Delaware  19801
                                              Phone:  302-657-4900
                                              Fax:  302-657-4901

3

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

*Of Counsel*

Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
HUSCH BLACKWELL LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois  60606
Phone:  312-655-1500
Fax:  312-655-1501

4

CHI-11947-1

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| Warner Chilcott Co. LLC & Hoffman-La Roche, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   08-627-LPS&consolidated cases |
| Teva Pharms. USA Inc., Apotex Inc., Apotex Corp., | ) | |
| Mylan Pharms. Inc., & Sun Pharma Global, Inc. | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | District of Delaware                    ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  David Earnest Burgio, c/o Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA  02109

        ☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: The offices of Wilmer Cutler Pickering Hale and Dorr<br>LLP, 60 State Street, Boston, MA 02109 | Date and Time:<br><br>        03/30/2011 9:30 am |
|---|---|

        The deposition will be recorded by this method:   stenographic and audiovisual means

        ☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The documents described in schedule A hereto, to the extent not already produced in discovery in response to document production requests.

        The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    03/28/2011

                *CLERK OF COURT*
                                                                OR

| | |
|---|---|
| | /s/ Philip D. Segrest, Jr. |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      Apotex Inc. and
Apotex Corp.                                                                    , who issues or requests this subpoena, are:

Philip D. Segrest, Jr., Husch Blackwell LLP, 120 S Riverside Plaza, Suite 2200, Chicago, Illinois 60606

## SCHEDULE A

### Definitions

In this schedule of documents, the following terms have the following definitions.

The term "patents in suit" denotes US 6,165,513; US 7,192,938; and US 7,718,634.

The term "Roche applications" denotes U.S. patent applications ser. nos. 10/430,007; 10/998,849; 11/390,227; 12/139,587; and 12/756,376.

The term "P&G applications" denotes U.S. patent applications ser. nos. 60/344,875; 10/321,208; 10/897,897; 11/725,896; 12/077,623; 12/163,155; and 12/163,278.

The term "document" or "documents" is used herein in a comprehensive sense as set forth in Federal Rule of Civil Procedure 34(a), and shall be defined to include, without limitation, all tangible things, all written, printed, typed, photocopies, photographic, graphic or recorded matter of any kind, any recorded material however produced or reproduced, including agreements, books, calendars, charts, contracts, communications, computer databases, computer memory media, computer printouts, correspondence, desk pads, diaries, drafts, drawings, entries in books of account, electronic mail, facsimile transmissions, files, folders, graphs, guidelines, instructions, lists, manuals, memoranda, minutes, notes, operating procedures, pamphlets, reports, rules, studies, telegrams, teletypes, and all written or tangible things that can be derived from any computer database, microfilm, microfiche, or other storage medium. A draft or non-identical copy is a separate document within the meaning of this term.

### Documents To Produce

To the extent not already produced in response to requests for production in this case, and to the extent in your possession, custody, or control, please bring to your deposition the following documents:

1. All documents relating to the patents in suit.

2. All documents relating to the Roche application.

3. All documents relating to the P&G applications.

4. All documents relating to the development of a dosing form of Actonel® (risedronate soidum) 150mg tablets, including documents relating to monthly dosing.

## CERTIFICATE OF SERVICE

I, Richard W. Riley, hereby certify that on March 28, 2011, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for reviewing and downloading.

I, further certify that on March 28, 2011, a true and correct copy of the foregoing document was caused to be served on the attorneys of record at the following addresses and in the manner indicated:

**VIA E-MAIL**
Mark Waddell, Esq.
**Loeb & Loeb LLP**
345 Park Avenue
New York, NY 10154
*mwaddell@loeb.com*

**VIA E-MAIL**
William F. Lee, Esq.
Allen C. Nunnally, Esq.
Vinita Ferrera, Esq.
Hollie L. Baker
**Wilmer Cutler Pickering Hale
   and Dorr LLP**
60 State Street
Boston, MA  02109
*William.lee@wilmerhale.com*
*Allen.nunnally@wilmerhale.com*
*Vinita.Ferrera@wilmerhale.com*
*Hollie.baker@wilmerhale.com*

**VIA E-MAIL**
James Galbraith, Esq.
Maria Luisa Palmese, Esq.
Antony Pfeffer, Esq.
Peter Guinta, Esq.
**Kenyon & Kenyon LLP**
One Broadway
New York, NY  10004-1007
*jgalbraith@kenyon.com*
*mpalmese@kenyon.com*
*APfeffer@kenyon.com*
*PGiunta@kenyon.com*

**VIA E-MAIL**
Robert Colletti, Esq.
Edgar H. Haug, Esq.
Richard E. Parke, Esq.
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, New York 10151
*RColletti@flhlaw.com*
*ehaug@flhlaw.com*
*rcolletti@flhlaw.com*
*rparke@flhlaw.com*

DM2\2782876.1

**VIA E-MAIL**
Mary Matterer, Esq.
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE  19801-1494
*mmatterer@morrisjames.com*

**VIA E-MAIL**
Karen L. Pascale
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
*kpascale@ycst.com*

**VIA E-MAIL**
David B. Bassett
Sadaf Abdullah
  **And Dorr LLP Wilmer Cutler
Pickering Hale**
399 Park Avenue
New York, New York  10022
*David.bassett@wilmerhale.com*
*Sadaf.abdullah@wilmerhale.com*

**VIA E-MAIL**
Eric C. Cohen, Esq.
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**
525 West Monroe Street
Chicago, IL  60661-3693
*eric.cohen@kattenlaw.com*
*Jeremy.daniel@kattenlaw.com*

**VIA E-MAIL**
Frederick L. Cottrell, III, Esq.
Stephen J. Fineman
**Richards, Layton & Finger, PA**
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*Cottrell@rlf.com*
*fineman@rlf.com*

**VIA E-MAIL**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE  19806
*jcp@pgslaw.com*
*mch@pgslaw.com*

2