**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-627-LPS |
| v. | ) ) | (CONSOLIDATED) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION REGARDING CLAIM CONSTRUCTION BRIEFING

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval and order of the Court, that paragraph 8 of the Amended Consolidated Rule 16 Scheduling Order (D.I. 125 entered January 5, 2011) is hereby modified to provide that all initial briefs on claim construction issues as described therein shall be filed by April 18, 2011.


[SIGNATURES ON FOLLOWING PAGES]

DATED:  April 11, 2011

| | |
|---|---|
| *Of Counsel:* | */s/ Frederick L. Cottrell, III* |
| | Frederick L. Cottrell III (#2555) |
| **WILMER CUTLER PICKERING HALE** | Steven J. Fineman (#4025) |
| **AND DORR LLP** | Laura D. Hatcher (#5098) |
| | **RICHARDS LAYTON & FINGER, P.A.** |
| William F. Lee | One Rodney Square |
| Vinita Ferrera | 920 North King Street |
| Hollie L. Baker | Wilmington, Delaware 19801 |
| Allen C. Nunnally | Telephone:  302-651-7700 |
| 60 State Street | cottrell@rlf.com |
| Boston, Massachusetts  02109 | fineman@rlf.com |
| Telephone:  617-526-6000 | |
| | *Counsel for Plaintiffs Warner Chilcott* |
| David B. Bassett | *Company, LLC, and Hoffmann-* |
| 399 Park Avenue | *La Roche Inc.* |
| New York, New York 10022 | |
| Phone:  212-230-8800 | |

*Counsel for Plaintiff*
*Warner Chilcott Company, LLC*

Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
Phone:  212-407-4000

*Counsel for Plaintiff Hoffmann-La Roche Inc.*

| | |
|---|---|
| *Of Counsel:* | */s/ Mary B. Matterer* |
| | Richard K. Herrmann ( # 405) |
| | Mary B. Matterer ( # 2696) |
| Edgar H. Haug | **MORRIS JAMES LLP** |
| Robert E. Colletti | 500 Delaware Avenue, Suite 1500 |
| Richard E. Parke | Wilmington, Delaware 19801 |
| **FROMMER LAWRENCE & HAUG, LLP** | Telephone:  302-888-6800 |
| 745 Fifth Avenue | rherrmann@morrisjames.com |
| New York, New York 10151 | mmatterer@morrisjames.com |
| Telephone:  212-588-0800 | |
| | *Counsel for Defendant* |
| | *Mylan Pharmaceuticals, Inc.* |

|  |  |
|---|---|
| | */s/ Richard W. Riley* |
| *Of Counsel:* | Richard W. Riley (DE #4052) |
| | **DUANE MORRIS LLP** |
| Steven E. Feldman | 1100 N. Market St., Suite 1200 |
| Hartwell P. Morse, III | Wilmington, Delaware 19801 |
| Louise T. Walsh | Phone:  302-657-4900 |
| Sherry L. Rollo | Fax:  302-657-4901 |
| **HUSCH BLACKWELL SANDERS** | RWRiley@duanemorris.com |
|   **WELSH & KATZ** | |
| 120 S. Riverside Plaza – Suite 2200 | *Counsel for Defendants* |
| Chicago, Illinois  60606 | *Apotex Inc. and Apotex Corp.* |
| Telephone:  312-655-1500 | |

*Of Counsel:*

James Galbraith
Antony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
Telephone:  212-425-7200

*/s/ Karen L. Pascale*

Karen L. Pascale ( #2903)
Karen E. Keller (#4489)
**YOUNG, CONWAY, STARGATT**
  **& TAYLOR LLP**
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
kpascale@ycst.com
kkeller@ycst.com

*Counsel for Defendant*
*Teva Pharmaceuticals USA, Inc.*

*Of Counsel:*

Eric C. Cohen
Jeremy C. Daniel
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, Illinois 60661
Telephone: 312-902-5200

*/s/ Megan C. Haney*

John C. Phillips , Jr. (#110)
Megan C. Haney (#5016)
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington , Delaware 19806
Telephone: 302-655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Counsel for Defendant*
*Sun Pharma Global, Inc.*

SO ORDERED this _____ day of April, 2011.

_____
  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on April 11, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered counsel of record.

I further certify that I caused a copy of the foregoing document to be served the following counsel of record in the manner indicated:

### *By E-Mail*:

Frederick L. Cottrell, III  [cottrell@rlf.com]
Steven J. Fineman  [sfineman@rlf.com]
Laura D. Hatcher  [hatcher@rlf.com]
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
Wilmington, DE  19801
  *Counsel for Plaintiffs*

William F. Lee [william.lee@wilmerhale.com]
Hollie L. Baker [hollie.baker@wilmerhale.com]
Vinita Ferrera [vinita.ferrera@wilmerhale.com]
Allen C. Nunnally  [Allen.Nunnally@wilmerhale.com]
**WILMER HALE LLP**
60 State Street
Boston, MA  02109
  *Counsel for Plaintiff Warner Chilcott Company LLC*

David B. Bassett [david.bassett@wilmerhale.com]
**WILMER HALE LLP**
399 Park Avenue
New York, NY  10022
  *Counsel for Plaintiff Warner Chilcott Company LLC*

Mark E. Waddell [mwaddell@loeb.com]
Joshua H. Harris [jharris@loeb.com]
**LOEB & LOEB LLP**
345 Park Avenue
New York, NY 10154
  *Counsel for Plaintiff Hoffman-La Roche Inc.*

Richard W. Riley, Esquire [rwriley@duanemorris.com]
**DUANE MORRIS LLP**
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Counsel for Defendants Apotex, Inc. and Apotex Corp.*

Steven E. Feldman  [steven.feldman@huschblackwell.com]
Hartwell P. Morse, III  [hartwell.morse@huschblackwell.com]
Louise T. Walsh  [louise.walsh@huschblackell.com]
Sherry L. Rollo [sherry.rollo@huschblackwell.com]
Philip D. Segrest, Jr. [Philip.Segrest@huschblackwell.com]
**HUSCH BLACKWELL SANDERS WELSH & KATZ LLP**
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606
*Counsel for Defendants Apotex, Inc. and Apotex Corp.*

John C. Phillips, Jr.  [jcp@pgslaw.com]
Megan C. Haney  [mch@pgslaw.com]
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE  19806
*Counsel for Defendant Sun Pharma Global, Inc.*

Eric C. Cohen  [eric.cohen@kattenlaw.com]
Jeremy C. Daniel  [jeremy.daniel@kattenlaw.com]
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
*Counsel for Defendant Sun Pharma Global, Inc.*

Richard K. Herrmann  [rherrmann@morrisjames.com]
Mary B. Matterer  [mmatterer@morrisjames.com]
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
*Counsel for Defendant Mylan Pharmaceuticals, Inc.*

Edgar H. Haug  [EHaug@flhlaw.com]
Robert E. Colletti  [RColletti@flhlaw.com]
Richard E. Parke [RParke@flhlaw.com]
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151 USA
*Counsel for Defendant Mylan Pharmaceuticals, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

_____
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

James Galbraith
Antony Pfeffer
Peter L. Giunta
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200