**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------- | ) | |
| WARNER CHILCOTT COMPANY, LLC and | ) | |
| HOFFMANN-LA ROCHE INC., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 08-627-LPS |
| | ) | |
| v. | ) | |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------------------------------- | | |
| WARNER CHILCOTT COMPANY, LLC and | ) | |
| HOFFMANN-LA ROCHE INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 09-143-LPS |
| v. | ) | (consolidated with C.A. No. 08-627-LPS) |
| | ) | |
| APOTEX, INC. AND APOTEX CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ------------------------------------------------------- | | |
| WARNER CHILCOTT COMPANY, LLC and | ) | |
| HOFFMANN-LA ROCHE INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 10-285-LPS |
| v. | ) | (consolidated with C.A. No. 08-627-LPS) |
| | ) | |
| MYLAN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ------------------------------------------------------- | | |

1

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 09-61-LPS |
| v. | ) ) | (consolidated with C.A. No. 08-627-LPS) |
| SUN PHARMA GLOBAL, INC. | ) ) ) | |
| Defendant. | ) ) ) | |

---

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 11-81-LPS |
| v. | ) ) | (consolidated with C.A. No. 08-627-LPS) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 10-1111-LPS |
| v. | ) ) | (consolidated with C.A. No. 08-627-LPS) |
| APOTEX, INC. AND APOTEX CORP., | ) ) ) | |
| Defendants. | ) ) | |

---

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 11-236-LPS |
| v. | ) ) | (consolidated with C.A. No. 08-627-LPS) |
| MYLAN PHARMACEUTICALS, INC., | ) ) ) | |
| Defendant. | ) ) | |

---

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and ) <br> HOFFMANN-LA ROCHE INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SUN PHARMA GLOBAL, INC. ) <br> ) <br> Defendant. ) <br> ------------------------------------------------------------ ) | C.A. No. 10-1085-LPS <br> (consolidated with C.A. No. 08-627-LPS) |

## NOTICE OF DEPOSITION OF JOHN BILEZIKIAN

**TO:**  Mr. Allen Nunnally
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA  02109
allen.nunnally@wilmerhale.com

Please take notice that pursuant to agreement of the parties the Defendants in the above captioned matter will take the deposition of John Bilezikian at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, located at 399 Park Avenue, New York, New York commencing at **9:00 a.m.** on **April 22, 2011**.  The deposition will be taken before a court reporter authorized to administer oaths in the State of New York for use in the above litigation as provided in the Federal Rules of Civil Procedure..  The testimony will be recorded by stenographic means and videotaped.

Dated:  April 15, 2011                                                  Respectfully submitted,

*/s/ Richard W. Riley*
Richard W. Riley (DE #4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware  19801
Phone:  302-657-4900
Fax:  302-657-4901

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

3

*Of Counsel*

Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
HUSCH BLACKWELL LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois  60606
Phone:  312-655-1500
Fax:  312-655-1501

# CERTIFICATE OF SERVICE

I, Richard W. Riley, hereby certify that on April 15, 2011, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for reviewing and downloading.

I, further certify that on April 15, 2011, a true and correct copy of the foregoing document was caused to be served on the attorneys of record at the following addresses and in the manner indicated:

**VIA E-MAIL**
Mark Waddell, Esq.
**Loeb & Loeb LLP**
345 Park Avenue
New York, NY 10154
*mwaddell@loeb.com*

**VIA E-MAIL**
James Galbraith, Esq.
Antony Pfeffer, Esq.
Peter Giunta, Esq.
Vincent Rubino, Esq.
**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007
*jgalbraith@kenyon.com*
*APfeffer@kenyon.com*
*PGiunta@kenyon.com*
*VRubino@kenyon.com*

**VIA E-MAIL**
Mary Matterer, Esq.
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
*mmatterer@morrisjames.com*

**VIA E-MAIL**
William F. Lee, Esq.
Allen C. Nunnally, Esq.
Vinita Ferrera, Esq.
Hollie L. Baker
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA 02109
*William.lee@wilmerhale.com*
*Allen.nunnally@wilmerhale.com*
*Vinita.Ferrera@wilmerhale.com*
*Hollie.baker@wilmerhale.com*

**VIA E-MAIL**
Frederick L. Cottrell, III, Esq.
Stephen J. Fineman
**Richards, Layton & Finger, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*Cottrell@rlf.com*
*fineman@rlf.com*

**VIA E-MAIL**
Karen L. Pascale
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
*kpascale@ycst.com*

**VIA E-MAIL**
Eric C. Cohen, Esq.
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**
525 West Monroe Street
Chicago, IL 60661-3693
*eric.cohen@kattenlaw.com*
*Jeremy.daniel@kattenlaw.com*

**VIA E-MAIL**
David B. Bassett
Sadaf Abdullah
  **And Dorr LLP Wilmer Cutler Pickering Hale**
399 Park Avenue
New York, New York 10022
*David.bassett@wilmerhale.com*
*Sadaf.abdullah@wilmerhale.com*

**VIA E-MAIL**
Robert Colletti, Esq.
Edgar H. Haug, Esq.
Richard E. Parke, Esq.
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, New York 10151
*ehaug@flhlaw.com*
*rcolletti@flhlaw.com*
*rparke@flhlaw.com*

**VIA E-MAIL**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
*jcp@pgslaw.com*
*mch@pgslaw.com*

*/s/ Richard W. Riley*
Richard W. Riley