IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | C.A. No. 08-627-LPS <br><br> CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Objections and Responses to Apotex Inc.'s and Apotex Corp.'s First Set of Interrogatories to Plaintiffs (Nos. 1-11) were caused to be served on April 18, 2011, on counsel of record in the manner indicated:

**VIA E-MAIL**

Richard K. Herrmann
Mary B. Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Antony Pfeffer, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Steven E. Feldman, Esquire
Husch Blackwell Sanders Welsh & Katz LLP
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

RLF1 3982281v. 1

| | |
|---|---|
| OF COUNSEL:<br><br>William F. Lee<br>Vinita Ferrera<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>(617) 526-6000<br><br>David B. Bassett<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800<br><br>*Attorneys for*<br>THE PROCTER & GAMBLE COMPANY<br><br>OF COUNSEL:<br><br>Mark E. Waddell<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY<br>(212) 407-4000<br><br>*Attorney for*<br>HOFFMANN-LA ROCHE INC. | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Steven J. Fineman (#4025)<br>fineman@rlf.com<br>Laura D. Hatcher (#5098)<br>hatcher@rlf.com<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700<br><br>*Attorneys for*<br>THE PROCTER & GAMBLE COMPANY and<br>HOFFMANN-LA ROCHE INC. |

Dated: April 18, 2011