IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-627-LPS |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION REGARDING JOINT CLAIM CONSTRUCTION CHART

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval and order of the Court, that paragraph 7 of the Amended Consolidated Rule 16 Scheduling Order (D.I. 125 entered January 5, 2011) is hereby modified to provide that the joint claim construction chart with citations to intrinsic evidence shall be filed by April 19, 2011.

*Of Counsel:*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
60 State Street
Boston, Massachusetts 02109
Telephone: 617-526-6000

David B. Bassett
399 Park Avenue
New York, New York 10022
Phone: 212-230-8800

*/s/ Laura D. Hatcher*
Frederick L. Cottrell III (#2555)
Steven J. Fineman (#4025)
Laura D. Hatcher (#5098)
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
cottrell@rlf.com
fineman@rlf.com

*Counsel for Plaintiffs Warner Chilcott
Company, LLC, and Hoffmann-
La Roche Inc.*

*Counsel for Plaintiff*
*Warner Chilcott Company, LLC*

Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
Phone: 212-407-4000

*Counsel for Plaintiff Hoffmann-La Roche Inc.*

*Of Counsel:*

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**FROMMER LAWRENCE & HAUG, LLP**
745 Fifth Avenue
New York, New York 10151
Telephone: 212-588-0800

/s/ Mary B. Matterer

Richard K. Herrmann ( # 405)
Mary B. Matterer ( # 2696)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Defendant*
*Mylan Pharmaceuticals, Inc.*

*Of Counsel:*

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
**HUSCH BLACKWELL SANDERS**
  **WELSH & KATZ**
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois  60606
Telephone: 312-655-1500

/s/ Richard W. Riley

Richard W. Riley (DE #4052)
**DUANE MORRIS LLP**
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
Phone: 302-657-4900
Fax: 302-657-4901
RWRiley@duanemorris.com

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

*Of Counsel:*

James Galbraith
Antony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway

/s/ Karen L. Pascale

Karen L. Pascale ( #2903)
Karen E. Keller (#4489)
**YOUNG, CONWAY, STARGATT**
  **& TAYLOR LLP**
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

RLF1 3980936v. 1

New York, NY 10004
Telephone:  212-425-7200

kpascale@ycst.com
kkeller@ycst.com

*Counsel for Defendant*
*Teva Pharmaceuticals USA, Inc.*

*/s/ John C. Phillips, Jr.*

*Of Counsel:*

John C. Phillips , Jr. (#110)
Megan C. Haney (#5016)
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington , Delaware 19806
Telephone: 302-655-4200
jcp@pgslaw.com
mch@pgslaw.com

Eric C. Cohen
Jeremy C. Daniel
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, Illinois 60661
Telephone: 312-902-5200

*Counsel for Defendant*
*Sun Pharma Global, Inc.*

DATED:  April 18, 2011

SO ORDERED this _____ day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE