IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | C.A. No. 08-627-LPS <br><br> CONSOLIDATED |

## JOINT CLAIM CONSTRUCTION CHART

In accordance with paragraph 7 of the Amended Consolidated Rule 16 Scheduling Order (D.I. 125 entered January 5, 2011), as amended, the parties hereby submit the Joint Claim Construction Chart for the U.S. Patent Nos. 7,192,938 and 7,718,634 (Ex. A) and U.S. Patent No. 6,165,513 (Ex. B).

*Of Counsel:*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
60 State Street
Boston, Massachusetts 02109
Telephone: 617-526-6000

David B. Bassett
399 Park Avenue
New York, New York 10022
Phone: 212-230-8800

*/s/ Laura D. Hatcher*
Frederick L. Cottrell III (#2555)
Steven J. Fineman (#4025)
Laura D. Hatcher (#5098)
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
cottrell@rlf.com
fineman@rlf.com

*Counsel for Plaintiffs Warner Chilcott Company, LLC, and Hoffmann-La Roche Inc.*

*Counsel for Plaintiff*
*Warner Chilcott Company, LLC*

Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
Phone: 212-407-4000

*Counsel for Plaintiff Hoffmann-La Roche Inc.*

*Of Counsel:*

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**FROMMER LAWRENCE & HAUG, LLP**
745 Fifth Avenue
New York, New York 10151
Telephone: 212-588-0800

*/s/ Mary B. Matterer*
Richard K. Herrmann ( # 405)
Mary B. Matterer ( # 2696)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Defendant*
*Mylan Pharmaceuticals, Inc.*

*Of Counsel:*

Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
**HUSCH BLACKWELL SANDERS LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois 60606
Telephone: 312-655-1500

*/s/ Richard W. Riley*
Richard W. Riley (DE #4052)
**DUANE MORRIS LLP**
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
Phone: 302-657-4900
Fax: 302-657-4901
RWRiley@duanemorris.com
*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

RLF1 3986184v. 1

| | |
|---|---|
| *Of Counsel:* | */s/ Karen L. Pascale* |
| | Karen L. Pascale ( #2903) |
| James Galbraith | Karen E. Keller (#4489) |
| Antony Pfeffer | **YOUNG, CONWAY, STARGATT** |
| Peter L. Giunta | **& TAYLOR LLP** |
| **KENYON & KENYON LLP** | The Brandywine Building, 17th Floor |
| One Broadway | 1000 West Street |
| New York, NY 10004 | Wilmington, Delaware 19899-0391 |
| Telephone: 212-425-7200 | Telephone: 302-571-6600 |
| | kpascale@ycst.com |
| | kkeller@ycst.com |
| | |
| | *Counsel for Defendant* |
| | *Teva Pharmaceuticals USA, Inc.* |
| | |
| | */s/ John C. Phillips, Jr.* |
| *Of Counsel:* | John C. Phillips , Jr. (#110) |
| | Megan C. Haney (#5016) |
| Eric C. Cohen | **PHILLIPS, GOLDMAN & SPENCE, P.A.** |
| Jeremy C. Daniel | 1200 North Broom Street |
| **KATTEN MUCHIN ROSENMAN LLP** | Wilmington , Delaware 19806 |
| 525 W. Monroe Street | Telephone: 302-655-4200 |
| Chicago, Illinois 60661 | jcp@pgslaw.com |
| Telephone: 312-902-5200 | mch@pgslaw.com |
| | |
| | *Counsel for Defendant* |
| | *Sun Pharma Global, Inc.* |

Dated: April 19, 2011