IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-627-LPS <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DEPOSITION OF JOHN YATES, M.D.

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned matters, by and through their attorneys of record, will take the deposition of John Yates, M.D. on May 4, 2011, or on such date as mutually agreed upon by counsel, at the office of Husch Blackwell LLP, 120 S. Riverside Plaza, Suite 2200, Chicago, Illinois 60606 commencing at 9:30 a.m. (CDT) and continuing day-to-day thereafter until completed. The deposition will be videotaped and will be taken before a court reporter authorized to administer oaths in the State of Illinois for use in the above litigation as provided in the Federal Rules of Civil Procedure. You are cordially invited to attend and cross-examine.

Of Counsel:
William F. Lee
Vinita Ferrera
Allen C. Nunnally
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Ave.
New York, NY 10022
(212) 230-8800
*Attorneys for Plaintiffs*
*Warner Chilcott Company LL and*
*The Procter & Gamble Co.*

Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY
(212) 407-4000
*Attorney for Plaintiff*
*Hoffmann-La Roche Inc.*

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wlimington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs*
*Warner Chilcott Company LLC,*
*The Procter & Gamble Co., and*
*Hoffmann-La Roche Inc.*

Dated: April 28, 2011

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2011, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF which will send notification of such filing(s) and have sent by Electronic Mail to the following:

Richard K. Herrmann
Mary B. Matterer
Amy A. Quinlan
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494

Karen L. Pascale
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

James Galbraith, Esq.
Antony Pfeffer, Esq.
Maria Luisa Palmese, Esq.
**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007

Robert Colletti, Esq.
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151

Richard W. Riley
**Duane Morris LLP**
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Steven E. Feldman
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
Hatcher@rlf.com