# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 08-627-LPS <br> (CONSOLIDATED) |

## [PROPOSED] ORDER

WHEREAS, defendants have moved this Court for authority to file their joint responsive claim construction brief related to U.S. Patent No. 7,192,938 and U.S. Patent No. 7,718,634 (the "938/634 Patents Opening Claim Construction Brief") under seal;

WHEREAS, this Court has considered Defendants motion;

IT IS HEREBY ORDERED this 17th day of May, 2011, that the motion is GRANTED; and

IT IS FURTHER ORDERED that the Defendants are authorized to file the 938/634 Patents Responsive Claim Construction Brief under seal.

_____
UNITED STATES DISTRICT JUDGE

DM1\2638497.1