IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 08-627-LPS |
| v. | ) ) | CONSOLIDATED |
| TEVA PHARMACEUTICALS USA, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION REGARDING JOINT APPENDIX

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval and order of the Court, that paragraph 7 of the Amended Consolidated Rule 16 Scheduling Order (D.I. 125 entered January 5, 2011) is hereby modified to provide that the Joint Appendix shall be filed by May 23, 2011.

*Of Counsel:*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
60 State Street
Boston, Massachusetts 02109
Telephone: 617-526-6000

David B. Bassett
399 Park Avenue
New York, New York 10022
Phone: 212-230-8800
*Counsel for Plaintiff
Warner Chilcott Company, LLC*

/s/ *Laura D. Hatcher*
Frederick L. Cottrell III (#2555)
Steven J. Fineman (#4025)
Laura D. Hatcher (#5098)
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
cottrell@rlf.com
fineman@rlf.com

*Counsel for Plaintiffs Warner Chilcott
Company, LLC, and Hoffmann-
La Roche Inc.*

RLF1 4020408v. 1

Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
Phone: 212-407-4000

*Counsel for Plaintiff Hoffmann-La Roche Inc.*

*Of Counsel:*

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**FROMMER LAWRENCE & HAUG, LLP**
745 Fifth Avenue
New York, New York 10151
Telephone: 212-588-0800

*Of Counsel:*

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
**HUSCH BLACKWELL, LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois 60606
Telephone: 312-655-1500

*Of Counsel:*

James Galbraith
Antony Pfeffer
Peter L. Giunta
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
Telephone: 212-425-7200

/s/ *Mary B. Matterer*
Richard K. Herrmann ( # 405)
Mary B. Matterer ( # 2696)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Defendant*
*Mylan Pharmaceuticals, Inc.*

/s/ *Richard W. Riley*
Richard W. Riley (DE #4052)
**DUANE MORRIS LLP**
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
Phone: 302-657-4900
Fax: 302-657-4901
RWRiley@duanemorris.com

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

/s/ *Karen L. Pascale*
Karen L. Pascale ( #2903)
Karen E. Keller (#4489)
**YOUNG, CONWAY, STARGATT**
    **& TAYLOR LLP**
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
kpascale@ycst.com
kkeller@ycst.com

*Counsel for Defendant*
*Teva Pharmaceuticals USA, Inc.*

| | |
|---|---|
| *Of Counsel:* | */s/ Megan C. Haney* <br> John C. Phillips , Jr. (#110) <br> Megan C. Haney (#5016) |
| Eric C. Cohen <br> Jeremy C. Daniel <br> **KATTEN MUCHIN ROSENMAN LLP** <br> 525 W. Monroe Street <br> Chicago, Illinois 60661 <br> Telephone: 312-902-5200 | **PHILLIPS, GOLDMAN & SPENCE, P.A.** <br> 1200 North Broom Street <br> Wilmington , Delaware 19806 <br> Telephone: 302-655-4200 <br> jcp@pgslaw.com <br> mch@pgslaw.com |
| | *Counsel for Defendant* <br> *Sun Pharma Global, Inc.* |
| DATED: May 18, 2011 | |

SO ORDERED this _____ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE