IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., et al. <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 08-627-LPS ) ) CONSOLIDATED ) ) ) ) ) |

**ANSWER OF PLAINTIFFS WARNER CHILCOTT COMPANY, LLC
AND HOFFMANN-LA ROCHE INC. TO DEFENDANT
MYLAN PHARMACEUTICALS INC.'S COUNTERCLAIMS**

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Plaintiffs Warner Chilcott Company, LLC ("Warner Chilcott") and Hoffmann-La Roche Inc. ("Roche") (collectively, "Plaintiffs") answer the numbered allegations 1-14 of Defendant Mylan Pharmaceuticals Inc.'s ("Mylan") Counterclaims as follows:

### The Parties

1. Upon information and belief, admitted.

2. Admitted.

3. Admitted.

### Jurisdiction

4. Paragraph 4 states a legal conclusion to which no response is required.

5. Paragraph 5 states a legal conclusion to which no response is required.

### First Count

6. Plaintiffs repeat and incorporate by reference their responses to Paragraphs 1 through 5 as if fully set forth herein.

7. Upon information and belief, Plaintiffs admit that Mylan filed ANDA No. 200477 with the FDA and amended that ANDA on February 24, 2011. Plaintiffs deny the remaining allegations in Paragraph 7 and aver that Mylan's ANDA No. 200477 filing and February 24, 2011 amendment speak for themselves and are the best evidence of their contents.

8. Plaintiffs admit that the Court has subject matter jurisdiction over Plaintiffs' claims and that there is a substantial and continuing controversy between Plaintiffs and Mylan as to Plaintiffs' assertion of infringement of the '634 patent. Plaintiffs deny any remaining allegations in Paragraph 8.

9. Denied.

10. Denied.

### Second Count

11. Plaintiffs repeat and incorporate by reference their responses to Paragraphs 1 through 5 as if fully set forth herein.

12. Upon information and belief, Plaintiffs admit that Mylan filed ANDA No. 200477 with the FDA and amended that ANDA on February 24, 2011. Plaintiffs deny the remaining allegations in Paragraph 12 and aver that Mylan's ANDA No. 200477 filing and February 24, 2011 amendment speak for themselves and are the best evidence of their contents.

13. Plaintiffs admit that the Court has subject matter jurisdiction over Plaintiffs' claims and that there is a substantial and continuing controversy between Plaintiffs and Mylan as to the '634 patent's validity. Plaintiffs deny any remaining allegations in Paragraph 13.

14. Denied.

**<u>Prayer for Relief</u>**

Plaintiffs deny that Mylan is entitled to any of the relief requested in its Answer, Separate Defenses and Counterclaims.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and against Mylan as follows:

(a) Dismiss Mylan's counterclaims with prejudice;

(b) Deny Mylan's request for a declaration that the manufacture, use, sale, offer for sale, marketing, or importation of Mylan's risedronate sodium tablets, 150 mg, would not infringe the '634 patent;

(c) Deny Mylan's request for a declaration that the '634 patent and all its claims are invalid;

(d) Deny Mylan's request for an injunction preventing Plaintiffs from asserting or attempting to enforce the '634 patent against Mylan, its customers, suppliers, or anyone in privity with Mylan;

(e) Deny Mylan's request for an award of attorneys' fees or costs to Mylan;

(f) Grant Plaintiffs the relief requested in their Complaint;

(g) Award Plaintiffs their reasonable attorneys' fees, costs, and expenses incurred in defending against Mylan's Counterclaims; and

(h) Award Plaintiffs such other relief as the Court deems just and proper.

Of Counsel:

William F. Lee
Vinita Ferrera
Allen C. Nunnally
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Attorneys for Warner Chilcott

Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY
(212) 230-8800

Attorney for Hoffman-La Roche Inc.

Dated: May 19, 2011

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@flf.com
Richards Layton & Finger, P. A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Attorneys for Warner Chilcott and Hoffmann-La Roche Inc.

RLF1 4021957v. 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and have sent by Electronic Mail to the following:

Richard K. Herrmann
Mary B. Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

I hereby certify that on May 19, 2011, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Antony Pfeffer, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

Steven E. Feldman, Esquire
Husch Blackwell Sanders Welsh &
 Katz LLP
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
Hatcher@rlf.com