# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-627-LPS |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) | |

## JOINT APPENDIX FOR U.S. PATENT NO. 6,165,513

Of Counsel:
William F. Lee
Vinita Ferrera
Allen C. Nunnally
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
*Attorneys for Plaintiffs*
*Warner Chilcott Company, LLC and*
*The Procter & Gamble Co.*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs*
*Warner Chilcott Company, LLC,*
*The Procter & Gamble Co., and Hoffmann-La Roche Inc.*

Dated: May 23, 2011

RLF1 4037299v. 1

## JOINT APPENDIX FOR U.S. PATENT NO. 6,165,513

### TABLE OF CONTENTS

| Ex. | Title/Description |
|---|---|
| A | U.S. Patent No. 6,165,513 |
| B (BB) | Prosecution History of U.S. Application No. 09/095,322 ('513 Patent File History) |