IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 08-627-LPS ) ) CONSOLIDATED ) ) ) ) ) ) |

### NOTICE OF CONVENTIONAL FILING WITH THE CLERK'S OFFICE

Notice is hereby given that, due to the volume of documents, the Joint Appendix listed below with its exhibits accompanying the parties' claim construction briefs for the claims at issue in the above-captioned matter has been manually filed with the Court and is available in paper form:

### JOINT APPENDIX FOR U.S. PATENT NOS. 7,192,938 AND 7,718,634

The original documents are maintained in the case file in the clerk's office.

| | |
|---|---|
| Of Counsel: <br> William F. Lee <br> Vinita Ferrera <br> Allen C. Nunnally <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 60 State Street <br> Boston, MA 02109 <br> (617) 526-6000 <br><br> David B. Bassett <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 399 Park Avenue <br> New York, NY 10022 <br> (212) 230-8800 <br> *Attorneys for Plaintiffs* <br> *Warner Chilcott Company, LLC and* <br> *The Procter & Gamble Co.* | /s/ *Laura D. Hatcher* <br> Frederick L. Cottrell, III (#2555) <br> cottrell@rlf.com <br> Steven J. Fineman (#4025) <br> fineman@rlf.com <br> Laura D. Hatcher (#5098) <br> hatcher@rlf.com <br> Richards Layton & Finger, P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br><br> *Attorneys for Plaintiffs* <br> *Warner Chilcott Company, LLC,* <br> *The Procter & Gamble Co., and Hoffmann-La Roche Inc.* |

Dated: May 23, 2011

RLF1 4037297v. 1