# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., </br></br>Plaintiffs/Counterclaim-Defendants,</br></br>v.</br></br>MYLAN PHARMACEUTICALS INC.,</br></br>Defendant/Counterclaimant. | C.A. No. 08-627-LPS (consolidated) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Edgar H. Haug and Richard E. Parke of the law firm of Frommer Lawrence & Haug LLP to represent Defendant Mylan Pharmaceuticals Inc. in this matter.

Dated: June 10, 2011

*/s/ Mary B. Matterer*
Mary B. Matterer
**MORRIS JAMES LLP**
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
(302) 888-6960
mmatterer@morrisjames.com

*Attorneys for Defendant/Counterclaimant Mylan Pharmaceuticals Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____                    _____
                                          **United States District Court Judge**

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York, the United States Court of Appeals for the Second Circuit, United States Court of Appeals for the and Federal Circuit, and a Patent Attorney for the United States Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 10, 2011

Signed: _____
Edgar H. Haug, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:  June 9, 2011

Signed:  _____
Richard E. Parke, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151
(212) 588-0800
rparke@flhlaw.com