# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROCTOR & GAMBLE COMPANY and HOFFMAN-LA ROCHE, INC., | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 08-627-LPS |
| TEVA PHARMACEUTICALS USA, INC., | : | |
| Defendant. | : | |
| _____ | : | |
| PROCTER & GAMBLE COMPANY and HOFFMAN-LA ROCHE, INC., | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 09-143-LPS |
| APOTEX, INC. and APOTEX CORP., | : | |
| Defendants. | : | |
| _____ | : | |
| WARNER CHILCOTT COMPANY, LLC and HOFFMAN-LA ROCHE INC., | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 10-285-LPS |
| MYLAN PHARMACEUTICALS, INC., | : | |
| Defendant. | : | |
| _____ | : | |
| PROCTER & GAMBLE COMPANY and HOFFMAN-LA ROCHE, INC., | : | |
| Plaintiffs, | : | |

|  |  |  |
|---|---|---|
| v. | : | C. A. No. 09-61-LPS |
|  | : |  |
| SUN PHARMA GLOBAL, INC., | : |  |
|  | : | (Consolidated Cases with |
| Defendant. | : | C. A. 08-627-LPS) |

## ORDER

At Wilmington this **14th** day of **June, 2011**.

IT IS ORDERED that the teleconference scheduled for Tuesday, June 14, 2011 at 9:00 a.m. with Magistrate Judge Thynge to discuss the status of the case relating to mediation has been rescheduled to **Wednesday, June 22, 2011 at 9:00 a.m.  Counsel for Teva shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE