# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., ) ) ) Plaintiffs, ) ) v. ) ) TEVA PHARMACEUTICALS USA, INC., ) ) Defendant. ) | C.A. No. 08-627-LPS CONSOLIDATED |

## APPENDIX OF MATERIAL CITED IN PLAINTIFFS' BRIEFS AND *MARKMAN* HEARING PRESENTATION

Of Counsel:
William F. Lee
Vinita Ferrera
Allen C. Nunnally
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
Attorneys for Plaintiffs
Warner Chilcott Company, LLC and
The Procter & Gamble Co.

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

Attorneys for Plaintiffs
Warner Chilcott Company, LLC,
The Procter & Gamble Co., and Hoffmann-La
Roche Inc.

Dated: June 16, 2011

# APPENDIX

## TABLE OF CONTENTS

| Ex. | Title/Description | Plaintiffs' Bates Numbers |
|---|---|---|
| A | U.S. Patent No. 7,192,938 | |
| B | U.S. Patent No. 7,718,634 | |
| C | U.S. Patent No. 7,410,957 | |
| D | Excerpts from Exhibit D, Ser. No. 10/430,007 ('957 Patent Prosecution History) | |
| | Final Office Action (Oct. 1, 2004) | PGOAM0081626-PGOAM0081639 |
| | Non-Final Office Action (Jan. 15, 2004) | PGOAM0081662 - PGOAM0081667 |
| | Application As-Filed (May 6, 2003) | PGOAM0081799-PGOAM0081818 |
| E | Excerpts from Exhibit E, Ser. No. 10/998,849 ('938 Patent Prosecution History) | |
| | Office Action (Aug. 29, 2005) | R2001811 - R2001820 |
| | Amendment (Feb. 2, 2006) | R2001875-R2001886 |
| | Final Office Action (May 2, 2006) | R2001918-R2001924 |
| | Office Action (Sept. 15, 2006) | R2001952-R2001958 |
| | Amendment (Dec. 11, 2006) | R2002063-R2002070 |
| | Notice of Allowance (Jan. 16, 2007) | R2002090-R2002092 |
| F | Excerpts from Exhibit F, Ser. No. 12/139,587 ('634 Patent Prosecution History) | |
| | Office Action (Apr. 21, 2009) | R2020985-R2020993 |
| | WO 94/00129 | R2021266-R2021327 |
| | Amendment (Oct. 14, 2009) | R2021386-R2021392 |

| G | U.S. Patent Application Pub. 2003/0118634 – Schofield et al. |
| --- | --- |
| AA | Declaration of John Bilezikian ISO Plaintiff's Opening Claim Construction Brief regarding U.S. Patent No. 7,192,938 and U.S. Patent No. 7,718,634 |
| BB | Stedman's Medical Dictionary (2002) |
| CC | Merriam-Webster Medical Desk Dictionary (2002) |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and have sent by Electronic Mail to the following:

Richard K. Herrmann
Mary B. Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

I hereby certify that on June 16, 2011, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Antony Pfeffer, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

Steven E. Feldman, Esquire
Husch Blackwell Sanders Welsh &
 Katz LLP
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
Hatcher@rlf.com