IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 08-627-LPS |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. AND APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 09-143-LPS (consolidated with C.A. No. 08-627-LPS for pretrial purposes) |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 10-285-LPS (consolidated with C.A. No. 08-627-LPS for pretrial purposes) |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 09-61-LPS (consolidated with C.A. No. 08-627-LPS for pretrial purposes) |

## NOTICE OF DEPOSITION OF FRIEDER BAUSS

1

CHI-12903-1

TO: Mr. Allen Nunnally
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA 02109
allen.nunnally@wilmerhale.com

Please take notice that the Defendants in the above captioned matter will take the deposition of Frieder Bauss on **August 2, 2011 and August 3, 2011** at the offices of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154, commencing at **9:00 a.m.** and continuing day to day thereafter until completed. The deposition will be taken before a court reporter authorized to administer oaths in the State of New York for use in the above litigation as provided in the Federal Rules of Civil Procedure. The testimony will be recorded by stenographic means and videotaped.

Date: June 24, 2011

Respectfully submitted,

Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
HUSCH BLACKWELL LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois 60606
Phone: 312-655-1500
Fax: 312-655-1501

Richard W. Riley (DE #4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Phone: 302-657-4900
Fax: 302-657-4901

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I, Sherry L. Rollo, hereby certify that on June 24, 2011, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for reviewing and downloading.

I, further certify that on June 24, 2011, a true and correct copy of the foregoing document was caused to be served on the attorneys of record at the addresses below by the manner indicated:

**VIA EMAIL**
Mark E. Waddell, Esq.
Joshua H. Harris, Esq.
Warren E. MacRae, Esq.
John M. Griem, Jr., Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
mwaddell@loeb.com
jharris@loeb.com
wmacrae@loeb.com
jgriem@loeb.com
(212) 407-4000

**VIA EMAIL**
Frederick L. Cottrell, III, Esq.
Steven J. Fineman, Esq.
Laura D. Hatcher, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Cottrell@rlf.com
fineman@rlf.com
hatcher@rlf.com
(302) 658-6541

**VIA EMAIL**
Allen C. Nunnally, Esq.
Vinita Ferrera, Esq.
Hollie L. Baker, Esq.
William F. Lee, Esq.
Richard I. Ewenstein, Esq.
Christopher R. Noyes, Esq.
Wilmer Cutler Pickering Hale
  and Dorr LLP
60 State Street
Boston, MA 02109
Allen.nunnally@wilmerhale.com
Vinita.Ferrera@wilmerhale.com
Hollie.baker@wilmerhale.com
William.lee@wilmerhale.com
Richard.Ewenstein@wilmerhale.com
Christopher.Noyes@wilmerhale.com
(617) 526-6000

**VIA EMAIL**
David B. Bassett, Esq.
Sadaf Abdullah, Esq.
Wilmer Cutler Pickering Hale
  and Dorr LLP
399 Park Avenue
New York, NY 10022
David.bassett@wilmerhale.com
Sadaf.abdullah@wilmerhale.com
(212) 230-8800

**VIA EMAIL**
A. Antony Pfeffer, Esq.
Peter Giunta, Esq.
James Galbraith
Vincent Rubino
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
APfeffer@kenyon.com
PGiunta@kenyon.com
jgalbraith@kenyon.com
vrubino@kenyon.com
(212) 425-7200

**VIA EMAIL**
Karen L. Pascale
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 397
Wilmington, DE 19899-0391
kpascale@ycst.com
(302) 571-5001

**VIA EMAIL**
Eric C. Cohen, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
eric.cohen@kattenlaw.com
(312) 902-5200

**VIA EMAIL**
Edgar H. Haug, Esq.
Richard E. Parke, Esq.
Robert Colletti, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
RColletti@flhlaw.com
ehaug@flhlaw.com
rparke@flhlaw.com
(212) 588-0800

**VIA EMAIL**
Mary Matterer, Esq.
Morris James LLP
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
(302) 571-1750

**VIA EMAIL**
John C. Phillips, Jr.
Megan C. Haney
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com
(302) 655-4200