IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>*Defendant.* | C.A. No. 08-627-LPS,<br>C.A. No. 11-81-LPS |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>APOTEX, INC. and APOTEX CORP.,<br><br>*Defendants.* | C.A. No. 09-143-LPS,<br>C.A. No. 10-1111-LPS<br>(consolidated with C.A. No. 08-627-LPS) |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>*Defendant.* | C.A. No. 10-285-LPS,<br>C.A. No. 11-286-UNA<br>(consolidated with C.A. No. 08-627-LPS) |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>SUN PHARMA GLOBAL, INC.,<br><br>*Defendant.* | C.A. No. 09-61-LPS,<br>C.A. No. 10-1085-LPS<br>(consolidated with C.A. No. 08-627-LPS) |

## NOTICE OF SERVICE OF AMENDED NOTICE OF DEPOSITION

Please take notice that on June 28, 2011, true and correct copies of the attached Amended Notice of Deposition of Frieder Bauss were caused to be served upon the following counsel in the manner indicated below:

DM2/2920279.1

**VIA EMAIL**
Frederick L. Cottrell, III
Stephen J. Fineman
Laura Hatcher
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*Cottrell@rlf.com*
*Fineman@rlf.com*
*Hatcher@rlf.com*

**VIA E-MAIL**
William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
Richard I. Ewenstein
Christopher R. Noyes
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
*william.lee@wilmerhale.com*
*vinita.ferrera@wilmerhale.com*
*hollie.baker@wilmerhale.com*
*allen.nunnally@wilmerhale.com*
*richard.ewenstein@wilmerhale.com*
*christopher.noyes@wilmerhale.com*

**VIA E-MAIL**
David B. Bassett
Sadaf Abdullah
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, New York 10022
*david.bassett@wilmerhale.com*
*sadaf.abdullash@wilmerhale.com*

Right column:

**VIA EMAIL**
Karen L. Pascale
**YOUNG, CONAWAY, STARGATT & TAYLOR**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*kpascale@ycst.com*

**VIA E-MAIL**
James Galbraith
A. Anthony Pfeffer
Peter L. Giunta
Vincent Rubino
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004-1007
*jgalbraith@kenyon.com*
*apfeffer@kenyon.com*
*pgiunta@kenyon.com*
*vrubino@kenyon.com*

**VIA E-MAIL**
Mark E. Waddell
Joshua H. Harris
Warren E. MacRae
John M. Griem, Jr.
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
*mwaddell@loeb.com*
*jharris@loeb.com*
*wmacrae@loeb.com*
*jgriem@loed.com*

**VIA E-MAIL**
John C. Phillips, Jr.
Megan C. Haney
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*jcp@pgslaw.com*
*mch@pgslaw.com*

**VIA E-MAIL**
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
*mmatterer@morrisjames.com*
*aquinlan@morrisjames.com*

**VIA E-MAIL**
Eric C. Cohen
Jeremy C. Daniel
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
*eric.cohen@kattenlaw.com*
*jeremy.daniel@kattenlaw.com*

**VIA E-MAIL**
Esgar H. Haug
Robert E. Colletti
Richard E. Parke
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
*ehaug@flhlaw.com*
*rcolletti@flhlaw.com*
*rparke@flhlaw.com*

Dated: July 7, 2011

*/s/ Richard W. Riley*
Richard W. Riley (DE #4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801-1659
Phone: 302-657-4900
Fax: 302-657-4901
E-mail: *rwriley@duanemorris.com*

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

*Of Counsel:*
Steven E. Feldman
Louise T. Walsh
Philip D. Segrest
Sherry L. Rollo
HUSCH BLACKWELL SANDERS
WELSH & KATZ, LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois 60606
Phone: 312-655-1500
Fax: 312-655-1501
*steven.feldman@huschblackwell.com*
*louise.walsh@huschblackwell.com*
*philip.segrest@huschblackwell.com*
*sherry.rollo@huschblackwell.com*

## CERTIFICATE OF SERVICE

I, Richard W. Riley, hereby certify that on the 7th day of July, 2011, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification to registered attorneys of record that the document has been filed and is available for reviewing and downloading.

/s/ Richard W. Riley
Richard W. Riley (No. 4052)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br> Plaintiffs, <br> v. <br> TEVA PHARMACEUTICALS USA, INC., <br> Defendant. | C.A. No. 08-627-LPS |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br> Plaintiffs, <br> v. <br> APOTEX, INC. AND APOTEX CORP., <br> Defendants. | C.A. No. 09-143-LPS <br> (consolidated with C.A. No. 08-627-LPS for pretrial purposes) |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br> Plaintiffs, <br> v. <br> MYLAN PHARMACEUTICALS, INC., <br> Defendant. | C.A. No. 10-285-LPS <br> (consolidated with C.A. No. 08-627-LPS for pretrial purposes) |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br> Plaintiffs, <br> v. <br> SUN PHARMA GLOBAL, INC., <br> Defendant. | C.A. No. 09-61-LPS <br> (consolidated with C.A. No. 08-627-LPS for pretrial purposes) |

**AMENDED NOTICE OF DEPOSITION OF FRIEDER BAUSS**

1

CHI-12928-1

**TO:** Mr. Allen Nunnally
Wilmer Cutler Pickering
  Hale and Dorr LLP
60 State Street
Boston, MA  02109
allen.nunnally@wilmerhale.com

Please take notice that the Defendants in the above captioned matter will take the deposition of Frieder Bauss on **August 3, 2011, August 4, 2011, and (if a translator is used) August 5, 2011** at the offices of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154, commencing at **8:30 a.m.** on August 3, 2011, and continuing day to day thereafter until completed. The deposition will be taken before a court reporter authorized to administer oaths in the State of New York for use in the above litigation as provided in the Federal Rules of Civil Procedure. The testimony will be recorded by stenographic means and videotaped.

Date:   June 28, 2011

Respectfully submitted,

/s/ Steven E. Feldman
Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
HUSCH BLACKWELL LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois  60606
Phone: 312-655-1500
Fax: 312-655-1501

Richard W. Riley (DE #4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware  19801
Phone: 302-657-4900
Fax: 302-657-4901

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*