IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC.<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMA GLOBAL, INC.,<br><br>Defendants. | C. A. No. 09-061-LPS<br><br>CONSOLIDATED with C.A. No. 08-627-LPS |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMA GLOBAL, INC.,<br><br>Defendants. | C. A. No. 10-1085-LPS<br><br>CONSOLIDATED with C.A. No. 08-627-LPS |

## ORDER

WHEREAS, the Court having considered the Stipulation to File Amended Complaints and Substitute Parties (the "Stipulation"), and for good cause having been shown;

IT IS HEREBY ORDERED on this _____ day of _____, 2011, that the Stipulation is GRANTED and Plaintiffs are permitted to file and serve the Amended Complaints in the form attached as Exhibits 1 and 2 to the Stipulation. The Amended Complaints shall be deemed filed and served as of the date of this Order. It is further ordered that:

1. In C.A. No. 09-061-LPS and C.A. No. 10-1085-LPS, Defendant Sun Pharma Global FZE is hereby substituted as a successor in interest to Sun Pharma Global, Inc.; and

2. In C.A. 09-061-LPS, Plaintiff Warner Chilcott Company LLC is hereby substituted as successor in interest to The Procter & Gamble Company; and

3. Sun Pharma Global, Inc. and The Procter & Gamble Company are no longer parties to this litigation; and

4. The consolidated case caption shall be amended to reflect the substitutions set forth herein.

_____
United States District Judge