IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., ET AL. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 08-627 LPS <br> (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on July 13, 2011, copies of (1) Sun Pharma Global, Inc.'s First Set of Interrogatories to Plaintiffs Warner Chilcott Company, LLC and Hoffman-La Roche, Inc. and (2) Sun Pharma Global, Inc.'s First Set of Document Requests to Plaintiffs Warner Chilcott Company, LLC and Hoffman-La Roche, Inc. were served upon the following counsel via the manner indicated:

**VIA E-MAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Steven J. Fineman
Laura D. Hatcher
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Rodney Square
Wilmington, DE 19801-0551

Karen L. Pascale
Karen E. Keller
YOUNG, CONAWAY, STARGATT &
 TAYLOR
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard W. Riley
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Mary Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**VIA E-MAIL**
Louise T. Walsh
Steven E. Feldman
Thomas L. Gemmell
Sherry L. Rollo
Hartwell P. Morse, III
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Louise.walsh@huschblackwell.com
sherry.rollo@huschblackwell.com
steven.feldman@huschblackwell.com
thomas.gemmell@huschblackwell.com
Hartwell.morse@huschblackwell.com

William F. Lee
Vinita Ferrara
Allen C. Nunnally
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
vinita.ferrera@wilmerhale.com
william.lee@wilmerhale.com
alan.nunnally@wilmerhale.com

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com

James Galbraith
Maria Luisa Palmese
A. Anthony Pfeffer
Peter L. Giunta
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
jgalbraith@kenyon.com
mpalmese@kenyon.com
apfeffer@kenyon.com
pgiunta@kenyon.com

Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY
mwaddell@loeb.com

Edgar H. Haug
Richard E. Parke
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rparke@flhlaw.com

    PHILLIPS, GOLDMAN & SPENCE, P.A.

    /s/ John C. Phillips, Jr.
    John C. Phillips, Jr. (No. 110)
    Megan C. Haney (No. 5016)
    1200 North Broom Street
    Wilmington, DE 19806
    Tel. 302-655-4200
    jcp@pgslaw.com
    mch@pgslaw.com

DATE: July 13, 2011