IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 08-627-LPS |
| v. ) ) | CONSOLIDATED |
| TEVA PHARMACEUTICALS USA, INC., ) ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of (1) Plaintiffs' Second Set of Interrogatories to Defendants Apotex Inc. and Apotex Corp.; (2) Plaintiffs' First Set of Interrogatories to Defendant Sun Pharma Global FZE; (3) Plaintiffs' Second Set of Interrogatories to Defendant Teva Pharmaceuticals USA, Inc.; (4) Plaintiffs' Second Set of Interrogatories to Defendant Mylan Pharmaceuticals, Inc.; (5) Plaintiff's Second Set of Requests for the Production of Documents and Things to Defendant Mylan Pharmaceuticals, Inc.; (6) Plaintiffs' First Set of Requests for the Production of Documents and Things to Defendant Sun Pharma Global, Inc.; (7) Plaintiffs' Third Set of Requests for the Production of Documents and Things to Defendants Apotex Inc. and Apotex Corp; (8) Plaintiffs' Second Set of Requests for the Production of Documents and Things to Defendant Teva Pharmaceuticals USA, Inc.; (9) Plaintiffs' First Set of Requests for Admission to Defendant Mylan Pharmaceuticals, Inc.; (10) Plaintiffs' First Set of Requests for Admission to Defendant Teva Pharmaceuticals USA, Inc.; (11) Plaintiffs' First Set of Requests for Admission to Defendant Apotex Inc. and Apotex Corp.; and (12) Plaintiffs' First Set of Requests for Admission to Defendant Sun Pharma Global FZE were caused to be served on July 13, 2011 on counsel of record in the manner indicated:

RLF1 4665593v. 1

**VIA HAND DELIVERY**

Richard K. Herrmann
Mary B. Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

OF COUNSEL:

William F. Lee
Vinita Ferrera
Allen C. Nunnally
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

OF COUNSEL:

Mark E. Waddell
Joshua Harris
Loeb & Loeb LLP
345 Park Avenue
New York, NY
(212) 407-4000

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs*

Dated: July 13, 2011

RLF1 4665593v. 1