## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC<br><br>and<br><br>HOFFMANN-LA ROCHE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>APOTEX INC. and APOTEX CORP.<br><br>and<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | Civil Action No. 08-627-LPS<br><br>CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, **(1) MYLAN PHARMACEUTICALS INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFFS WARNER CHILCOTT COMPANY LLC AND HOFFMANN-LA ROCHE INC., (2) MYLAN PHARMACEUTICALS INC.'SECOND SET INTERROGATORIES PLAINTIFFS WARNER CHILCOTT COMPANY LLC AND HOFFMANN-LA ROCHE INC., and (3) MYLAN PHARMACEUTICALS INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS PLAINTIFFS WARNER CHILCOTT COMPANY LLC AND HOFFMANN-LA ROCHE INC.,** were served upon the attorneys listed below as indicated this 13th day of July, 2011:

| | |
|---|---|
| **HAND DELIVERY:**<br>Fredrick Cottrell<br>Steven J. Fineman<br>Laura D. Hatcher<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>fineman@rlf.com<br>hatcher@rlf.com<br>*Attorneys for Warner Chilcott Company*<br>*LLC and Hoffmann-LaRoche Inc.* | **HAND DELIVERY:**<br>Karen L. Pascale<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>kpascale@ycst.com |

**HAND DELIVERY:**
Richard William Riley
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
rwriley@duanemorris.com

| | |
|---|---|
| Dated: July 13, 2011 | */s/ Mary B. Matterer*<br>Richard K. Herrmann (I.D. #405)<br>Mary B. Matterer (I.D. #2696)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>mmatterer@morrisjames.com<br>rherrmann@morrisjames.com<br>*Attorneys for Defendant Mylan Pharmaceuticals*<br>*Inc.* |