## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN–LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) | C.A. No. 08-627-LPS, |
| v. | ) ) | C.A. No. 11-81-LPS |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) ) | |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN–LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) | C.A. No. 09-143-LPS, |
| v. | ) ) | C.A. No. 10-1111-LPS (consolidated with C.A. No. 08-627-LPS) |
| APOTEX, INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) | |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN–LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) | C.A. No. 10-285-LPS, |
| v. | ) ) | C.A. No. 11-286-UNA (consolidated with C.A. No. 08-627-LPS) |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) ) | |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN–LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) | C.A. No. 09-61-LPS, |
| v. | ) ) | C.A. No. 10-1085-LPS (consolidated with C.A. No. 08-627-LPS) |
| SUN PHARMA GLOBAL, INC., | ) ) | |
| Defendant. | ) ) | |

## AMENDED NOTICE OF DEPOSITION OF STEPHEN TURLEY

**TO:**   Mr. Joshua Harris
LOEB & LOEB LLP
345 Park Avenue
New York, NY  10154
jharris@loeb.com

Please take notice that the Defendants in the above captioned matter will take the deposition of STEPHEN TURLEY on **August 9, 2011** at the offices of Husch Blackwell LLP, Century House, 5 Old Bailey, London EC4M 7BA, England, commencing at **9:00 a.m.** on August 9 and continuing day to day thereafter until completed. The deposition will be taken before a court reporter authorized to administer oaths for use in the above litigation as provided in the Federal Rules of Civil Procedure. The testimony will be recorded by stenographic means and videotaped.

Date:   July 15, 2011

Respectfully submitted,

Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
HUSCH BLACKWELL LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois  60606
Phone:  312-655-1500
Fax:  312-655-1501

Richard W. Riley (DE #4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware  19801
Phone:  302-657-4900
Fax:  302-657-4901

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I, Richard W. Riley, hereby certify that on July 15, 2011, the forgoing Amended Notice of Deposition was electronically filed with the Clerk of the Court using CM/ECF which will send notification to registered attorneys of record that the document has been filed and is available for reviewing and downloading.  I further certify that the forgoing Amended Notice of Deposition was served by e-mail on the following:

Frederick L. Cottrell, III
Stephen J. Fineman
Laura Hatcher
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*Cottrell@rlf.com*
*Fineman@rlf.com*
*Hatcher@rlf.com*

William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
Wyley Sayre Proctor
Richard I. Ewenstein
Christopher R. Noyes
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA  02109
*william.lee@wilmerhale.com*
*vinita.ferrera@wilmerhale.com*
*hollie.baker@wilmerhale.com*
*allen.nunnally@wilmerhale.com*
*wyley.proctor@wilmerhale.com*
*richard.ewenstein@wilmerhale.com*
*christopher.noyes@wilmerhale.com*

Karen L. Pascale
**YOUNG, CONAWAY, STARGATT & TAYLOR**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*kpascale@ycst.com*

James Galbraith
A. Anthony Pfeffer
Peter L. Giunta
Vincent Rubino
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004-1007
*jgalbraith@kenyon.com*
*apfeffer@kenyon.com*
*pgiunta@kenyon.com*
*vrubino@kenyon.com*

David B. Bassett
Sadaf Abdullah
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
399 Park Avenue
New York, New York 10022
*jgalbraith@kenyon.com*
*apfeffer@kenyon.com*
*pgiunta@kenyon.com*
*vrubino@kenyon.com*

John C. Phillips, Jr.
Megan C. Haney
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*jcp@pgslaw.com*
*mch@pgslaw.com*

Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
*mmatterer@morrisjames.com*

Mark E. Waddell
Joshua H. Harris
Warren E. MacRae
John M. Griem, Jr.
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York  10154-1895
*mwaddell@loeb.com*
*jharris@loeb.com*
*wmacrae@loeb.com*
*jgriem@loeb.com*

Eric C. Cohen
Jeremy C. Daniel
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
*eric.cohen@kattenlaw.com*
*jeremy.daniel@kattenlaw.com*

Esgar H. Haug
Robert E. Colletti
Richard E. Parke
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
*ehaug@flhlaw.com*
*rcolletti@flhlaw.com*
*rparke@flhlaw.com*

*/s/ Richard W. Riley*
Richard W. Riley (No. 4052)