IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 09-143-LPS ) C.A. No. 10-1111-LPS |
| v. | ) (consolidated with C.A. No. 08-627-LPS) ) |
| APOTEX, INC. AND APOTEX CORP., | ) ) |
| Defendants. | ) ) |

## STIPULATION

**WHEREAS**, Defendants Apotex Inc. and Apotex Corp. (collectively "Apotex") identified Dr. Dennis M. Black as a potential expert in the above-identified litigations and produced the signed undertaking of Dr. Dennis M. Black to Plaintiff Hoffmann-La Roche Inc. ("Roche") on June 17, 2011;

**WHEREAS**, Roche objected to the disclosure of Roche's Protected Information to Dr. Black within ten (10) days from the date of service of the undertaking pursuant to paragraph 7 of the Stipulated Protective Order, entered August 13, 2009;

**WHEREAS**, Apotex and Roche met and conferred in good faith to resolve the objection pursuant to paragraph 7 of the Stipulated Protective Order, entered August 13, 2009;

**WHEREAS**, paragraph 7 of the Stipulated Protective Order, entered August 13, 2009 provides that Roche must bring a motion to preclude Dr. Black from viewing Roche's Protected Information within thirty (30) days from the date of service of the undertaking;

**WHEREAS**, Apotex has consented to Roche's proposal that Roche shall have until July 29, 2011 to pursue any objection to Dr. Black with the Court;

**WHEREAS**, Roche has consented to Apotex's proposal that Apotex shall have until September 6, 2011 to file any opposition and Roche's shall have until September 12, 2011 to file any reply.

**IT IS THEREFORE** on this 15th day of July, 2011, STIPULATED, subject to the Court's approval, THAT:

(1) the deadline by which Roche may file any motion regarding its objection to Dr. Dennis Black is extended through and including July 29, 2011.

(2) the deadline by which Apotex may file its opposition papers is extended through and including September 6, 2011, and the deadline by which Roche may file any reply papers to the opposition shall be September 12, 2011.

/s/ Laura D. Hatcher
Frederick L. Cottrell III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Laura D. Hatcher (#5098)
Hatcher@rlf.com
RICHARDS LAYTON &FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
302-651-7700

*Attorneys for Plaintiff Hoffmann-La Roche Inc.*

OF COUNSEL:

Mark E. Waddell, Esq.
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154-1895
(212) 407-4000 (Voice)
(212) 407-4990 (Fax)

/s/ Richard W. Riley
Richard W. Riley (DE #4052)
rwriley@duanemorris.com
DUANE MORRIS LLP
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302-657-4900

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

OF COUNSEL:

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
Philip D. Segrest, Jr.
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500 (Voice)
(312) 655-1501 (Fax)

**SO ORDERED** this ____ day of July, 2011.

_____
United States District Judge