IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 08-627-LPS ) ) CONSOLIDATED ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard I. Ewenstein to represent plaintiff Warner Chilcott Company, LLC in the above matter.

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Plaintiffs*
WARNER CHILCOTT COMPANY, LLC *and*
HOFFMANN-LA ROCHE INC.

Dated: July 18, 2011

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED on this _____ day of _____, 2011, that counsel's motion for admission *pro hac vice* of Richard I. Ewenstein to represent plaintiff Warner Chilcott Company, LLC is GRANTED.

_____
Leonard P. Stark, U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the clerk of Court.

*/s/ Richard I. Ewenstein*
Richard I. Ewenstein
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000

Dated: July 18, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and have sent by Electronic Mail to the following:

Richard K. Herrmann
Mary B. Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Robert E. Colletti
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

I hereby certify that on July 18, 2011, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

James Galbraith, Esquire
Maria Luisa Palmese, Esquire
Antony Pfeffer, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

Steven E. Feldman, Esquire
Husch Blackwell Sanders Welsh & Katz, LLP
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
Hatcher@rlf.com