IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC. | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 09-061-LPS |
| v. | ) ) ) | CONSOLIDATED with C.A. No. 08-627-LPS |
| SUN PHARMA GLOBAL, INC., | ) ) | |
| Defendants. | ) ) ) | |
| | | |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC. | ) ) ) | C. A. No. 10-1085-LPS |
| Plaintiffs, | ) ) ) | CONSOLIDATED with C.A. No. 08-627-LPS |
| v. | ) | |
| SUN PHARMA GLOBAL, INC., | ) ) | |
| Defendants. | ) ) | |

## ORDER

WHEREAS, the Court having considered the Stipulation to File Amended Complaints and Substitute Parties (the "Stipulation"), and for good cause having been shown;

IT IS HEREBY ORDERED on this 15th day of July, 2011, that the Stipulation is GRANTED and Plaintiffs are permitted to file and serve the Amended Complaints in the form attached as Exhibits 1 and 2 to the Stipulation. The Amended Complaints shall be deemed filed and served as of the date of this Order. It is further ordered that:

1. In C.A. No. 09-061-LPS and C.A. No. 10-1085-LPS, Defendant Sun Pharma Global FZE is hereby substituted as a successor in interest to Sun Pharma Global, Inc.; and

RLF1 4384603v. 1

2. In C.A. 09-061-LPS, Plaintiff Warner Chilcott Company LLC is hereby substituted as successor in interest to The Procter & Gamble Company; and

3. Sun Pharma Global, Inc. and The Procter & Gamble Company are no longer parties to this litigation; and

4. The consolidated case caption shall be amended to reflect the substitutions set forth herein.

_____
United States District Judge

RLF1 4384603v. 1