**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-627-LPS, C.A. No. 11-81-LPS |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) | |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 09-143-LPS, C.A. No. 10-1111-LPS |
| v. | ) ) | (consolidated with C.A. No. 08-627-LPS) |
| APOTEX, INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) ) | |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 10-285-LPS, C.A. No. 11-286-UNA |
| v. | ) ) | (consolidated with C.A. No. 08-627-LPS) |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) ) | |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 09-61-LPS, C.A. No. 10-1085-LPS |
| v. | ) ) | (consolidated with C.A. No. 08-627-LPS) |
| SUN PHARMA GLOBAL, INC., | ) ) | |
| Defendant. | ) ) | |

**AMENDED NOTICE OF DEPOSITION OF BRUCE DEMARK**
**PURSUANT TO SUBPOENA**

**TO:**   Attached Service List

Please take notice that pursuant to a previously served subpoena and Rule 45 of the Federal Rules of Civil Procedure, Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"), will take the deposition of Bruce DeMark, on **July 28, 2011** at the offices of Mike Mobley Reporting, 1600 Scripps Center, 312 Walnut Street, Cincinnati, Ohio commencing at **9:00 a.m.** and continuing day to day thereafter until completed. The deposition will be taken in accordance with the Federal Rules of Civil Procedure before a court reporter authorized to administer oaths in the State of Ohio for use in the above litigation as provided in the Federal Rules of Civil Procedure. The testimony will be recorded by stenographic means and videotaped.

Date:  July 20, 2011                                Respectfully submitted,

/s/Richard W. Riley
Richard W. Riley (DE #4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware  19801
Phone:  302-657-4900
Fax:  302-657-4901

Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
HUSCH BLACKWELL LLP
120 S. Riverside Plaza – Suite 2200
Chicago, Illinois  60606
Phone:  312-655-1500
Fax:  312-655-1501

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

## **CERTIFICATE OF SERVICE**

I, Richard W. Riley, hereby certify that on July 20, 2011, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for reviewing and downloading.

I, further certify that on June 20, 2011, a true and correct copy of the foregoing document was caused to be served on the attorneys of record at the addresses below by the manner indicated:

**VIA EMAIL**
Mark E. Waddell, Esq.
Joshua H. Harris, Esq.
Warren E. MacRae, Esq.
John M. Griem, Jr., Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
mwaddell@loeb.com
jharris@loeb.com
wmacrae@loeb.com
jgriem@loeb.com
(212) 407-4000

**VIA EMAIL**
Frederick L. Cottrell, III, Esq.
Steven J. Fineman, Esq.
Laura D. Hatcher, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Cottrell@rlf.com
fineman@rlf.com
hatcher@rlf.com
(302) 658-6541

**VIA EMAIL**
Allen C. Nunnally, Esq.
Vinita Ferrera, Esq.
Hollie L. Baker, Esq.
William F. Lee, Esq.
Richard I. Ewenstein, Esq.
Christopher R. Noyes, Esq.
Wilmer Cutler Pickering Hale
  and Dorr LLP
60 State Street
Boston, MA 02109
Allen.nunnally@wilmerhale.com
Vinita.Ferrera@wilmerhale.com
Hollie.baker@wilmerhale.com
William.lee@wilmerhale.com
Richard.Ewenstein@wilmerhale.com
Christopher.Noyes@wilmerhale.com
(617) 526-6000

**VIA EMAIL**
David B. Bassett, Esq.
Sadaf Abdullah, Esq.
Wilmer Cutler Pickering Hale
  and Dorr LLP
399 Park Avenue
New York, NY 10022
David.bassett@wilmerhale.com
Sadaf.abdullah@wilmerhale.com
(212) 230-8800

**VIA EMAIL**
A. Antony Pfeffer, Esq.
Peter Giunta, Esq.
James Galbraith
Vincent Rubino
Kenyon & Kenyon LLP
One Broadway
New York, NY  10004-1007
APfeffer@kenyon.com
PGiunta@kenyon.com
jgalbraith@kenyon.com
vrubino@kenyon.com
(212) 425-7200

**VIA EMAIL**
Karen L. Pascale
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 397
Wilmington, DE  19899-0391
kpascale@ycst.com
(302) 571-5001

**VIA EMAIL**
Eric C. Cohen, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661-3693
eric.cohen@kattenlaw.com
(312) 902-5200

**VIA EMAIL**
Edgar H. Haug, Esq.
Richard E. Parke, Esq.
Robert Colletti, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
RColletti@flhlaw.com
ehaug@flhlaw.com
rparke@flhlaw.com
(212) 588-0800

**VIA EMAIL**
Mary Matterer, Esq.
Morris James LLP
500 Delaware, Suite 1500
Wilmington, DE  19801-1494
mmatterer@morrisjames.com
(302) 571-1750

**VIA EMAIL**
John C. Phillips, Jr.
Megan C. Haney
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806
jcp@pgslaw.com
mch@pgslaw.com
(302) 655-4200

/s/Richard W. Riley
Richard W. Riley

CHI-13223-1