# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. AND APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 09-143-LPS <br> ) C.A. No. 10-1111-LPS <br> ) (consolidated with C.A. No. 08-627-LPS) ) ) ) ) |

## STIPULATION

**WHEREAS,** Defendants Apotex Inc. and Apotex Corp. (collectively "Apotex") identified Dr. Dennis M. Black as a potential expert in the above-identified litigations and produced the signed undertaking of Dr. Dennis M. Black to Plaintiff Hoffmann-La Roche Inc. ("Roche") on June 17, 2011;

**WHEREAS,** Roche objected to the disclosure of Roche's Protected Information to Dr. Black within ten (10) days from the date of service of the undertaking pursuant to paragraph 7 of the Stipulated Protective Order, entered August 13, 2009;

**WHEREAS,** Apotex and Roche met and conferred in good faith to resolve the objection pursuant to paragraph 7 of the Stipulated Protective Order, entered August 13, 2009;

**WHEREAS,** paragraph 7 of the Stipulated Protective Order, entered August 13, 2009 provides that Roche must bring a motion to preclude Dr. Black from viewing Roche's Protected Information within thirty (30) days from the date of service of the undertaking;

**WHEREAS,** pursuant to the Order entered by the Court on July 18, 2011 (Dkt. No. 218), Roche has until July 29, 2011 to pursue any objection to Dr. Black with the Court in accordance with the Discovery Matters procedures set forth in paragraph 2(f) of the Scheduling Order;

RLF1 5076652v. 1

2

**WHEREAS,** because Roche and Apotex are continuing to meet and confer in good faith to resolve the objection to Dr. Black, Apotex and Roche have agreed to a two-week extension of the July 29, 2011 deadline for Roche to pursue any objection to Dr. Black with the Court, in order to attempt to resolve their discovery dispute herein;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned parties and subject to the approval of the Court that:

1. Roche shall have until August 12, 2011 to pursue any objection to Dr. Black with the Court.

2. Should Roche decide to pursue such an objection, the parties shall proceed in accordance with the Discovery Matters procedures set forth in paragraph 2(f) of the Scheduling Order (D.I. 125).

*/s/ Laura D. Hatcher*
Frederick L. Cottrell III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Laura D. Hatcher (#5098)
Hatcher@rlf.com
RICHARDS LAYTON &FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
302-651-7700

*Attorneys for Plaintiff Hoffmann-La Roche Inc.*

OF COUNSEL:

Mark E. Waddell, Esq.
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154-1895
(212) 407-4000 (Voice)
(212) 407-4990 (Fax)

*/s/ Richard W. Riley*
Richard W. Riley (DE #4052)
rwriley@duanemorris.com
DUANE MORRIS LLP
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302-657-4900

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

OF COUNSEL:

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
Philip D. Segrest, Jr.
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500 (Voice)
(312) 655-1501 (Fax)

**SO ORDERED** this ____ day of _____, 2011.

_____
United States District Judge

911152.1

3

RLF1 5076652v. 1