IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMAN-LA ROCHE INC., <br><br> Plaintiffs, <br> v. <br><br> SUN PHARMA GLOBAL FZE, <br><br> Defendant. | Lead Case C.A. No. 08-627-LPS <br><br> (Member Case C.A. No. 010-1085-LPS) |

## STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Plaintiffs, Warner Chilcott Company LLC and Hoffman-La Roche Inc., and Defendant Sun Pharma Global FZE ("Sun Pharma"), hereby stipulate and agree, subject to the approval of the Court, that the deadline for Sun Pharma to answer, move or otherwise respond to the Amended Complaint filed on July 21, 2011 is extended to and including August 11, 2011.

Dated: August 1, 2011

RICHARDS, LAYTON & FINGER

/s/ Laura D. Hatcher
Frederick L. Cottrell III (2555)
Steven J. Fineman (4025)
Laura D. Hatcher (5098)
P.O. Box 551
One Rodney Square
Wilmington, DE 19899-0551
Telephone: 302-651-7700
Attorneys for
*Attorneys for Warner Chilcott Company, Llc, The Procter & Gamble Company And*

*Hoffmann-La Roche, Inc.*
William F. Lee

PHILLIPS, GOLDMAN & SPENCE, P.A

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
Telephone: 302-655-4200
Email: jcp@pgslaw.com
Email: mch@pgslaw.com

Eric C. Cohen
Jeremy C. Daniel
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661

Vinita Ferrera
Allen C. Nunnally
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

*Attorneys for Warner Chilcott Company, LLC
and The Procter & Gamble Company*

Mark E. Waddell, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154-1895
Telephone No.: (212) 407-4000
Facsimile No.: (212) 407-4990
*Attorneys for Hoffmann La-Roche Inc.*

(312) 902-5200
Email: eric.cohen@kattenlaw.com
Email: jeremy.daniel@kattenlaw.com

*Attorneys for Sun Pharma Global FZE*


IT IS SO ORDERED, this _____ day of _____, 2011

_____
United States District Judge