# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 08-627-LPS ) (Consolidated) ) ) ) ) ) |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 09-143-LPS ) ) ) ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Duane Morris LLP hereby withdraws its appearance as Delaware counsel for Defendants Apotex, Inc. and Apotex Corp. ("Apotex") in this action, and Potter Anderson & Corroon LLP hereby enters its appearance as Delaware counsel for Apotex. Husch Blackwell LLP remains as lead counsel for Apotex.

| POTTER ANDERSON & CORROON LLP | DUANE MORRIS LLP |
|---|---|
| By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com | By: */s/ Richard William Riley* <br> Richard William Riley (#4052) <br> 222 Delaware Avenue <br> Suite 1600 <br> Wilmington, DE 19801-1659 <br> Tel: (302) 657-4928 <br> rwriley@duanemorris.com |

Dated: August 4, 2011
1021767/37145