IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 08-627-LPS <br><br> CONSOLIDATED |

## STIPULATION TO MODIFY RULE 16 SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval and order of the Court, that the Rule 16 Scheduling Order entered on January 5, 2011, (D.I. 125), as amended, be further amended as follows:

1. Fact discovery shall close on September 12, 2011.

2. Initial Rule 26(a)(2) Expert Reports shall be served on October 17, 2011.

3. Rebuttal Expert Reports shall be served on November 21, 2011.

4. Reply Expert Reports shall be served on December 19, 2011.

5. Expert Depositions shall be completed by February 13, 2012.

6. Case dispositive motions shall be filed by March 26, 2012, with answering and reply briefs due on April 26, 2012 and May 10, 2012, respectively.

All other provisions of the Court's Scheduling Order (D.I. 125), as amended, shall remain in full force and effect, including but not limited to the trial date. Additional fact discovery is limited as Ordered by the Court during the August 9, 2011 teleconference.

*Of Counsel:*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

William F. Lee
Vinita Ferrera
Hollie L. Baker
Allen C. Nunnally
60 State Street
Boston, Massachusetts 02109
Telephone: 617-526-6000

David B. Bassett
399 Park Avenue
New York, New York 10022
Phone: 212-230-8800
*Counsel for Plaintiff*
*Warner Chilcott Company, LLC*
Mark E. Waddell
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154-1895
Phone: 212-407-4000

*Counsel for Plaintiff Hoffmann-La Roche Inc.*

*Of Counsel:*

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**FROMMER LAWRENCE & HAUG, LLP**
745 Fifth Avenue
New York, New York 10151
Telephone: 212-588-0800

/s/ *Laura D. Hatcher*
Frederick L. Cottrell III (#2555)
Steven J. Fineman (#4025)
Laura D. Hatcher (#5098)
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
cottrell@rlf.com
fineman@rlf.com

*Counsel for Plaintiffs Warner Chilcott Company, LLC, and Hoffmann-La Roche Inc.*

/s/ *Mary B. Matterer*
Richard K. Herrmann ( # 405)
Mary B. Matterer ( # 2696)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Defendant*
*Mylan Pharmaceuticals, Inc.*

| | |
|---|---|
| *Of counsel:*<br><br>Steven E. Feldman<br>Hartwell P. Morse, III<br>Louise T. Walsh<br>Sherry L. Rollo<br>**HUSCH BLACKWELL, LLP**<br>120 S. Riverside Plaza – Suite 2200<br>Chicago, Illinois 60606 | */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>Dmoore@potteranderson.com<br><br>*Counsel for Defendants*<br>*Apotex Inc. and Apotex Corp.* |
| *Of Counsel:*<br><br>James Galbraith<br>Antony Pfeffer<br>Peter L. Giunta<br>**KENYON & KENYON LLP**<br>One Broadway<br>New York, NY 10004<br>Telephone: 212-425-7200 | */s/ Karen L. Pascale*<br>Karen L. Pascale ( #2903)<br>Karen E. Keller (#4489)<br>**YOUNG, CONWAY, STARGATT**<br>    **& TAYLOR LLP**<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, Delaware 19899-0391<br>Telephone: 302-571-6600<br>kpascale@ycst.com<br>kkeller@ycst.com<br><br>*Counsel for Defendant*<br>*Teva Pharmaceuticals USA, Inc.* |
| *Of Counsel:*<br><br>Eric C. Cohen<br>Jeremy C. Daniel<br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>Telephone: 312-902-5200 | */s/ Megan C. Haney*<br>John C. Phillips , Jr. (#110)<br>Megan C. Haney (#5016)<br>**PHILLIPS, GOLDMAN & SPENCE, P.A.**<br>1200 North Broom Street<br>Wilmington , Delaware 19806<br>Telephone: 302-655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com<br><br>*Counsel for Defendant*<br>*Sun Pharma Global, Inc.* |

DATED: August 15, 2011

        SO ORDERED this _____ day of August, 2011.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

RLF1 5304571v. 1