# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC. and HOFFMANN-LA ROCHE INC. | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action no. 09-143-LPS |
| v. | ) ) ) | (consolidated with Civil Action No. 08-627-LPS) |
| APOTEX INC. and APOTEX CORP. | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on August 12, 2011 upon the following attorneys of record at the following addresses as indicated:

> DEFENDANT APOTEX CORP.'S RESPONSES AND OBJECTIONS TO PLAINTIFF WARNER CHILCOTT COMPANY LLC'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6) TO DEFENDANTS APOTEX INC. AND APOTEX CORP.
>
> DEFENDANT APOTEX INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF WARNER CHILCOTT COMPANY LLC'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6) TO DEFENDANTS APOTEX INC. AND APOTEX CORP.

## VIA ELECTRONIC MAIL

Frederick L. Cottrell , III
Steven J. Fineman
Michelle E. Whalen
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com
whalen@rlf.com
*Attorneys for Plaintiffs*

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:  */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| Steven E. Feldman | David E. Moore (#3983) |
| Louise T. Walsh | Hercules Plaza, 6th Floor |
| Philip D. Segrest, Jr. | 1313 N. Market Street |
| Sherry L. Rollo | Wilmington, DE  19801 |
| HUSCH BLACKWELL, LLP | Tel:  (302) 984-6000 |
| 120 South Riverside Plaza, Suite 2200 | rhorwitz@potteranderson.com |
| Chicago, Illinois  60606 | dmoore@potteranderson.com |
|  |  |
| Dated:  August 15, 2011 | *Attorneys for Defendants* |
| 1024042 / 37145 | *Apotex, Inc. and Apotex Corp.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 15, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 15, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell , III<br>Steven J. Fineman<br>Michelle E. Whalen<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>fineman@rlf.com<br>whalen@rlf.com<br>*Attorneys for Plaintiffs* | Wyley Sayre Proctor<br>Vinita Ferrera<br>Richard Ewenstein<br>Bo Han<br>Allen Nunnally<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>wyley.proctor@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>richard.ewenstein@wilmerhale.com<br>bo.han@wilmerhale.com<br>allen.nunnally@wilmerhale.com<br>*Attorneys for Plaintiff Warner Chilcott Company LLC* |
| Joshua H. Harris<br>Mark E. Waddell<br>John M. Griem , Jr.<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY  10154<br>jharris@loeb.com<br>mwaddell@loeb.com<br>jgriem@loeb.com<br>*Attorneys for Plaintiff Hoffmann-La Roche Inc.* | Karen L. Pascale<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>kpascale@ycst.com<br>*Attorneys for Defendant Teva Pharmaceuticals USA Inc.* |

| | |
|---|---|
| Mary Matterer<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899-2306<br>mmatterer@morrisjames.com<br>*Attorneys for Defendant*<br>*Mylan Pharmaceuticals Inc.* | John C. Phillips , Jr.<br>Megan C. Haney<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>jcp@pgslaw.com<br>mch@pgslaw.com<br>*Attorneys for Defendant*<br>*Sun Pharma Global FZE* |

By:   */s/ David E. Moore*
     Richard L. Horwitz
     David E. Moore
     POTTER ANDERSON & CORROON LLP
     aTel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

1023540 / 37145