## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC. | ) ) ) C. A. No. 08-627-LPS |
| Plaintiffs, | ) ) |
| v. | ) CONSOLIDATED ) |
| TEVA PHARMACEUTICALS USA, INC., APOTEX INC. and APOTEX CORP., | ) ) ) |
| Defendants. | ) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 19, 2011 true and correct copies of (1) Plaintiff

Warner Chilcott Company, LLC's Objections and Responses to Teva Pharmaceuticals USA,

Inc.'s Fed. R. Civ. P. 30(b)(6) Deposition Notice and (2) Plaintiff's Responses and Objections to

Teva's Notice of Deposition of Hoffmann-La Roche Inc. Pursuant to Fed. R. Civ. P. 30(b)(6)

were served on the below as follows:

### VIA EMAIL AND FIRST CLASS MAIL

**Plaintiffs Warner Chilcott and Hoffmann-La Roche Inc.**
Frederick L. Cottrell III
Steven J. Fineman
Laura D. Hatcher
**Richards Layton & Finger, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com
hatcher@rlf.com

**Plaintiff Warner Chilcott**
William F. Lee
Vinita Ferrera
Hollie L. Baker

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com

RLF1 3618472v. 1

Allen C. Nunnally
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA 02109
William.lee@wilmerhale.com
Vinita.ferrera@wilmerhale.com
Hollie.baker@wilmerhale.com
Allen.nunnally@wilmerhale.com

David B. Bassett
**Wilmer Cutler Pickering Hale and Dorr LLP**
399 Park Ave.
New York, NY 10022
David.bassett@wilmerhale.com

**Plaintiff Hoffmann-La Roche Inc.**
Mark E. Waddell
Josh H. Harris
**Loeb & Loeb LLP**
345 Park Ave.
New York, NY 10154
mwaddell@loeb.com
jharris@loeb.com

**Defendant Sun Pharma**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Eric C. Cohen
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, IL 60661
Eric.cohen@kattenlaw.com
Jeremy.daniel@kattenlaw.com

rparke@flhlaw.com

**Defendant Teva**
Karen L. Pascale
Karen E. Keller
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

James Galbraith
Antony Pfeffer
Peter L. Giunta
**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007
jgalbraith@kenyon.com
APfeffer@kenyon.com
pgiunta@kenyon.com

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wlimington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com

OF COUNSEL:

William F. Lee
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

*Attorneys for Warner Chilcott*

Mark E. Waddell
Joshua Harris
Loeb & Loeb LLP
345 Park Avenue
New York, NY
(212) 230-8800

*Attorneys for Hoffman-La Roche Inc.*

Dated: August 19, 2011

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards Layton & Finger, P. A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs Warner Chilcott and Hoffmann-La Roche Inc.*