IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC et al., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., ET AL. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 08-627 LPS (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on August 26, 2011, copies of (1) Objections of Sun Pharma Global FZE to Notices of Deposition to Individuals; (2) Objections of Sun Pharma Global FZE to June 29, 2011 Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Sun Pharma Global Inc.; and (3) Objections of Sun Pharma Global FZE to August 12, 2011 Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Sun Pharma Global Inc. were served upon the following counsel via the manner indicated:

**VIA HAND DELIVERY**
Frederick L. Cottrell, III
Steven J. Fineman
Laura D. Hatcher
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Rodney Square
Wilmington, DE 19801-0551

Karen L. Pascale
Karen E. Keller
YOUNG, CONAWAY, STARGATT &
 TAYLOR

1000 West Street, 17th Floor
Wilmington, DE 19801

David E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

Mary Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

   Courtesy copies of the foregoing were sent on August 26, 2011 to the following counsel in the manner indicated below:

**VIA E-MAIL**

Frederick L. Cottrell, III
Steven J. Fineman
Laura D. Hatcher
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Rodney Square
Wilmington, DE 19801-0551
cottrell@rlf.com
fineman@rlf.com
hatcher@rlf.com

Karen L. Pascale
Karen E. Keller
YOUNG, CONAWAY, STARGATT &
 TAYLOR
1000 West Street, 17th Floor
Wilmington, DE 19801
kpascale@ycst.com
kkeller@ycst.com

David E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801
dmoore@potteranderson.com

Mary Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
mmatterer@morrisjames.com

Louise T. Walsh
Steven E. Feldman
Thomas L. Gemmell
Sherry L. Rollo
Hartwell P. Morse, III
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Louise.walsh@huschblackwell.com
sherry.rollo@huschblackwell.com
steven.feldman@huschblackwell.com
thomas.gemmell@huschblackwell.com
Hartwell.morse@huschblackwell.com

William F. Lee
Vinita Ferrara
Allen C. Nunnally
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
vinita.ferrera@wilmerhale.com
william.lee@wilmerhale.com
alan.nunnally@wilmerhale.com

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com

James Galbraith
Maria Luisa Palmese
A. Anthony Pfeffer
Peter L. Giunta
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

jgalbraith@kenyon.com
mpalmese@kenyon.com
apfeffer@kenyon.com
pgiunta@kenyon.com

Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY
mwaddell@loeb.com

Edgar H. Haug
Richard E. Parke
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rparke@flhlaw.com

                    PHILLIPS, GOLDMAN & SPENCE, P.A.

                    /s/ John C. Phillips, Jr.
                    John C. Phillips, Jr. (No. 110)
                    Megan C. Haney (No. 5016)
                    1200 North Broom Street
                    Wilmington, DE 19806
                    Tel. 302-655-4200
                    jcp@pgslaw.com
                    mch@pgslaw.com

DATE: August 26, 2011