**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC. | ) | C. A. No. 08-627-LPS |
| Plaintiffs, | ) | |
| v. | ) | CONSOLIDATED |
| TEVA PHARMACEUTICALS USA, INC., APOTEX INC. and APOTEX CORP., | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 26, 2011 true and correct copies of (1) Plaintiffs' Objections and Responses to Defendant Sun Pharma Global, Inc.'s First Set of Document Requests to Plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche Inc.; (2) Plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche Inc.'s Objections and Responses to Defendant Mylan Pharmaceuticals Inc.'s Second Set of Interrogatories; (3) Plaintiff Hoffmann-La Roche Inc.'s Objections and Responses to Defendant Teva Pharmaceuticals USA, Inc.'s Third Set of Requests for Production of Documents and Things to Hoffmann-La Roche Inc. (Nos. 77-78); (4) Plaintiffs' Objections and Responses to Defendant Mylan Pharmaceuticals Inc.'s First Set of Requests for Production to Plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche Inc.; (5) Plaintiffs' Objections and Responses to Defendant Teva Pharmaceuticals USA, Inc.'s Second Set of Requests for Admission to Plaintiffs (Nos. 6-9); (6) Plaintiffs' Objections and Responses to Defendant Mylan Pharmaceuticals Inc.'s First Set of Requests for Admission to Plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche Inc.; (7) Plaintiffs Warner Chilcott Company LLC and Hoffman-La Roche Inc.'s Objections and Responses to Defendant Teva Pharmaceuticals USA, Inc.'s Fifth Set of Interrogatories to

Plaintiffs (Nos. 30-31); (8) Plaintiffs Warner Chilcott Company LLC's and Hoffmann-La Roche Inc.'s Objections and Responses to Teva Pharmaceuticals USA, Inc.'s Fourth Set of Interrogatories (Nos. 21-29) and (9) Plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche, Inc.'s Objections and Responses to Sun Pharma Global, Inc.'s First Set of Interrogatories were served on the below as follows:

**VIA EMAIL**

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

**Defendant Sun Pharma**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Eric C. Cohen
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, IL 60661
Eric.cohen@kattenlaw.com
Jeremy.daniel@kattenlaw.com

**Defendant Teva**
Karen L. Pascale
Karen E. Keller
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

James Galbraith
Antony Pfeffer
Peter L. Giunta
**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007
jgalbraith@kenyon.com
APfeffer@kenyon.com
pgiunta@kenyon.com

OF COUNSEL:

William F. Lee
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

*Attorneys for Warner Chilcott*

Mark E. Waddell
Joshua Harris
Loeb & Loeb LLP
345 Park Avenue
New York, NY
(212) 230-8800

*Attorneys for Hoffman-La Roche Inc.*

*/s/ Laura D. Hatcher*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards Layton & Finger, P. A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs Warner Chilcott and Hoffmann-La Roche Inc.*

Dated: August 26, 2011