# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,<br><br>   *Plaintiffs,*<br><br> v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al<br><br>   *Defendants.* | C.A. No. 10-285-LPS,<br>C.A. No. 11-286-LPS<br>(consolidated with C.A. No. 08-627-LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents,

 **(1) MYLAN PHARMACEUTICALS INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES;**

 **(2) DEFENDANT MYLAN PHARMACEUTICALS INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION; and**

 **(3) MYLAN PHARMACEUTICALS INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS,** were served upon the attorneys listed below as indicated this 26th day of August 2011:

| | |
|---|---|
| **VIA EMAIL and HAND DELIVERY:**<br>Fredrick Cottrell<br>Steven J. Fineman<br>Laura D. Hatcher<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>fineman@rlf.com<br>hatcher@rlf.com | **VIA EMAIL:**<br>William F. Lee<br>Vinita Ferrera<br>Allen C. Nunnally<br>Wilmer Cuter Pickering Hale and Dorr<br>60 State Street<br>Boston, MA 526-6000<br>william.lee@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>allen.nunnally@wilmerhale.com<br><br>**VIA EMAIL:**<br>Mark E. Waddell<br>Joshua Harris<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br>mwaddell@loeb.com<br>jharris@loeb.com |
| Dated: August 26, 2011 | */s/ Mary B. Matterer*<br>Richard K. Herrmann (I.D. #405)<br>Mary B. Matterer (I.D. #2696)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>Attorneys for Defendant Mylan Pharmaceuticals Inc. |