**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 08-627-LPS, <br> C.A. No. 11-81-LPS |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 09-143-LPS, <br> C.A. No. 10-1111-LPS <br> (consolidated with C.A. No. 08-627-LPS) |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 10-285-LPS, <br> C.A. No. 11-286-UNA <br> (consolidated with C.A. No. 08-627-LPS) |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL, INC., <br><br> Defendant. | C.A. No. 09-61-LPS, <br> C.A. No. 10-1085-LPS <br> (consolidated with C.A. No. 08-627-LPS) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on August 26, 2011 upon the following attorneys of record at the following addresses as indicated:

    DEFENDANTS APOTEX INC.'S AND APOTEX CORP.'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

    DEFENDANTS APOTEX INC.'S AND APOTEX CORP.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO APOTEX INC. AND APOTEX CORP.

    DEFENDANTS APOTEX INC.'S AND APOTEX CORP.'S RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Frederick L. Cottrell , III | Wyley Sayre Proctor |
| Steven J. Fineman | Vinita Ferrera |
| Michelle E. Whalen | Richard Ewenstein |
| Richards, Layton & Finger, PA | Bo Han |
| One Rodney Square | Allen Nunnally |
| 920 N. King Street | Wilmer Cutler Pickering Hale & Dorr LLP |
| Wilmington, DE 19801 | 60 State Street |
| cottrell@rlf.com | Boston, MA 02109 |
| fineman@rlf.com | wyley.proctor@wilmerhale.com |
| whalen@rlf.com | vinita.ferrera@wilmerhale.com |
| *Attorneys for Plaintiffs* | richard.ewenstein@wilmerhale.com |
| | bo.han@wilmerhale.com |
| | allen.nunnally@wilmerhale.com |
| | *Attorneys for Plaintiff Warner Chilcott Company LLC* |

Joshua H. Harris
Mark E. Waddell
John M. Griem , Jr.
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
jharris@loeb.com
mwaddell@loeb.com
jgriem@loeb.com
*Attorneys for Plaintiff Hoffmann-La Roche Inc.*

                                                POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ David E. Moore* |
|---|---|
| | Richard L. Horwitz (#2246) |
| Steven E. Feldman | David E. Moore (#3983) |
| Louise T. Walsh | Hercules Plaza, 6th Floor |
| Philip D. Segrest, Jr. | 1313 N. Market Street |
| Sherry L. Rollo | Wilmington, DE  19801 |
| HUSCH BLACKWELL, LLP | Tel:  (302) 984-6000 |
| 120 South Riverside Plaza, Suite 2200 | rhorwitz@potteranderson.com |
| Chicago, Illinois  60606 | dmoore@potteranderson.com |
| | |
| Dated:  August 29, 2011 | *Attorneys for Defendants* |
| 1025546 / 37145 | *Apotex, Inc. and Apotex Corp.* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 29, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 29, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell , III<br>Steven J. Fineman<br>Michelle E. Whalen<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>fineman@rlf.com<br>whalen@rlf.com<br>*Attorneys for Plaintiffs* | Wyley Sayre Proctor<br>Vinita Ferrera<br>Richard Ewenstein<br>Bo Han<br>Allen Nunnally<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>wyley.proctor@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>richard.ewenstein@wilmerhale.com<br>bo.han@wilmerhale.com<br>allen.nunnally@wilmerhale.com<br>*Attorneys for Plaintiff Warner Chilcott Company LLC* |
| Joshua H. Harris<br>Mark E. Waddell<br>John M. Griem , Jr.<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY  10154<br>jharris@loeb.com<br>mwaddell@loeb.com<br>jgriem@loeb.com<br>*Attorneys for Plaintiff Hoffmann-La Roche Inc.* | Karen L. Pascale<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>kpascale@ycst.com<br>*Attorneys for Defendant Teva Pharmaceuticals USA Inc.* |

|  |  |
|---|---|
| Mary Matterer<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899-2306<br>mmatterer@morrisjames.com<br>*Attorneys for Defendant*<br>*Mylan Pharmaceuticals Inc.* | John C. Phillips , Jr.<br>Megan C. Haney<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>jcp@pgslaw.com<br>mch@pgslaw.com<br>*Attorneys for Defendant*<br>*Sun Pharma Global FZE* |

By:   */s/ David E. Moore*
     Richard L. Horwitz
     David E. Moore
     POTTER ANDERSON & CORROON LLP
     aTel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

1023540 / 37145