**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., </br></br>Plaintiffs,</br></br>v.</br></br>TEVA PHARMACEUTICALS USA, INC.,</br></br>Defendant. | C.A. No. 08-627-LPS,</br>C.A. No. 11-81-LPS |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,</br></br>Plaintiffs,</br></br>v.</br></br>APOTEX, INC. and APOTEX CORP.,</br></br>Defendants. | C.A. No. 09-143-LPS,</br>C.A. No. 10-1111-LPS</br>(consolidated with C.A. No. 08-627-LPS) |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,</br></br>Plaintiffs,</br></br>v.</br></br>MYLAN PHARMACEUTICALS INC.,</br></br>Defendant. | C.A. No. 10-285-LPS,</br>C.A. No. 11-286-UNA</br>(consolidated with C.A. No. 08-627-LPS) |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC.,</br></br>Plaintiffs,</br></br>v.</br></br>SUN PHARMA GLOBAL, INC.,</br></br>Defendant. | C.A. No. 09-61-LPS,</br>C.A. No. 10-1085-LPS</br>(consolidated with C.A. No. 08-627-LPS) |

**<u>AMENDED NOTICE OF DEPOSITION OF APRIL MITCHELL</u>**

Please take notice that the Defendants in the above captioned matter will take the deposition of April Mitchell on **August 30, 2011 and August 31, 2011** at the offices of WilmerHale at 399 Park Avenue, New York, NY, commencing at **9:00 a.m.** and continuing day to day thereafter until completed. The deposition will be taken before a court reporter authorized

to administer oaths in the State of Delaware for use in the above litigation as provided in the Federal Rules of Civil Procedure. The testimony will be recorded by stenographic means and videotaped.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ David E. Moore* |
|---|---|
|  | Richard L. Horwitz (#2246) |
| Steven E. Feldman | David E. Moore (#3983) |
| Louise T. Walsh | Hercules Plaza, 6th Floor |
| Philip D. Segrest, Jr. | 1313 N. Market Street |
| Sherry L. Rollo | Wilmington, DE 19801 |
| HUSCH BLACKWELL, LLP | Tel: (302) 984-6000 |
| 120 South Riverside Plaza, Suite 2200 | rhorwitz@potteranderson.com |
| Chicago, Illinois 60606 | dmoore@potteranderson.com |
|  |  |
| Dated: August 29, 2011 | *Attorneys for Defendants* |
| 1025542 / 37145 | *Apotex, Inc. and Apotex Corp.* |
|  |  |
|  | *Filed on Behalf of All Defendants* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on August 29, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 29, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell , III<br>Steven J. Fineman<br>Michelle E. Whalen<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>fineman@rlf.com<br>whalen@rlf.com<br>*Attorneys for Plaintiffs* | Wyley Sayre Proctor<br>Vinita Ferrera<br>Richard Ewenstein<br>Bo Han<br>Allen Nunnally<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>wyley.proctor@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>richard.ewenstein@wilmerhale.com<br>bo.han@wilmerhale.com<br>allen.nunnally@wilmerhale.com<br>*Attorneys for Plaintiff Warner Chilcott Company LLC* |
| Joshua H. Harris<br>Mark E. Waddell<br>John M. Griem , Jr.<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY  10154<br>jharris@loeb.com<br>mwaddell@loeb.com<br>jgriem@loeb.com<br>*Attorneys for Plaintiff Hoffmann-La Roche Inc.* | Karen L. Pascale<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>kpascale@ycst.com<br>*Attorneys for Defendant Teva Pharmaceuticals USA Inc.* |

Mary Matterer  
Morris James LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE 19899-2306  
mmatterer@morrisjames.com  
*Attorneys for Defendant*  
*Mylan Pharmaceuticals Inc.*

John C. Phillips , Jr.  
Megan C. Haney  
Phillips, Goldman & Spence, P.A.  
1200 North Broom Street  
Wilmington, DE 19806  
jcp@pgslaw.com  
mch@pgslaw.com  
*Attorneys for Defendant*  
*Sun Pharma Global FZE*

By:   */s/ David E. Moore*  
         Richard L. Horwitz  
         David E. Moore  
         POTTER ANDERSON & CORROON LLP  
         aTel:  (302) 984-6000  
         rhorwitz@potteranderson.com  
         dmoore@potteranderson.com

1023540 / 37145