**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., Plaintiffs, v. TEVA PHARMACEUTICALS USA, INC., Defendant. | C.A. No. 08-627-LPS, C.A. No. 11-81-LPS |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., Plaintiffs, v. APOTEX, INC. and APOTEX CORP., Defendants. | C.A. No. 09-143-LPS, C.A. No. 10-1111-LPS (consolidated with C.A. No. 08-627-LPS) |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., Plaintiffs, v. MYLAN PHARMACEUTICALS INC., Defendant. | C.A. No. 10-285-LPS, C.A. No. 11-286-UNA (consolidated with C.A. No. 08-627-LPS) |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., Plaintiffs, v. SUN PHARMA GLOBAL, INC., Defendant. | C.A. No. 09-61-LPS, C.A. No. 10-1085-LPS (consolidated with C.A. No. 08-627-LPS) |

**NOTICE OF DEPOSITION OF STAN DYCK**

Please take notice that the Defendants in the above captioned matter will take the deposition of Stan Dyck on **September 2, 2011** at the office of Mike Mobley Reporting, 1600 Scripps Center, 312 Walnut Street, Cincinnati, Ohio 45202, commencing at **9:00 a.m.** and continuing day to day thereafter until completed. The deposition will be taken before a court

reporter for use in the above litigation as provided in the Federal Rules of Civil Procedure. The testimony will be recorded by stenographic means and videotaped.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Apotex, Inc. and Apotex Corp.*

*Filed on Behalf of All Defendants*

OF COUNSEL:

Steven E. Feldman
Louise T. Walsh
Philip D. Segrest, Jr.
Sherry L. Rollo
HUSCH BLACKWELL, LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606

Dated: August 29, 2011
1025567 / 37145

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 29, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 29, 2011, the attached document was Electronically Mailed to the following person(s):

Frederick L. Cottrell , III
Steven J. Fineman
Michelle E. Whalen
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com
whalen@rlf.com
*Attorneys for Plaintiffs*

Wyley Sayre Proctor
Vinita Ferrera
Richard Ewenstein
Bo Han
Allen Nunnally
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
wyley.proctor@wilmerhale.com
vinita.ferrera@wilmerhale.com
richard.ewenstein@wilmerhale.com
bo.han@wilmerhale.com
allen.nunnally@wilmerhale.com
*Attorneys for Plaintiff Warner Chilcott Company LLC*

Joshua H. Harris
Mark E. Waddell
John M. Griem , Jr.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
jharris@loeb.com
mwaddell@loeb.com
jgriem@loeb.com
*Attorneys for Plaintiff Hoffmann-La Roche Inc.*

Karen L. Pascale
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
*Attorneys for Defendant Teva Pharmaceuticals USA Inc.*

Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
mmatterer@morrisjames.com
*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

John C. Phillips , Jr.
Megan C. Haney
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com
*Attorneys for Defendant*
*Sun Pharma Global FZE*

By: */s/ David E. Moore*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
aTel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

1023540 / 37145