# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> *Defendant.* | C.A. No. 10-285-LPS, <br> C.A. No. 11-286-LPS <br> (consolidated with C.A. No. 08-627-LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **RESPONSE AND OBJECTIONS OF MYLAN PHARMACEUTICALS INC. TO PLAINTIFF WARNER CHILCOTT COMPANY LLC'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO MYLAN PHARMACEUTICALS INC.** were served upon the attorneys listed below as indicated this 6th day of September 2011:

**VIA EMAIL:**
Fredrick Cottrell
Steven J. Fineman
Laura D. Hatcher
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com
hatcher@rlf.com

**VIA EMAIL:**
William F. Lee
Vinita Ferrera
Allen C. Nunnally
Wilmer Cuter Pickering Hale and Dorr
60 State Street
Boston, MA 526-6000
william.lee@wilmerhale.com
vinita.ferrera@wilmerhale.com
allen.nunnally@wilmerhale.com

**VIA EMAIL:**
Mark E. Waddell
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
mwaddell@loeb.com

**VIA EMAIL:**
Richard L. Horwitz
David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza,
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL:**
Steven E. Feldman
Sherry L. Rollo
Steven Feldmen
Louise Walsh
Husch Blackwell LLP
120 S. Riverside Plaza
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Sherry.rollo@huschblackwell.com
steven.feldman@huschblackwell.com;
Louise.walsh@huschblackwell.com

**VIA EMAIL:**
Karen L. Pascale
Karen E. Keller
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

**VIA EMAIL:**
James Galbraith
Antony Pfeffer
Peter L. Giunta
Kenyon & Kenyon LL
One Broadway
New York, NY 10004
jgalbraith@kenyon.com
apfeffer@kenyon.com
pgiunta@kenyon.com

| | |
|---|---|
| **VIA EMAIL:** | **VIA EMAIL:** |
| John C. Phillips, Jr. | Eric C. Cohen |
| Megan C. Haney | Jeremy Daniel |
| Phillips, Goldman & Spence, P.A. | Katten Muchin Rosenman LLP |
| 1200 North Broom Street | 525 W. Monroe Street |
| Wilmington, DE 19806 | Chicago, IL 60661 |
| jcp@pgslaw.com | Eric.cohen@kattenlaw.com |
| mch@pgslaw.com | Jeremy.daniel@kattenlaw.com |

Dated: September 6, 2011    */s/ Mary B. Matterer*
                                                 Richard K. Herrmann (I.D. #405)
                                               Mary B. Matterer (I.D. #2696)
                                               MORRIS JAMES LLP
                                               500 Delaware Avenue, Suite 1500
                                               Wilmington, DE 19801
                                               (302) 888-6800
                                               mmatterer@morrisjames.com
                                               Attorneys for Defendant Mylan Pharmaceuticals Inc.