IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, ET AL., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 08-627-LPS |
| | : (CONSOLIDATED) |
| TEVA PHARMACEUTICALS USA, INC., ET AL., | : |
| Defendants. | : |

## ORDER

And now this 13th day of **September, 2011**, after having been advised by the parties of their inability to resolve a discovery matter,

**IT IS HEREBY ORDERED** that a teleconference is scheduled for **October 6, 2011** at **3:00 p.m.** Counsel for the party seeking relief shall initiate the teleconference call to **302-573-4573**.

**IT IS FURTHER ORDERED** that not later than **September 29, 2011**, any party seeking relief shall file with the Court a letter, not to exceed three (3) pages, outlining the issues in dispute and its position on those issues. Not later than **September 30, 2011**, any party opposing the application for relief may file a letter, not to exceed three (3) pages, outlining that party's reasons for its opposition. Should any document(s) be filed under seal, a courtesy copy of the sealed document(s) must be provided to the Court within one (1) hour of e-filing the document(s).

Should the Court find further briefing necessary upon conclusion of the telephone

conference, the Court will order it. Alternatively, the Court may choose to resolve the dispute prior to the telephone conference and will, in that event, cancel the conference.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES DISTRICT JUDGE