# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 08-627-LPS ) ) CONSOLIDATED ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Martin E. Gilmore to represent plaintiff Warner Chilcott Company, LLC in the above matter.

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Plaintiffs*
WARNER CHILCOTT COMPANY, LLC *and*
HOFFMANN-LA ROCHE INC.

Dated: September 15, 2011

RLF1 5345262v. 1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED on this _____ day of _____, 2011, that counsel's motion for admission *pro hac vice* of Martin E. Gilmore to represent plaintiff Warner Chilcott Company, LLC is GRANTED.

_____
Leonard P. Stark, U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the clerk of Court.

Martin E. Gilmore
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
212-295-6380

Dated: September 15, 2011