IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., </br></br>Plaintiffs,</br></br>v.</br></br>TEVA PHARMACEUTICALS USA, INC., et al.,</br></br>Defendants. | C.A. No. 08-627-LPS </br></br> CONSOLIDATED |

**STIPULATION TO MODIFY RULE 16 SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval and order of the Court, that the Rule 16 Scheduling Order entered on January 5, 2011, (D.I. 125), amended on August 16, 2011 (D.I. 248), be further amended as follows:

1. Initial Rule 26(a)(2) Expert Reports shall be served on November 18, 2011.

2. Rebuttal Expert Reports shall be served on January 20, 2012.

3. Reply Expert Reports shall be served on February 17, 2012.

4. Expert Depositions shall be completed by April 2, 2012.

5. Case dispositive motions shall be filed by April 13, 2012, with answering and reply briefs due on May 11, 2012 and June 1, 2012, respectively.

All other provisions of the Court's Scheduling Order (D.I. 125), as amended, shall remain in full force and effect, including but not limited to the trial date.

| | |
|---|---|
| *Of Counsel:* | /s/ Laura D. Hatcher |
| | Frederick L. Cottrell III (#2555) |
| **WILMER CUTLER PICKERING HALE** | Steven J. Fineman (#4025) |
| **AND DORR LLP** | Laura D. Hatcher (#5098) |
| | **RICHARDS LAYTON & FINGER, P.A.** |
| William F. Lee | One Rodney Square |
| Vinita Ferrera | 920 North King Street |
| Hollie L. Baker | Wilmington, Delaware 19801 |
| Allen C. Nunnally | Telephone: 302-651-7700 |
| 60 State Street | cottrell@rlf.com |
| Boston, Massachusetts 02109 | fineman@rlf.com |
| Telephone: 617-526-6000 | |
| | *Counsel for Plaintiffs Warner Chilcott* |
| David B. Bassett | *Company, LLC, and Hoffmann-* |
| 399 Park Avenue | *La Roche Inc.* |
| New York, New York 10022 | |
| Phone: 212-230-8800 | |
| *Counsel for Plaintiff* | |
| *Warner Chilcott Company, LLC* | |
| Mark E. Waddell | |
| **LOEB & LOEB LLP** | |
| 345 Park Avenue | |
| New York, New York 10154-1895 | |
| Phone: 212-407-4000 | |
| | |
| *Counsel for Plaintiff Hoffmann-La Roche Inc.* | |
| | |
| | /s/ Mary B. Matterer |
| *Of Counsel:* | Richard K. Herrmann ( # 405) |
| | Mary B. Matterer ( # 2696) |
| Edgar H. Haug | **MORRIS JAMES LLP** |
| Robert E. Colletti | 500 Delaware Avenue, Suite 1500 |
| Richard E. Parke | Wilmington, Delaware 19801 |
| **FROMMER LAWRENCE & HAUG, LLP** | Telephone: 302-888-6800 |
| 745 Fifth Avenue | rherrmann@morrisjames.com |
| New York, New York 10151 | mmatterer@morrisjames.com |
| Telephone: 212-588-0800 | |
| | *Counsel for Defendant* |
| | *Mylan Pharmaceuticals, Inc.* |

| | |
|---|---|
| *Of counsel:*<br><br>Steven E. Feldman<br>Philip D. Segrest, Jr.<br>Louise T. Walsh<br>Sherry L. Rollo<br>**HUSCH BLACKWELL, LLP**<br>120 S. Riverside Plaza – Suite 2200<br>Chicago, Illinois 60606 | /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>Dmoore@potteranderson.com<br>*Counsel for Defendants*<br>*Apotex Inc. and Apotex Corp.* |
| *Of Counsel:*<br><br>James Galbraith<br>Maria Palmese<br>Antony Pfeffer<br>Peter L. Giunta<br>**KENYON & KENYON LLP**<br>One Broadway<br>New York, NY 10004<br>Telephone: 212-425-7200 | /s/ Karen L. Pascale<br>Karen L. Pascale ( #2903)<br>Karen E. Keller (#4489)<br>**YOUNG, CONWAY, STARGATT**<br>   **& TAYLOR LLP**<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, Delaware 19899-0391<br>Telephone: 302-571-6600<br>kpascale@ycst.com<br>kkeller@ycst.com<br>*Counsel for Defendant*<br>*Teva Pharmaceuticals USA, Inc.* |
| *Of Counsel:*<br><br>Eric C. Cohen<br>Jeremy C. Daniel<br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>Telephone: 312-902-5200 | /s/ Megan C. Haney<br>John C. Phillips , Jr. (#110)<br>Megan C. Haney (#5016)<br>**PHILLIPS, GOLDMAN & SPENCE, P.A.**<br>1200 North Broom Street<br>Wilmington , Delaware 19806<br>Telephone: 302-655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com<br>*Counsel for Defendant*<br>*Sun Pharma Global, Inc.* |

DATED: September 23, 2011

        SO ORDERED this _____ day of September, 2011.

 

                                              _____
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 23, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated:

*By E-Mail:*

Frederick L. Cottrell, III [cottrell@rlf.com]
Steven J. Fineman [sfineman@rlf.com]
Laura D. Hatcher [hatcher@rlf.com]
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
Wilmington, DE 19801
 *Counsel for Plaintiffs*

William F. Lee [william.lee@wilmerhale.com]
Hollie L. Baker [hollie.baker@wilmerhale.com]
Vinita Ferrera [vinita.ferrera@wilmerhale.com]
Allen C. Nunnally [Allen.Nunnally@wilmerhale.com]
Christopher R. Noyes [christopher.noyes@wilmerhale.com]
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
 *Counsel for Plaintiff Warner Chilcott Company LLC*

David B. Bassett [david.bassett@wilmerhale.com]
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
 *Counsel for Plaintiff Warner Chilcott Company LLC*

Mark E. Waddell [mwaddell@loeb.com]
Joshua H. Harris [jharris@loeb.com]
**LOEB & LOEB LLP**
345 Park Avenue
New York, NY 10154
 *Counsel for Plaintiff Hoffman-La Roche Inc.*

Richard L. Horwitz [rhorwitz@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
**POTTER ANDERSON & CORROON LLP**
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box. 951
Wilmington, DE 19801
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

Steven E. Feldman [steven.feldman@huschblackwell.com]
Hartwell P. Morse, III [hartwell.morse@huschblackwell.com]
Louise T. Walsh [louise.walsh@huschblackell.com]
Sherry L. Rollo [sherry.rollo@huschblackwell.com]
Philip D. Segrest, Jr. [Philip.Segrest@huschblackwell.com]
**HUSCH BLACKWELL SANDERS WELSH & KATZ LLP**
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

John C. Phillips, Jr. [jcp@pgslaw.com]
Megan C. Haney [mch@pgslaw.com]
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE 19806
  *Counsel for Defendant Sun Pharma Global, Inc.*

Eric C. Cohen [eric.cohen@kattenlaw.com]
Jeremy C. Daniel [jeremy.daniel@kattenlaw.com]
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
  *Counsel for Defendant Sun Pharma Global, Inc.*

Richard K. Herrmann [rherrmann@morrisjames.com]
Mary B. Matterer [mmatterer@morrisjames.com]
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
  *Counsel for Defendant Mylan Pharmaceuticals, Inc.*

Edgar H. Haug [EHaug@flhlaw.com]
Robert E. Colletti [RColletti@flhlaw.com]
Richard E. Parke [RParke@flhlaw.com]
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151 USA
  *Counsel for Defendant Mylan Pharmaceuticals, Inc.*

/s/ *Karen L. Pascale*
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*