IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | C. A. No. 08-627-LPS<br><br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 3, 2011 true and correct copies of Plaintiff Hoffmann-La Roche Inc.'s Supplemental Responses and Objections to Topics 1-4, 6, 8-12, 14-15, 18-19, and 26 from the Notice of Deposition of Hoffmann-La Roche Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) were served on the below as follows:

**VIA EMAIL**

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

RLF1 3618472v. 1

Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com

| **Defendant Sun Pharma** | **Defendant Teva** |
|---|---|
| John C. Phillips, Jr. | Karen L. Pascale |
| Megan C. Haney | Karen E. Keller |
| **Phillips, Goldman & Spence, P.A.** | **Young, Conaway, Stargatt & Taylor** |
| 1200 North Broom Street | The Brandywine Building |
| Wilmington, DE 19806 | 1000 West Street, 17th Floor |
| jcp@pgslaw.com | Wilmington, DE 19899-0391 |
| mch@pgslaw.com | kpascale@ycst.com |
| | kkeller@ycst.com |
| Eric C. Cohen | James Galbraith |
| Jeremy C. Daniel | Antony Pfeffer |
| **Katten Muchin Rosenman LLP** | Peter L. Giunta |
| 525 W. Monroe Street | **Kenyon & Kenyon LLP** |
| Chicago, IL 60661 | One Broadway |
| Eric.cohen@kattenlaw.com | New York, NY 10004-1007 |
| Jeremy.daniel@kattenlaw.com | jgalbraith@kenyon.com |
| | APfeffer@kenyon.com |
| | pgiunta@kenyon.com |

OF COUNSEL:

William F. Lee
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
*Attorneys for Warner Chilcott*

Mark E. Waddell
Joshua Harris
Loeb & Loeb LLP
345 Park Avenue
New York, NY
*Attorneys for Hoffman-La Roche Inc.*

Dated: October 3, 2011

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards Layton & Finger, P. A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs Warner Chilcott and Hoffmann-La Roche Inc.*