IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | )<br>)<br>) C. A. No. 08-627-LPS<br>)<br>)<br>)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 9, 2011 true and correct copies of Plaintiff's Second Supplemental Responses and Objections to Topics 1, 5, 6, 8, 9, 12, 18 and 26 from Teva's Notice of Deposition of Hoffmann-La Roche Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) were served on the below as follows:

### VIA EMAIL

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

RLF1 5343025v. 1

| | |
|---|---|
| **Defendant Sun Pharma**<br>John C. Phillips, Jr.<br>Megan C. Haney<br>**Phillips, Goldman & Spence, P.A.**<br>1200 North Broom Street<br>Wilmington, DE 19806<br>jcp@pgslaw.com<br>mch@pgslaw.com | **Defendant Teva**<br>Karen L. Pascale<br>Karen E. Keller<br>**Young, Conaway, Stargatt & Taylor**<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>kpascale@ycst.com<br>kkeller@ycst.com |

Eric C. Cohen
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, IL 60661
Eric.cohen@kattenlaw.com
Jeremy.daniel@kattenlaw.com

James Galbraith
Antony Pfeffer
Peter L. Giunta
**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007
jgalbraith@kenyon.com
APfeffer@kenyon.com
pgiunta@kenyon.com

OF COUNSEL:

Mark E. Waddell
Joshua Harris
Loeb & Loeb LLP
345 Park Avenue
New York, NY
(212) 230-8800

*Attorneys for Hoffman-La Roche Inc.*

/s/ *Laura D. Hatcher*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards Layton & Finger, P. A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs Warner Chilcott and Hoffmann-La Roche Inc.*

Dated: November 9, 2011