# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC. and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-627-LPS (Consolidated) |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of defendants Apotex, Inc. and Apotex Corp.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ Richard L. Horwitz* |
|---|---|
| | Richard L. Horwitz (#2246) |
| Steven E. Feldman | David E. Moore (#3983) |
| Louise T. Walsh | Hercules Plaza, 6th Floor |
| Philip D. Segrest, Jr. | 1313 N. Market Street |
| Sherry L. Rollo | Wilmington, DE 19801 |
| HUSCH BLACKWELL, LLP | Tel: (302) 984-6000 |
| 120 South Riverside Plaza, Suite 2200 | rhorwitz@potteranderson.com |
| Chicago, Illinois 60606 | dmoore@potteranderson.com |
| | |
| Dated: November 21, 2011 | *Attorneys for Defendants* |
| 1034696 / 37145 | *Apotex, Inc. and Apotex Corp.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on November 21, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 21, 2011, the attached document was Electronically Mailed to the following person(s):

Frederick L. Cottrell , III
Steven J. Fineman
Michelle E. Whalen
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com
whalen@rlf.com
*Attorneys for Plaintiffs*

William F. Lee
Wyley Sayre Proctor
Vinita Ferrera
Richard Ewenstein
Bo Han
Allen Nunnally
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
william.lee@wilmerhale.com
wyley.proctor@wilmerhale.com
vinita.ferrera@wilmerhale.com
richard.ewenstein@wilmerhale.com
bo.han@wilmerhale.com
allen.nunnally@wilmerhale.com
*Attorneys for Plaintiff Warner Chilcott Company LLC*

David B. Bassett
Martin E. Gilmore
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com
martin.gilmore@wilmerhale.com
*Attorneys for Plaintiff Warner Chilcott Company LLC*

Joshua H. Harris
Mark E. Waddell
John M. Griem , Jr.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
jharris@loeb.com
mwaddell@loeb.com
jgriem@loeb.com
*Attorneys for Plaintiff Hoffmann-La Roche Inc.*

Karen L. Pascale
Karen E. Keller
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com
*Attorneys for Defendant Teva Pharmaceuticals USA Inc.*

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
Peter L. Giunta
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
jgalbraith@kenyon.com
mpalmese@kenyon.com
apfeffer@kenyon.com
pgiunta@kenyon.com
*Attorneys for Defendant Teva Pharmaceuticals USA Inc.*

Richard K. Herrmann
Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com
*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

| | |
|---|---|
| John C. Phillips , Jr.<br>Megan C. Haney<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>jcp@pgslaw.com<br>mch@pgslaw.com<br>*Attorneys for Defendant*<br>*Sun Pharma Global FZE* | Eric C. Cohen<br>Jeremy C. Daniel<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>eric.cohen@kattenlaw.com<br>jeremy.daniel@kattenlaw.com<br>*Attorneys for Defendant*<br>*Sun Pharma Global FZE* |

By:   */s/ Richard L. Horwitz*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

1023540 / 37145