IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC, ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 08-627-LPS (CONSOLIDATED) |
| TEVA PHARMACEUTICALS USA, INC., ET AL., | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **29th** day of **December, 2011.**

IT IS HEREBY ORDERED as follows:

Because the Memorandum Opinion released on December 29, 2011 (D.I. 289) may contain confidential information, it has been released under seal, pending review by the parties to allow them to submit a single jointly proposed redacted version of the Memorandum Opinion. Such redacted version shall be submitted no later than **January 5, 2012** for review by the Court. The Court will subsequently file a publicly-available version of its Memorandum Opinion.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES DISTRICT JUDGE