

Laura D. Hatcher
302-651-7589
Hatcher@rlf.com

January 5, 2012

**VIA CM/ECF FILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Wilmington, DE 19801-3556

    Re:    *Warner Chilcott Company, LLC and Hoffmann-La Roche Inc. v. Teva Pharmaceuticals USA, Inc.*, C.A. No. 08-627-LPS (Consolidated)

Dear Judge Stark:

    Pursuant to Your Honor's December 29, 2011 Order (D.I. 291), I write on behalf of all parties to inform the Court that no redactions are required to the Memorandum Opinion Regarding Claim Construction (D.I. 289). The Memorandum Opinion may be published in its entirety.

    Should Your Honor have any questions or concerns, counsel remain available at the Court's convenience.

    Respectfully submitted,

    */s/ Laura D. Hatcher*

    Laura D. Hatcher (#5098)
    Hatcher@rlf.com

Enclosure
cc:    All Counsel of Record (via email)