IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,

Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC., APOTEX INC. and APOTEX CORP.,

Defendants.

C. A. No. 08-627-LPS

CONSOLIDATED

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 27, 2012 true and correct copies of **(1)** Plaintiffs' Fourth Supplemental Responses to Apotex Inc.'s and Apotex Corp.'s Interrogatories to Plaintiffs (No. 1); **(2)** Plaintiffs' Second Supplemental Responses to Apotex Inc's and Apotex Corp.'s First Set of Interrogatories to Plaintiffs (No. 1) Regarding U.S. Patent No. 7,718,634; **(3)** Plaintiffs' Fourth Supplemental Responses to Teva Pharmaceuticals USA, Inc.'s First Set of Interrogatories (No.1); **(4)** Plaintiffs Warner Chilcott Company, LLC's and Hoffmann-La Roche Inc.'s Second Supplemental Responses to Teva Pharmaceuticals USA, Inc.'s Fourth Set Interrogatories (No. 21); **(5)** Plaintiffs' Second Supplemental Responses to Mylan Pharmaceuticals Inc.'s First Set of Interrogatories to Plaintiffs (No. 1); **(6)** Plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche Inc.'s Second Supplemental Responses to Defendant Mylan Pharmaceuticals Inc.'s Second Set of Interrogatories (No. 15); and **(7)** Plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche, Inc.'s Second Supplemental Responses to Sun Pharma Global, Inc.'s First Set of Interrogatories (No.1), were caused to be served on the below as follows:

**VIA EMAIL**

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

**Defendant Sun Pharma**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Eric C. Cohen
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, IL 60661
Eric.cohen@kattenlaw.com
Jeremy.daniel@kattenlaw.com

**Defendant Teva**
Karen L. Pascale
Karen E. Keller
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

James Galbraith
Antony Pfeffer
Peter L. Giunta
**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007
jgalbraith@kenyon.com
APfeffer@kenyon.com
pgiunta@kenyon.com

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards Layton & Finger, P. A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs Warner Chilcott and Hoffmann-La Roche Inc.*

OF COUNSEL:

William F. Lee
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

*Attorneys for Warner Chilcott*

Mark E. Waddell
Joshua Harris
Loeb & Loeb LLP
345 Park Avenue
New York, NY
(212) 230-8800

*Attorneys for Hoffman-La Roche Inc.*

Dated: February 28, 2012