IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 08-627-LPS ) ) (CONSOLIDATED) ) ) ) |

**NOTICE OF SERVICE**

   The undersigned, counsel for defendant Teva Pharmaceuticals USA, Inc. ("Teva") hereby certifies that copies of the following disclosure of defendants' expert testimony pursuant to Fed. R. Civ. P. 26(a)(2):

   *Supplemental Reply Expert Report of Dr. John Yates*;

were caused to be served upon the following counsel of record on February 27, 2012 as indicated below:

<u>*By E-Mail*</u>:

Frederick L. Cottrell, III [cottrell@rlf.com]
Steven J. Fineman [sfineman@rlf.com]
Laura D. Hatcher [hatcher@rlf.com]
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801
 *Counsel for Plaintiffs*

William F. Lee [william.lee@wilmerhale.com]
Hollie L. Baker [hollie.baker@wilmerhale.com]
Vinita Ferrera [vinita.ferrera@wilmerhale.com]
Allen C. Nunnally [allen.nunnally@wilmerhale.com]
Christopher R. Noyes [christopher.noyes@wilmerhale.com]
**WILMER HALE LLP**
60 State Street
Boston, MA  02109
 *Counsel for Plaintiff Warner Chilcott Company LLC*

David B. Bassett [david.bassett@wilmerhale.com]
Martin E. Gilmore [Martin.Gilmore@wilmerhale.com]
WILMER HALE LLP
399 Park Avenue
New York, NY  10022
   *Counsel for Plaintiff Warner Chilcott Company LLC*

Mark E. Waddell [mwaddell@loeb.com]
Joshua H. Harris [jharris@loeb.com]
Warren K. MacRae [wmacrae@loeb.com]
John M. Griem, Jr. [jgriem@loeb.com]
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
  *Counsel for Plaintiff Hoffman-La Roche Inc.*

      Additionally, the undersigned hereby certifies that on February 28, 2012, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record as indicated below:

*By E-Mail*:

Frederick L. Cottrell, III [cottrell@rlf.com]
Steven J. Fineman [sfineman@rlf.com]
Laura D. Hatcher [hatcher@rlf.com]
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801
  *Counsel for Plaintiffs*

William F. Lee [william.lee@wilmerhale.com]
Hollie L. Baker [hollie.baker@wilmerhale.com]
Vinita Ferrera [vinita.ferrera@wilmerhale.com]
Allen C. Nunnally  [Allen.Nunnally@wilmerhale.com]
Christopher R. Noyes [christopher.noyes@wilmerhale.com]
WILMER HALE LLP
60 State Street
Boston, MA  02109
  *Counsel for Plaintiff Warner Chilcott Company LLC*

David B. Bassett [david.bassett@wilmerhale.com]
Martin E. Gilmore [Martin.Gilmore@wilmerhale.com]
WILMER HALE LLP
399 Park Avenue
New York, NY  10022
   *Counsel for Plaintiff Warner Chilcott Company LLC*

Mark E. Waddell [mwaddell@loeb.com]
Joshua H. Harris [jharris@loeb.com]
**LOEB & LOEB LLP**
345 Park Avenue
New York, NY 10154
  *Counsel for Plaintiff Hoffman-La Roche Inc.*

Richard W. Riley, Esquire [rwriley@duanemorris.com]
**DUANE MORRIS LLP**
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

Steven E. Feldman  [steven.feldman@huschblackwell.com]
Louise T. Walsh  [louise.walsh@huschblackell.com]
Sherry L. Rollo [sherry.rollo@huschblackwell.com]
Philip D. Segrest, Jr. [Philip.Segrest@huschblackwell.com]
**HUSCH BLACKWELL SANDERS WELSH & KATZ LLP**
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

John C. Phillips, Jr.  [jcp@pgslaw.com]
Megan C. Haney  [mch@pgslaw.com]
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE  19806
  *Counsel for Defendant Sun Pharma Global, Inc.*

Eric C. Cohen  [eric.cohen@kattenlaw.com]
Jeremy C. Daniel  [jeremy.daniel@kattenlaw.com]
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
  *Counsel for Defendant Sun Pharma Global, Inc.*

Richard K. Herrmann  [rherrmann@morrisjames.com]
Mary B. Matterer  [mmatterer@morrisjames.com]
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
  *Counsel for Defendant Mylan Pharmaceuticals, Inc.*

Edgar H. Haug  [EHaug@flhlaw.com]
Robert E. Colletti [RColletti@flhlaw.com]
Richard E. Parke [RParke@flhlaw.com]
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151 USA
  *Counsel for Defendant Mylan Pharmaceuticals, Inc.*

DATED: February 28, 2012                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Pilar G. Kraman (No. 5199) [pkraman@ycst.com]
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
302-571-6600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

James Galbraith
Maria Palmese
Antony Pfeffer
Peter L. Giunta
Vincent J. Rubino
**KENYON & KENYON LLP**
One Broadway
New York, NY  10004
(212) 425-7200