IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>Defendants. | C.A. No. 08-627-LPS<br><br>CONSOLIDATED |

## NOTICE TO TAKE DEPOSITION OF DR. JOEL W. HAY

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiffs will take the deposition upon oral examination of Dr. Joel W. Hay on **March 16, 2012** at the offices of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, New York 10151, commencing at **9:00 am** or a mutually agreeable time and continuing from day to day thereafter until completed. The deposition will be taken before a court reporter authorized to administer oaths for use in the above litigation as provided in the Federal Rules of Civil Procedure. The deposition may be recorded by any means permitted under the Federal Rules of Civil Procedure, including videotaping and stenographic recording.

RLF1 5904691v. 1

| | |
|---|---|
| OF COUNSEL:<br><br>William F. Lee<br>Vinita Ferrera<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>David B. Bassett<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800<br><br>*Attorneys for Warner Chilcott*<br><br>Mark E. Waddell<br>Joshua Harris<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY<br>(212) 230-8800<br><br>*Attorneys for Hoffman-La Roche Inc.* | /s/ *Jaclyn C. Levy*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Steven J. Fineman (#4025)<br>fineman@rlf.com<br>Jaclyn C. Levy (#5631)<br>levy@rlf.com<br>Richards Layton & Finger, P. A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br><br>*Attorneys for Plaintiffs Warner Chilcott and Hoffmann-La Roche Inc.* |

Dated: March 13, 2012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel of record, and have sent true and correct copies to the following in the manner indicated below:

### VIA EMAIL

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

**Defendant Sun Pharma**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

**Defendant Teva**
Karen L. Pascale
Karen E. Keller
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

RLF1 5904691v. 1

| | |
|---|---|
| Eric C. Cohen<br>Jeremy C. Daniel<br>**Katten Muchin Rosenman LLP**<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Eric.cohen@kattenlaw.com<br>Jeremy.daniel@kattenlaw.com | James Galbraith<br>Antony Pfeffer<br>Peter L. Giunta<br>**Kenyon & Kenyon LLP**<br>One Broadway<br>New York, NY 10004-1007<br>jgalbraith@kenyon.com<br>APfeffer@kenyon.com<br>pgiunta@kenyon.com |

*/s/ Jaclyn C. Levy*
Jaclyn C. Levy (#5631)
Levy@rlf.com

RLF1 5904691v. 1