IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>Defendants. | C.A. No. 08-627-LPS<br><br>CONSOLIDATED |

## NOTICE TO TAKE DEPOSITION OF DR. JOHN YATES

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiffs will take the deposition upon oral examination of Dr. John Yates on **April 2, 2012** at the offices of Kenyon & Kenyon LLP, One Broadway, New York, New York 10004, commencing at **9:00 am** or a mutually agreeable time and continuing from day to day thereafter until completed. The deposition will be taken before a court reporter authorized to administer oaths for use in the above litigation as provided in the Federal Rules of Civil Procedure. The deposition may be recorded by any means permitted under the Federal Rules of Civil Procedure, including videotaping and stenographic recording.

OF COUNSEL:

William F. Lee
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

*Attorneys for Warner Chilcott*

Mark E. Waddell
Joshua Harris
Loeb & Loeb LLP
345 Park Avenue
New York, NY
(212) 230-8800

*Attorneys for Hoffman-La Roche Inc.*

Dated: March 13, 2012

/s/ Jaclyn C. Levy
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Jaclyn C. Levy (#5631)
levy@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs Warner Chilcott and Hoffmann-La Roche Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel of record, and have sent true and correct copies to the following in the manner indicated below:

### VIA EMAIL

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com

**Defendant Sun Pharma**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

**Defendant Teva**
Karen L. Pascale
Karen E. Keller
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

RLF1 5904535v. 1

| | |
|---|---|
| Eric C. Cohen<br>Jeremy C. Daniel<br>**Katten Muchin Rosenman LLP**<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Eric.cohen@kattenlaw.com<br>Jeremy.daniel@kattenlaw.com | James Galbraith<br>Antony Pfeffer<br>Peter L. Giunta<br>**Kenyon & Kenyon LLP**<br>One Broadway<br>New York, NY 10004-1007<br>jgalbraith@kenyon.com<br>APfeffer@kenyon.com<br>pgiunta@kenyon.com |

*/s/ Jaclyn C. Levy*
Jaclyn C. Levy (#5631)
Levy@rlf.com