IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-627-LPS |
| v. | ) ) ) | CONSOLIDATED |
| TEVA PHARMACEUTICALS USA, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND (PROPOSED) ORDER**
**GOVERNING SUMMARY JUDGMENT BRIEFING**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following deadlines shall govern summary judgment briefing in this case:

1. The deadline for the filing of any motions for summary judgment and opening briefs in support thereof shall be **June 22, 2012**;

2. The deadline for the filing of any answering briefs in opposition to motions for summary judgment shall be **July 20, 2012**; and

3. The deadline for the filing of any reply briefs in support of motions for summary judgment shall be **August 17, 2012**.

Dated:  May 29, 2012

| RICHARDS, LAYTON & FINGER, PA | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Frederick L. Cottrell, III* <br> Frederick L. Cottrell, III (#2555) <br> Steven J. Fineman (#4025) <br> Jaclyn C. Levy (#5631) <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 658-6541 <br> cottrell@rlf.com <br> fineman@rlf.com <br> levy@rlf.com <br><br> *Counsel for Plaintiffs Warner Chilcott Company, LLC and Hoffman-La Roche Inc.* | */s/ James L. Higgins* <br> Karen L. Pascale (#2903) <br> James L. Higgins (#5021) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> kpascale@ycst.com <br> jhiggins@ycst.com <br><br> *Counsel for Defendant TEVA Pharmaceuticals USA, Inc.* |
| POTTER ANDERSON & CORROON, LLP | MORRIS JAMES LLP |
| */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> 1313 N. Market Street <br> Hercules Plaza, 6th Floor <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Counsel for Defendant Apotex Corp.* | */s/ Mary Matterer* <br> Mary Matterer (#2696) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19899 <br> (302) 888-6800 <br> mmatterer@morrisjames.com <br><br> *Counsel for Defendant Mylan Pharmaceuticals Inc.* |

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Counsel for Defendant Sun Pharma Global FZE*

        SO ORDERED this _____ day of _____, 2012.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

01:12133657.1