**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | C.A. No. 08-627-LPS,<br>C.A. No. 11-81-LPS |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>APOTEX, INC. and APOTEX CORP.,<br><br>    Defendants. | C.A. No. 09-143-LPS,<br>C.A. No. 10-1111-LPS<br>(consolidated with C.A. No. 08-627-LPS) |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>    Defendant. | C.A. No. 10-285-LPS,<br>C.A. No. 11-286-UNA<br>(consolidated with C.A. No. 08-627-LPS) |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUN PHARMA GLOBAL, INC.,<br><br>    Defendant. | C.A. No. 09-61-LPS,<br>C.A. No. 10-1085-LPS<br>(consolidated with C.A. No. 08-627-LPS) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by and among the parties, subject to the approval of the Court, that Defendants' time to file their Reply Brief In Support of Their Motion For Summary Judgment Of Invalidity Under 35 U.S.C. § 112 For Inadequate Written Description And Failure

To Enable The Full Scope Of The Claims in this action shall be extended from June 1, 2012 to June 5, 2012.

All other dates in the Court's scheduling order shall remain the same.

| RICHARDS, LAYTON & FINGER, PA | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/Jaclyn C. Levy*<br>Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025)<br>Jaclyn C. Levy (#5631)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Tel: (302) 658-6541<br>cottrell@rlf.com<br>fineman@rlf.com<br>levy@rlf.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants Apotex, Inc. and Apotex Corp.* |
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | MORRIS JAMES LLP |
| By: */s/ Pilar G. Kraman*<br>Karen L. Pascale (#2903)<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>kpascale@ycst.com<br><br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA Inc.* | By: */s/ Mary Matterer*<br>Richard K. Herrmann (#405)<br>Mary Matterer (#2696)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Tel: (302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br><br>*Attorneys for Defendant*<br>*Mylan Pharmaceuticals Inc.* |

2

PHILLIPS, GOLDMAN & SPENCE, P.A.

By:   */s/ John C. Phillips, Jr.*
     John C. Phillips , Jr. (#110)
     Megan C. Haney (#5016)
     1200 North Broom Street
     Wilmington, DE 19806
     (302) 655-4200
     jcp@pgslaw.com
     mch@pgslaw.com

*Attorneys for Defendant*
*Sun Pharma Global FZE*

      SO ORDERED, this _____ day of June, 2012.

                                                      _____
                                                      United States District Judge

1061685 / 37145