# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> *Defendant*. | C.A. No. 08-627-LPS <br> C.A. No. 11-081-LPS |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP., <br><br> *Defendants*. | C.A. No. 09-143-LPS <br> (consolidated with C.A. No. 08-627-LPS) |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> *Defendant*. | C.A. No. 10-285-LPS <br> (consolidated with C.A. No. 08-627-LPS) |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> SUN PHARMA GLOBAL FZE, <br><br> *Defendant*. | C.A. No. 09-61-LPS <br> (consolidated with C.A. No. 08-627-LPS) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY UNDER 35 U.S.C. § 103 FOR OBVIOUSNESS**

01:12229671.1

Defendants Apotex Corp. and Apotex, Inc., Teva Pharmaceuticals USA, Inc., Mylan Pharmaceuticals, Inc. and Sun Pharma Global FZE, by their respective counsel, respectfully move for summary judgment, pursuant to Fed. R. Civ. P. 56, of invalidity under 35 U.S.C. § 103(a) of asserted claims 6, 8, 9, 13, 14, and 15 of U.S. Patent No. 7,192,938 (the "'938 patent") and claims 9 and 10 of U.S. Patent No. 7,718,634 (the "'634 patent") for obviousness in view of the prior art.

As grounds for this motion, Defendants state as follows:

1.      This is a patent infringement action filed pursuant to 35 U.S.C. § 271(e) in response to the filing of Abbreviated New Drug Applications by Defendants with the FDA seeking approval to market generic versions of the prescription drug Actonel® (risedronate sodium) in formulations including tablets containing 150 mg of the salt. The patents asserted by Plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche Inc., involve certain claims of the '938 patent and the '634 patent (collectively "patents in suit").

2.      Certain terms of the asserted claims of both the '938 patent and the '634 patent have been construed as a matter of law by the Court. *See* Memorandum Opinion (D.I. 289) and Order (D.I. 290) dated December 29, 2011. All discovery has been completed.  On December 29, 2011, the Court entered a *Markman* ruling, resolving certain claim construction issues, none of which is material for this motion.  (D.I. 289, 290.)  The Court set the case for trial beginning July 27, 2012.  On May 25, 2012, however, in light of the New Jersey district court's decision in *Apotex*, this Court vacated the trial date and the date for filing the pretrial order, and set a briefing schedule for this motion for summary judgment.  (D.I. 322.)

3.      In light of the prior art, the prosecution history of the patents in suit, the Court's Memorandum Opinion and Order on claim construction, and pleadings filed in this action, both

01:12229671.1

2

the '938 patent and the '634 patent are invalid under 35 U.S.C. § 103 (a) because the claimed invention would have been obvious to a person of ordinary skill in the art.

4.    The grounds supporting defendants' summary judgment motion with respect to the patents in suit are discussed with particularity in the accompanying defendants' Brief In Support Of Defendants' Motion For Summary Judgment Of Invalidity for Obviousness Under 35 U.S.C. § 103(a) filed concurrently herewith.  In addition, defendants respectfully submit the Declaration of John Yates M.D. and the Declaration of Peter L. Giunta in Support of Defendants' Motion For Summary Judgment of Invalidity for Obviousness Under 35 U.S.C. § 103.

Defendants respectfully request that the Court enter an order granting summary judgment of invalidity of the patents in suit under 35 U.S.C. § 103.

<table>
<tr><td></td><td>YOUNG CONAWAY STARGATT & TAYLOR LLP</td></tr>
<tr><td></td><td>/s/ Karen L. Pascale</td></tr>
<tr><td>June 22, 2012</td><td>_____<br>Karen L. Pascale (No. 2903) [kpascale@ycst.com]<br>Pilar G. Kraman  (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-571-6600</td></tr>
<tr><td></td><td>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc.*</td></tr>
</table>

OF COUNSEL:
James Galbraith
Maria Luisa Palmese
Antony Pfeffer
Peter L. Giunta
Vincent J. Rubino
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200

*Filed on Behalf of All Defendants*

01:12229671.1

3

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 22, 2012, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated:

### *By E-Mail:*

Frederick L. Cottrell, III  [cottrell@rlf.com]
Steven J. Fineman  [sfineman@rlf.com]
Jaclyn C. Levy [levy@rlf.com]
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
Wilmington, DE  19801
 *Counsel for Plaintiffs*

William F. Lee [william.lee@wilmerhale.com]
Hollie L. Baker [hollie.baker@wilmerhale.com]
Vinita Ferrera [vinita.ferrera@wilmerhale.com]
Allen C. Nunnally  [Allen.Nunnally@wilmerhale.com]
Christopher R. Noyes [christopher.noyes@wilmerhale.com]
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA  02109
 *Counsel for Plaintiff Warner Chilcott Company LLC*

David B. Bassett [david.bassett@wilmerhale.com]
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY  10022
 *Counsel for Plaintiff Warner Chilcott Company LLC*

Mark E. Waddell [mwaddell@loeb.com]
Joshua H. Harris [jharris@loeb.com]
**LOEB & LOEB LLP**
345 Park Avenue
New York, NY 10154
 *Counsel for Plaintiff Hoffman-La Roche Inc.*

01:12229671.1

Richard L. Horwitz [rhorwitz@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
**POTTER ANDERSON & CORROON LLP**
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box. 951
Wilmington, DE 19801
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

Steven E. Feldman  [steven.feldman@huschblackwell.com]
Hartwell P. Morse, III  [hartwell.morse@huschblackwell.com]
Louise T. Walsh  [louise.walsh@huschblackell.com]
Sherry L. Rollo [sherry.rollo@huschblackwell.com]
Philip D. Segrest, Jr. [Philip.Segrest@huschblackwell.com]
**HUSCH BLACKWELL SANDERS WELSH & KATZ LLP**
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

John C. Phillips, Jr.  [jcp@pgslaw.com]
Megan C. Haney  [mch@pgslaw.com]
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE  19806
  *Counsel for Defendant Sun Pharma Global, Inc.*

Eric C. Cohen  [eric.cohen@kattenlaw.com]
Jeremy C. Daniel  [jeremy.daniel@kattenlaw.com]
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
  *Counsel for Defendant Sun Pharma Global, Inc.*

Richard K. Herrmann  [rherrmann@morrisjames.com]
Mary B. Matterer  [mmatterer@morrisjames.com]
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
  *Counsel for Defendant Mylan Pharmaceuticals, Inc.*

Edgar H. Haug  [EHaug@flhlaw.com]
Robert E. Colletti [RColletti@flhlaw.com]
Richard E. Parke [RParke@flhlaw.com]
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151 USA
  *Counsel for Defendant Mylan Pharmaceuticals, Inc.*

01:12229671.1

2

*/s/ Karen L. Pascale*
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

01:12229671.1

3