IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Defendant. | C.A. No. 08-cv-627-LPS <br> C.A. No. 11-cv-81-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP. <br><br> Defendant. | REDACTED <br> PUBLIC VERSION <br><br> C.A. No. 09-cv-143-LPS <br> C.A. No. 10-cv-1111-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC. <br><br> Defendant. | C.A. No. 10-cv-285-LPS <br> C.A. No. 11-cv-286-LPS |

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL FZE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 09-cv-61-LPS <br> C.A. No. 10-cv-1085-LPS |

### DECLARATION OF JACLYN C. LEVY, ESQ. IN SUPPORT OF PLAINTIFFS WARNER CHILCOTT COMPANY, LLC AND HOFFMANN-LA ROCHE INC.'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT BY DEFENDANT APOTEX

**OF COUNSEL:**

David B. Bassett
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Vinita Ferrera
Allen C. Nunnally
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Frederick L. Cottrell, III (#2555)
  cottrell@rlf.com
Steven J. Fineman (#4025)
  fineman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiff Warner Chilcott LLC*

Dated: June 22, 2012

ACTIVEUS 97379624v3

I, Jaclyn C. Levy, declare as follows:

1. I am an attorney at the law firm of Richards, Layton & Finger, P.A., counsel representing Plaintiffs Warner Chilcott Company, LLC, and Hoffmann-La Roche, Inc. ("Plaintiffs") in the above-captioned action.

2. I am admitted to practice before this Court.

3. I submit this declaration in support of Plaintiffs' Brief In Support of Motion For Summary Judgment of Infringement.

4. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 7,192,938 ("the '938 patent").

5. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 7,718,634 ("the '634 patent").

6. Attached hereto as Exhibit C is a true and correct copy of Amended Opinion, *Hoffmann-La Roche Inc. v. Apotex Corp., et al.*, 07-4582 (consolidated), Docket No. 258 (D. N. J., Sept. 2, 2010).

7. Attached hereto as Exhibit D is a true and correct copy of Nov. 18, 2011 Reply Expert Report of John Bilezikian, M.D.

8. Attached hereto as Exhibit E is a true and correct copy of Actonel® Full Prescribing Information, Sections 2.1-2.2 (PGOAM0175599-640).

9. Attached hereto as Exhibit F is a true and correct copy of Apotex Form FDA 356h (AP-RISE0009933-35).

10. Attached hereto as Exhibit G is a true and correct copy of Apotex's Notice of Paragraph IV Certification for the '938 patent, dated January 19, 2009.

11. Attached hereto as Exhibit H is a true and correct copy of Apotex's Notice of Paragraph IV Certification for the '634 patent, dated November 2, 2010.

12. Attached hereto as Exhibit I is a true and correct copy of Apotex ANDA, Section 1.14.3.1, Side By Side Comparison (AP-RISE0009991-99).

13. Attached hereto as Exhibit J is a true and correct copy of Apotex Prescribing Information (AP-RISE0001508-38).

14. Attached hereto as Exhibit K is a true and correct copy of Apotex ANDA Section 1.14.1.1 (AP-RISE0009955-56).

15. Attached hereto as Exhibit L is a true and correct copy of Apotex ANDA, Section 2.3 (AP-RISE0001492).

16. Attached hereto as Exhibit M is a true and correct copy of Apotex Specification and Certificate of Analysis (APRISE0001503-04).

17. Attached hereto as Exhibit N is a true and correct copy of Apotex's letter to FDA re: Amendment – Addition of 150 mg strength Risedronate Sodium Tablets 35 mg, 75 mg and 150 mg Pre-Assigned ANDA Original Application No. 090-877" and attached "Addendum 1 Summary of Amendment" (AP-RISE0009936-42).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on June 22, 2012 in Wilmington, Delaware.

Jaclyn C. Levy (#5631)

## CERTIFICATE OF SERVICE

I hereby certify that, on June 29, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have sent a true and correct copy by electronic mail to the following:

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
Philip D. Segrest
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com
segrest@huschblackwell.com

**Defendant Sun Pharma**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Eric C. Cohen
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

**Defendant Teva**
Karen L. Pascale
Karen E. Keller
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

James Galbraith
Antony Pfeffer
Peter L. Giunta

525 W. Monroe Street
Chicago, IL 60661
Eric.cohen@kattenlaw.com
Jeremy.daniel@kattenlaw.com

**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007
jgalbraith@kenyon.com
APfeffer@kenyon.com
pgiunta@kenyon.com

　　　　　　*/s/ Jaclyn C. Levy*　　　　
　　　　Jaclyn C. Levy (#5631)
　　　　levy@rlf.com