IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Defendant. | C.A. No. 08-cv-627-LPS <br> C.A. No. 11-cv-81-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP. <br><br> Defendant. | REDACTED <br> PUBLIC VERSION <br><br><br> C.A. No. 09-cv-143-LPS <br> C.A. No. 10-cv-1111-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC. <br><br> Defendant. | C.A. No. 10-cv-285-LPS <br> C.A. No. 11-cv-286-LPS |

|  |  |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL FZE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 09-cv-61-LPS <br> C.A. No. 10-cv-1085-LPS |

## DECLARATION OF JACLYN C. LEVY, ESQ. IN SUPPORT OF PLAINTIFFS WARNER CHILCOTT COMPANY, LLC AND HOFFMANN-LA ROCHE INC.'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT BY DEFENDANT MYLAN

**OF COUNSEL:**

David B. Bassett
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Vinita Ferrera
Allen C. Nunnally
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Frederick L. Cottrell, III (#2555)
   cottrell@rlf.com
Steven J. Fineman (#4025)
   fineman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiff Warner Chilcott LLC*

Dated: June 22, 2012

I, Jaclyn C. Levy, declare as follows:

1. I am an attorney at the law firm of Richards, Layton & Finger, P.A., counsel representing Plaintiffs Warner Chilcott Company, LLC, and Hoffmann-La Roche, Inc. ("Plaintiffs") in the above-captioned action.

2. I am admitted to practice before this Court.

3. I submit this declaration in support of Plaintiffs' Brief In Support of Motion For Summary Judgment of Infringement.

4. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 7,192,938 ("the '938 patent").

5. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 7,718,634 ("the '634 patent").

6. Attached hereto as Exhibit C is a true and correct copy of Amended Opinion, *Hoffmann-La Roche Inc. v. Apotex Corp., et al.*, 07-4582 (consolidated), Docket No. 258 (D. N. J., Sept. 2, 2010).

7. Attached hereto as Exhibit D is a true and correct copy of Nov. 18, 2011 Reply Expert Report of John Bilezikian, M.D.

8. Attached hereto as Exhibit E is a true and correct copy of Actonel® Full Prescribing Information, Sections 2.1-2.2 (PGOAM0175599-640).

9. Attached hereto as Exhibit F is a true and correct copy of Mylan Form FDA 356h (MYL-RIS0002817-20).

10. Attached hereto as Exhibit G is a true and correct copy of Mylan's Notice of Paragraph IV certification for the '938 patent, dated February 23, 2010.

11. Attached hereto as Exhibit H is a true and correct copy of Mylan's Notice of Paragraph IV certification for the '634 patent, dated February 24, 2011.

12. Attached hereto as Exhibit I is a true and correct copy of Mylan ANDA, Annotated Comparison With Listed Drug (Labeling), Section 1.14.3.1, (MYL_ANDA 0000173-215).

13. Attached hereto as Exhibit J is a true and correct copy of Mylan ANDA, Prescribing Information (MYL-RIS0056103-144).

14. Attached hereto as Exhibit K is a true and correct copy of Mylan ANDA Section 1.14.1.1 (MYL-RIS0003000-3001).

15. Attached hereto as Exhibit L is a true and correct copy of Mylan ANDA, Section 2.3 (Mylan_ANDA 0000555-626).

16. Attached hereto as Exhibit M is a true and correct copy of Mylan ANDA, Finished Product Specifications (MYL-RIS0101588-90).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on June 22, 2012 in Wilmington, Delaware.

*[signature]*
Jaclyn C. Levy (#5631)

ACTIVEUS 97412785v1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 29, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have sent a true and correct copy by electronic mail to the following:

| | |
|---|---|
| **Defendant Apotex** | **Defendant Mylan** |
| Richard L. Horwitz | Richard K. Herrmann |
| David E. Moore | Mary B. Matterer |
| **Potter Anderson & Corroon LLP** | **Morris James LLP** |
| Hercules Plaza, 6th Floor | 500 Delaware, Suite 1500 |
| 1313 N. Market Street | Wilmington, DE 19801-1494 |
| Wilmington, DE 19801 | mmatterer@morrisjames.com |
| rhorwitz@potteranderson.com | rherrmann@morrisjames.com |
| dmoore@potteranderson.com | |
| | Edgar H. Haug |
| Steven E. Feldman | Robert E. Colletti |
| Hartwell P. Morse, III | Richard E. Parke |
| Louise T. Walsh | **Frommer Lawrence & Haug LLP** |
| Sherry L. Rollo | 745 Fifth Avenue |
| Philip D. Segrest | New York, NY 10151 |
| **Husch Blackwell LLP** | ehaug@flhlaw.com |
| 120 S. Riverside Plaza – Suite 2200 | rcolletti@flhlaw.com |
| Chicago, IL 60606 | rparke@flhlaw.com |
| Steven.feldman@huschblackwell.com | |
| Hartwell.morse@huschblackwell.com | |
| Louise.walsh@huschblackwell.com | |
| Sherry.rollo@huschblackwell.com | |
| segrest@huschblackwell.com | |
| | |
| **Defendant Sun Pharma** | **Defendant Teva** |
| John C. Phillips, Jr. | Karen L. Pascale |
| Megan C. Haney | Karen E. Keller |
| **Phillips, Goldman & Spence, P.A.** | **Young, Conaway, Stargatt & Taylor** |
| 1200 North Broom Street | The Brandywine Building |
| Wilmington, DE 19806 | 1000 West Street, 17th Floor |
| jcp@pgslaw.com | Wilmington, DE 19899-0391 |
| mch@pgslaw.com | kpascale@ycst.com |
| | kkeller@ycst.com |
| | |
| Eric C. Cohen | James Galbraith |
| Jeremy C. Daniel | Antony Pfeffer |
| **Katten Muchin Rosenman LLP** | Peter L. Giunta |

525 W. Monroe Street
Chicago, IL 60661
Eric.cohen@kattenlaw.com
Jeremy.daniel@kattenlaw.com

**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007
jgalbraith@kenyon.com
APfeffer@kenyon.com
pgiunta@kenyon.com

*/s/ Jaclyn C. Levy*
Jaclyn C. Levy (#5631)
levy@rlf.com