# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) |
| *Plaintiffs,* | ) |
| v. | ) ) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) |
| *Defendant.* | ) ) ) |

C.A. No.1: 08-cv-0627-LPS
C.A. No. 1:11-cv-00081-LPS

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) |
| *Plaintiffs,* | ) |
| v. | ) ) |
| APOTEX, INC. and APOTEX CORP., | ) ) |
| *Defendants.* | ) ) |

C.A. No. 09-143-LPS
(consolidated with C.A. No. 08-627-LPS)

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) |
| *Plaintiffs,* | ) |
| v. | ) ) |
| MYLAN PHARMACEUTICALS, INC., | ) ) |
| *Defendant.* | ) ) |

C.A. No. 10-285-LPS
(consolidated with C.A. No. 08-627-LPS)

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., | ) ) ) |
| *Plaintiffs,* | ) |
| v. | ) ) |
| SUN PHARMA GLOBAL FZE, | ) ) |
| *Defendant.* | ) ) ) |

C.A. No. 09-61-LPS
(consolidated with C.A. No. 08-627-LPS)

**REDACTED -**
**PUBLIC VERSION**

## DECLARATION OF PETER L. GIUNTA
## IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
## OF INVALIDITY UNDER 35 U.S.C. § 103 FOR OBVIOUSNESS

OF COUNSEL:

James Galbraith
Maria Palmese
Antony Pfeffer
Peter L. Giunta
Vincent J. Rubino

**KENYON & KENYON LLP**
One Broadway
New York, NY  10004
(212) 425-7200

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

*Filed on Behalf of All Defendants*

June 22, 2012

Redacted Version :   June 29, 2012

01:12230084.1

I, Peter L. Giunta, am an attorney at law admitted to practice in the States of New York and New Jersey, and an Associate at Kenyon & Kenyon LLP, counsel for Teva Pharmaceuticals USA, Inc. in these consolidated cases. I make this certification in support of Defendants' Motion for Summary Judgment of Invalidity for Obviousness Under 35 U.S.C. § 103.

1. Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of the August 5, 2011 deposition of Dr. Frieder Bauss in *Hoffmann-La Roche Inc. v. Apotex, Inc.*, Civ. No. 07-4417 (SRC)(MAS) (D.N.J.) and related cases.

2. Attached as Exhibit 2 is a true and correct copy of defendants' exhibit 503 from the October 5, 2011 deposition of Dr. Maurice Gately

**REDACTED**

3. Attached as Exhibit 3 is a true and correct copy of defendants' exhibit 641 from the March 30-31, 2012 deposition of Dr. Anastasia G. Daifotis, U.S. Provisional Patent Application 60/370,501 (filed April 5, 2002).

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 22nd day of June 2012 in New York, NY.

_____
Peter L. Giunta

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 29, 2012, I caused to be

electronically filed a true and correct copy of the foregoing document with the Clerk of the Court

using CM/ECF (which will send notification that such filing is available for viewing and

downloading to all registered counsel), and in addition caused true and correct copies of the

foregoing document to be served upon the following counsel of record in the manner indicated:

*By E-Mail:*

Frederick L. Cottrell, III  [cottrell@rlf.com]
Steven J. Fineman  [sfineman@rlf.com]
Jaclyn C. Levy  [levy@rlf.com]
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
Wilmington, DE  19801
  *Counsel for Plaintiffs*

William F. Lee [william.lee@wilmerhale.com]
Hollie L. Baker [hollie.baker@wilmerhale.com]
Vinita Ferrera [vinita.ferrera@wilmerhale.com]
Allen C. Nunnally  [Allen.Nunnally@wilmerhale.com]
Christopher R. Noyes [christopher.noyes@wilmerhale.com]
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA  02109
  *Counsel for Plaintiff Warner Chilcott Company LLC*

David B. Bassett [david.bassett@wilmerhale.com]
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY  10022
  *Counsel for Plaintiff Warner Chilcott Company LLC*

Mark E. Waddell [mwaddell@loeb.com]
Joshua H. Harris [jharris@loeb.com]
**LOEB & LOEB LLP**
345 Park Avenue
New York, NY 10154
  *Counsel for Plaintiff Hoffman-La Roche Inc.*

Error!

Richard L. Horwitz [rhorwitz@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER ANDERSON & CORROON LLP
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box. 951
Wilmington, DE 19801
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

Steven E. Feldman  [steven.feldman@huschblackwell.com]
Hartwell P. Morse, III  [hartwell.morse@huschblackwell.com]
Louise T. Walsh  [louise.walsh@huschblackell.com]
Sherry L. Rollo [sherry.rollo@huschblackwell.com]
Philip D. Segrest, Jr. [Philip.Segrest@huschblackwell.com]
HUSCH BLACKWELL SANDERS WELSH & KATZ LLP
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606
  *Counsel for Defendants Apotex, Inc. and Apotex Corp.*

John C. Phillips, Jr.  [jcp@pgslaw.com]
Megan C. Haney  [mch@pgslaw.com]
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806
  *Counsel for Defendant Sun Pharma Global, Inc.*

Eric C. Cohen  [eric.cohen@kattenlaw.com]
Jeremy C. Daniel  [jeremy.daniel@kattenlaw.com]
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
  *Counsel for Defendant Sun Pharma Global, Inc.*

Richard K. Herrmann  [rherrmann@morrisjames.com]
Mary B. Matterer  [mmatterer@morrisjames.com]
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
  *Counsel for Defendant Mylan Pharmaceuticals, Inc.*

Edgar H. Haug  [EHaug@flhlaw.com]
Robert E. Colletti  [RColletti@flhlaw.com]
Richard E. Parke [RParke@flhlaw.com]
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151 USA
  *Counsel for Defendant Mylan Pharmaceuticals, Inc.*

Error!

/s/ *Karen L. Pascale*

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

Error!