

Frederick L. Cottrell III
302-651-7509
Cottrell@rlf.com

July 3, 2012

**VIA ECF FILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:   *Warner Chilcott Co., LLC and Hoffmann-La Roche Inc. v. Apotex, Inc. and Apotex Corp.*, C.A. No. 08-627-LPS (Consolidated)

Dear Judge Stark:

      Plaintiffs Warner Chilcott Co. LLC and Hoffmann-La Roche Inc. ("Plaintiffs") write in response to Defendants Apotex Inc. and Apotex Corp.'s ("Apotex") letter of June 26, 2012.

      Plaintiffs have not asserted any claims of U.S. Patent No. 6,165,513 against either Apotex defendant. Therefore, Plaintiffs do not oppose Apotex's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,165,513 (D.I. 306) and do not oppose the request set forth in Apotex's June 26, 2012 letter.

Respectfully submitted,

Frederick L. Cottrell III (#2555)

cc:   All counsel of record (via e-mail)