# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>TEVA PHARMACEUTICALS USA, INC. )<br><br>Defendant. ) | C.A. No. 08-627-LPS<br>C.A. No. 11-81-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>APOTEX, INC. and APOTEX CORP. )<br><br>Defendant. ) | REDACTED<br>PUBLIC VERSION<br><br>C.A. No. 09-143-LPS<br>C.A. No. 10-1111-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>MYLAN PHARMACEUTICALS, INC. )<br><br>Defendant. ) | C.A. No. 10-285-LPS<br>C.A. No. 11-286-LPS |

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and<br>HOFFMANN-LA ROCHE INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   C.A. No. 09-61-LPS |
| | )   C.A. No. 10-1085-LPS |
| SUN PHARMA GLOBAL FZE, | )<br>) |
| Defendant. | )<br>) |

## DECLARATION OF JACLYN C. LEVY, ESQ. IN SUPPORT OF PLAINTIFFS WARNER CHILCOTT COMPANY, LLC AND HOFFMANN-LA ROCHE INC.'S BRIEF IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY FOR OBVIOUSNESS UNDER 35 U.S.C. § 103

**OF COUNSEL:**

David B. Bassett
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800

Vinita Ferrera
Allen C. Nunnally
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000


Frederick L. Cottrell, III (#2555)
   cottrell@rlf.com
Steven J. Fineman (#4025)
   fineman@rlf.com
Jaclyn C. Levy (#5631)
levy@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE  19801
(302) 651-7700

*Attorneys for Plaintiff Warner Chilcott LLC*


Dated: July 20, 2012

RLF1 6312712v.1

I, Jaclyn C. Levy, declare as follows:

1.    I am an attorney at the law firm of Richards, Layton & Finger, P.A., counsel representing Plaintiffs Warner Chilcott Company, LLC, and Hoffmann-La Roche, Inc. ("Plaintiffs") in the above-captioned action.

2.    I am admitted to practice before this Court.

3.    I submit this declaration in support of Plaintiffs' Brief In Opposition to Defendant's Motion For Summary Judgment of Invalidity for Obviousness Under 35 U.S.C. § 103.

4.    Attached hereto as Exhibit 1 is a true and correct copy of the August 5, 2011 deposition transcript of Frieder Bauss in Hoffman-La Roche Inc. v. Apotex Inc. and Apotex Corp., Civil Action No. 07-4417-SRC (D. N.J.) (consolidated).

5.    Attached hereto as Exhibit 2 is a true and correct copy of the October 5, 2011 deposition transcript of Maurice Gately in this matter.

6.    Attached hereto as Exhibit 3 is a true and correct copy of the June 30, 2011 deposition transcript of Pamela Schofield in this matter.

7.    Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of document produced by produced by Plaintiff Warner Chilcott Co. LLC as PGOAM 0381085.

8.    Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 7,192,938 ("the '938 patent").

9.    Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 7,718,634 ("the '634 patent").

10.      Attached hereto as Exhibit 7 is a true and correct copy of Lufkin *et al.*,

*Pamidronate: An Unrecognized Problem in Gastrointestinal Tolerability*, Osteoporosis Int'l

4:320-22 (1994).

11.      Attached hereto as Exhibit 8 is a true and correct copy of DeGroen et al.,

*Esophagitis Associated with the Use of Alendronate*, New Eng. J. Med. 335:1016-21 (1996).

12.      Attached hereto as Exhibit 9 is a true and correct copy of Schnitzer, *Update on*

*Alendronate for Osteoporosis: Once-Weekly Dosing*, Expert Opin. Pharmacother. 2:1461-72,

1467 (2001).

13.      Attached hereto as Exhibit 10 is a true and correct copy of Lanza et al., *The Upper*

*GI Safety and Tolerability of Oral Alendronate at a Dose of 70 Milligrams Once Weekly: A*

*Placebo-Controlled Endoscopy Study*, Am. J. Gastroenter. 97:58-64 (2002).

14.      Attached hereto as Exhibit 11 is a true and correct copy of Intl. Pub. No. WO

01/15703.

15.      Attached hereto as Exhibit 12 is a true and correct copy of Suri et al., *Nitrogen-*

*Containing Bisphosphonates Induce Apoptosis of Caco-2 Cells In Vitro by Inhibiting the*

*Mevalonate Pathway: A Model of Bisphosphonate-Induced Gastrointestinal Toxicity*, Bone

29:336-43 at 338 (2001).

16.      Attached hereto as Exhibit 13 is a true and correct copy of Lanza et al.,

*Endoscopic Comparison of Esophageal and Gastroduodenal Effects of Risedronate and*

*Alendronate in Postmenopausal Women*, Gastroenterol. 119:631-38 (2000).

17.      Attached hereto as Exhibit 14 is a true and correct copy of the Fosamax® Label

(Jan. 31, 2001).

18.     Attached hereto as Exhibit 15 is a true and correct copy of the Actonel® Label (Apr. 14, 2000).

19.     Attached hereto as Exhibit 16 is a true and correct copy of U.S. Patent No. 5,994,329.

20.     Attached hereto as Exhibit 17 is a true and correct copy of U.S. Patent Publ'n. No. 2003/0118634.

21.     Attached hereto as Exhibit 18 is a true and correct copy of Lindsay et al., *Risedronate 35 mg Once A Week Is As Effective As 5 mg Daily in Postmenopausal Women*, Arthr. & Rheum. 9(suppl.):S153, 604 (2001).

22.     Attached hereto as Exhibit 19 is a true and correct copy of a document produced by Plaintiff Warner Chilcott Co. LLC as PGOAM_E1012284-86.

23.     Attached hereto as Exhibit 20 is a true and correct copy of U.S. Patent Publ'n. No. 2002/0002282.

24.     Attached hereto as Exhibit 21 is a true and correct copy of Intl. Pub. No. WO 01/82903.

25.     Attached hereto as Exhibit 22 is a true and correct copy of U.S. Patent No. 6,468,559.

26.     Attached hereto as Exhibit 23 is a true and correct copy of a document produced by Defendants Apotex Corp. and Apotex Inc. (collectively, "Apotex") as AP-RISE0007768-76.

27.     Attached hereto as Exhibit 24 is a true and correct copy of a document produced by Defendant Apotex as AP-RISE0007877-83.

28.     Attached hereto as Exhibit 25 is a true and correct copy of a document produced by Defendant Apotex as AP-RISE0007782-98.

29.     Attached hereto as Exhibit 26 is a true and correct copy of a document produced by Defendant Apotex as AP-RISE0007888-7901.

30.     Attached hereto as Exhibit 27 is a true and correct copy of a document produced by Defendant Apotex as AP-RISE0008331-33.

31.     Attached hereto as Exhibit 28 is a true and correct copy of Rosen, *Treatment of Postmenopausal Osteoporosis: An Evidence-Based Approach*, Rev. Endocr. & Metab. Disord. 2:35-43 (2001).

32.     Attached hereto as Exhibit 29 is a true and correct copy of a document produced by Plaintiff Roche as R2012805-21.

33.     Attached hereto as Exhibit 30 is a true and correct copy of a document produced by Defendant Apotex as AP-RISE0007712-18.

34.     Attached hereto as Exhibit 31 is a true and correct copy of a document produced by Defendants as AP-RISE0004548-54.

35.     Attached hereto as Exhibit 32 is a true and correct copy of a document produced by Defendant Apotex as AP-RISE0007724-32.

36.     Attached hereto as Exhibit 33 is a true and correct copy of a document produced by Defendant Apotex as AP-RISE0004681, 0004674-77, 0004656-58.

37.     Attached hereto as Exhibit 34 is a true and correct copy of a document produced by Defendant Apotex as AP-RISE0004693

38.     Attached hereto as Exhibit 35 is a true and correct copy of Riis et al., *Ibandronate: A Comparison of Oral Daily Dosing Versus Intermittent Dosing in Postmenopausal Osteoporosis*, J. Bone & Min. Res. 16:1871-78 (2001).

39.     Attached hereto as Exhibit 36 is a true and correct copy of Zegels et al., *Effect of High Doses of Oral Risedronate (20 mg/day) on Serum Parathyroid Hormone Levels and Urinary Collagen Cross-link Excretion in Postmenopausal Women with Spinal Osteoporosis*, Bone 28:108-12 (2001).

40.     Attached hereto as Exhibit 37 is a true and correct copy of Delmas et al., *Bisphosphonate Risedronate Prevents Bone Loss in Women with Artificial Menopause Due to Chemotherapy of Breast Cancer: A Double-Blind, Placebo-Controlled Study*, J. Clin. Oncol. 15:955-62 (1997).

41.     Attached hereto as Exhibit 38 is a true and correct copy of Harris et al., *Effects of Risedronate Treatment on Vertebral and Nonvertebral Fractures in Women with Postmenopausal Osteoporosis: A Randomized Controlled Trial*, JAMA 282:1344-52, 1348 (1999).

42.     Attached hereto as Exhibit 39 is a true and correct copy of Bone et al., *Weekly Administration of Alendronate: Rationale and Plan for Clinical Assessment*, Clin. Ther. 22:15-28, 17 (2000).

43.     Attached hereto as Exhibit 40 is a true and correct copy of U.S. Patent No. 6,432,932.

44.     Attached hereto as Exhibit 41 is a true and correct copy of Schnitzer et al., *Therapeutic Equivalence of Alendronate 70 mg Once-Weekly and Alendronate 10 mg Daily in the Treatment of Osteoporosis*, Aging Clin. Exp. Res. 12:1-12 (2000).

45.     Attached hereto as Exhibit 42 is a true and correct copy of Yates *et al., Alendronate and Osteoporosis*, Drug Discovery Today, Vol. 3, No. 2, pp. 69-78, at 70 (Feb. 1998).

46.    Attached hereto as Exhibit 43 is a true and correct copy of U.S. Patent App'n Publ'n 2003/0195171.

47.    Attached hereto as Exhibit 44 is a true and correct copy of a document produced by Plaintiff Warner Chilcott Co. LLC as PGOAM 0381086-0381098.

48.    Attached hereto as Exhibit 45 is a true and correct copy of an excerpt from a document produced by Plaintiff Warner Chilcott Co. LLC as PGOAM 0377918.

49.    Attached hereto as Exhibit 46 is a true and correct copy of an excerpt from the August 30, 2011 Deposition Transcript of April Mitchell.

50.    Attached hereto as Exhibit 47 is a true and correct copy of an excerpt of a document produced by Plaintiff Warner Chilcott Co. LLC as PGOAM_E1294894-991.

51.    Attached hereto as Exhibit 48 is a true and correct copy of *Bisphosphonates in Bone Disease, From the Laboratory to the Patient*, Fleisch (2000).

52.    Attached hereto as Exhibit 49 is a true and correct copy of Lin, J.H., *Bisphosphonates: A Review of Their Pharmacokinetic Properties*, BONE, Vol. 18, No. 2 (Feb. 1996).

53.    Attached hereto as Exhibit 50 is a true and correct copy of Janner et al., *Sodium EDTA Enhances Intestinal Absorption of Two Bisphosphonates*, Calcif. Tissue Int., Vol. 49, pp. 280-83 (1991).

54.    Attached hereto as Exhibit 51 is a true and correct copy of Boulenc et al., *Bisphosphonates Increase Tight Junction Permeability in the Human Intestinal Epithelial (Caco-2) model*, Int. J. of Pharmaceutics 123, Vol. 13, No. 24 (1995).

RLF1 6312712v.1

55.     Attached hereto as Exhibit 52 is a true and correct copy of Boulenc et al., *Importance of the Paracellular Pathway for the Transport of a New Bisphosphonate Using the Human Caco-2 Monolayers Model*, Biochemical Pharmacol., Vol. 46, No. 9 (1993).

56.     Attached hereto as Exhibit 53 is a true and correct copy of Recker & Saville, *Intestinal Absorption of Disodium Ethane-I-hydroxy-I, I-diphosphonate (Disodium Etidronate) Using a Deconvolution Technique*, Tox. and Applied Pharm., Vol. 24 (1973).

57.     Attached hereto as Exhibit 54 is a true and correct copy of Lin et al., *On the Absorption of Alendronate in Rats*, J. of Pharm. Sciences, Vol. 83, No. 12 (1994).

58.     Attached hereto as Exhibit 55 is a true and correct copy of Gertz et al., *Studies of the Oral Bioavailability of Alendronate, Clin. Pharm. & Ther.*, Vol. 58, No. 3 (Sept. 1995).

59.     Attached hereto as Exhibit 56 is a true and correct copy of Mitchell et al., *The Effect of Dosing Regimen on the Pharmacokinetics of Risedronate*, J. Clin. Pharmacol., Vol. 48, pp. 536-42 (1999).

60.     Attached hereto as Exhibit 57 is a true and correct copy of Burgio et al., *Risedronate Pharmacokinetics Following Daily (5MG/Day) and Weekly (35 and 50 MG/Week) Oral Dosing Regimens to Postmenopausal Women*, Clin. Pharmaco. & Ther., Vol. 71, No. 2 (Feb. 2002).

61.     Attached hereto as Exhibit 58 is a true and correct copy of Ravn et al., *The Effect on Bone Mass and Bone Markers of Different Doses of Ibandronate: A New Bisphosphonate for Prevention and Treatment of Postmenopausal Osteoporosis: A 1-Year, Randomized, Double-Blind, Placebo-Controlled Dose-Finding Study*, Bone, Vol. 19, No. 5 (Nov. 1996).

62.     Attached hereto as Exhibit 59 is a true and correct copy of Sansom et al., *Human Pharmacokinetics of Tiludronate, Bone*, Vol. 17, No. 5 (Supplement) (Nov. 1995).

- 9 -

63.     Attached hereto as Exhibit 60 is a true and correct copy of Usui et al.,

*Pharmacokinetics of YM175, A New Bisphosphonate, in Rats and Dogs, Drug Metabolism and Disposition*, Vol. 23, No. 11 (1995).

64.     Attached hereto as Exhibit 61 is a true and correct copy of Gural et al., *Dose-dependent Absorption of Disodium Etidronate*, J. Pharm. Pharmacol., Vol. 37, pp. 443-45 (1985).

65.     Attached hereto as Exhibit 62 is a true and correct copy of Mitchell et al., *Dose-Proportional Pharmacokinetics of Risedronate on Single-Dose Oral Administration to Healthy Volunteers*, J. Clin. Pharmacol., Vol. 40, No. 3 (March 2000).

66.     Attached hereto as Exhibit 63 is a true and correct copy of Cheung et al., *A Single-Dose Bioavailability Study of Pamidronate Disodium After Oral Administration as Encapsulated Enteric-Coated Pellets, Enteric-Coated Tablets, and a Solution to Patients With Postmenopausal Osteoporosis*, Am. J. of Therapeutics, Vol. 1, pp. 221-27 (1994).

67.     Attached hereto as Exhibit 64 is a true and correct copy of Reid et al., *Intravenous Zoledronic Acid in Postmenopausal Women With Low Bone Mineral Density*, N. Engl. J. Med., Vol. 346, No. 9 (Feb. 2002).

68.     Attached hereto as Exhibit 65 is a true and correct copy of Itl. Pub. No. WO 01/97788.

69.     Attached hereto as Exhibit 66 is a true and correct copy of Mitchell et al., *Risedronate Pharmacokinetics and Intra- and Inter-Subject Variability Upon Single-Dose Intravenous and Oral Administration*, Pharm. Res., Vol. 18, No. 2 (2001).

- 10 -

70.     Attached hereto as Exhibit 67 is a true and correct copy of Chen et al.,

*Pharmacokinetics and Pharmacodynamics of Zoledronic Acid in Cancer Patients With Bone*

*Metastases*, J. Clin. Pharmacol., Vol. 42 (2002).

71.     Attached hereto as Exhibit 68 is a true and correct copy of Hyldstrup et al.,

*Pharmacokinetic Evaluation of Pamidronate After Oral Administration: A Study on Dose*

*Proportionality, Absolute Bioavailability, and Effect of Repeated Administration*, Calcif. Tissue

Int., Vol. 53, pp. 297-300 (1993).

72.     Attached hereto as Exhibit 69 is a true and correct copy of Reginster, *Oral*

*Tiludronate: Pharmacological Properties and Potential Usefulness in Paget's Disease of Bone*

*and Osteoporosis*, Bone, Vol. 13, pp. 351-54 (1992).

73.     Attached hereto as Exhibit 70 is a true and correct copy of Yakatan et al.,

*Clodronate Kinetics and Bioavailability.*  Clin. Pharaco. & Ther., Vol. 31, No. 3 (Mar. 1982).

74.     Attached hereto as Exhibit 71 is a true and correct copy of Conrad et al.,

*Clodronate Kinetics and Dynamics.*  Clin. Pharaco. & Ther., Vol. 30, No. 1 (Jul. 1981).

75.     Attached hereto as Exhibit 72 is a true and correct copy of Powell and DeMark,

*Clinical Pharmacokinetics of Diphosphonates*,  Bone Resorption, Metastasis, and

Diphosphonates (1985).

76.     Attached hereto as Exhibit 73 is a true and correct copy of Bone et al., *Weekly*

*Administration of Alendronate: Rationale and Plan for Clinical Assessment.*  Clin. Ther., Vol.

22, No. 1 (2000).

77.     Attached hereto as Exhibit 74 is a true and correct copy of Mitchell et al., *Effect of*

*Renal Function on Risedronate Pharmacokinetics After a Single Oral Dose.*  Br. J. Clin.

Pharmacol., Vol. 49 (2000).

- 11 -

78.    Attached hereto as Exhibit 75 is a true and correct copy of Mitchell et al.,

*Bioavailability of Immediate-Release And Delayed-Release Risedronate Formulations Upon*

*Oral Administration to Healthy Male Subjects in Fasted and Fed State*, Pharm. Res., 13:S458

(1996).

79.    Attached hereto as Exhibit 76 is a true and correct copy of Mitchell et al.,

*Risedronate Gastrointestinal Absorption is Independent of Site and Rate of Administration*,

Pharm. Res., Vol. 15, No. 2 (1998).

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.  Executed on July 20, 2012 in Wilmington, Delaware.

Jaclyn C. Levy (#5661)

## CERTIFICATE OF SERVICE

I hereby certify that, on July 20, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have sent a true and correct copy by electronic mail to the following:

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
Philip D. Segrest
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com
segrest@huschblackwell.com

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

**Defendant Sun Pharma**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Eric C. Cohen
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**

**Defendant Teva**
Karen L. Pascale
Karen E. Keller
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

James Galbraith
Antony Pfeffer
Peter L. Giunta

525 W. Monroe Street
Chicago, IL 60661
Eric.cohen@kattenlaw.com
Jeremy.daniel@kattenlaw.com

**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007
jgalbraith@kenyon.com
APfeffer@kenyon.com
pgiunta@kenyon.com

_/s/ Jaclyn C. Levy_
Jaclyn C. Levy (#5631)
levy@rlf.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 27, 2012, a true and correct copy of the foregoing document was caused to be served on counsel of record at the following address as indicated:

**<u>VIA EMAIL</u>**

**<u>Defendant Apotex</u>**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com

**<u>Defendant Sun Pharma</u>**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Eric C. Cohen
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, IL 60661
Eric.cohen@kattenlaw.com

**<u>Defendant Mylan</u>**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

**<u>Defendant Teva</u>**
Karen L. Pascale
Karen E. Keller
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

James Galbraith
Antony Pfeffer
Peter L. Giunta
**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007

Jeremy.daniel@kattenlaw.com

jgalbraith@kenyon.com
APfeffer@kenyon.com
pgiunta@kenyon.com


_____ */s/ Jaclyn C. Levy*_____
Jaclyn C. Levy (#5631)
levy@rlf.com