# Exhibit 1

**Daniel C. Smith**  January 2012
Dean and the
Clare W. Barker Endowed Chair in Marketing

**Office**

Kelley School of Business
Indiana University
10th and Fee Lane
Bloomington, IN  47405-1701
(812) 855-3471
(812) 855-6440 (fax)

**Home**

835 S. Sheridan Dr.
Bloomington, IN  47401
(812) 323-1430

## EDUCATION

**Ph.D. in Business Administration**, 1988
　　The Joseph M. Katz Graduate School of Business
　　University of Pittsburgh
　　Major: Marketing;  Minor: Strategic Planning and Business Policy

**Masters in Business Administration**, 1982
　　University of Toledo

**Bachelor of Science in Business Administration**, 1980
　　University of Toledo

## ACADEMIC POSITIONS

1998 to present　　Professor and the Clare W. Barker Endowed Chair in Marketing, Kelley School of Business, Indiana University.

　　Administrative Positions:
　　- Dean, 2005 - present
　　- Interim Dean, 2004 - 2005
　　- Associate Dean of Academics, Summer 2003 - 2004
　　- Marketing Department Chairman, 2002 to 2003
　　- MBA Program Chair, 1998 - 2001

1996 to 1998　　Associate Professor and the Clare W. Barker Eminent Scholar in Marketing, School of Business, Indiana University

1994 to 1996　　Associate Professor, Joseph M. Katz Graduate School of Business, University of Pittsburgh.

1992 to 1994　　Assistant Professor, Joseph M. Katz Graduate School of Business, University of Pittsburgh.

1988 to 1992　　Assistant Professor, School of Business, University of Wisconsin – Madison

1987-1988　　Instructor of Marketing, Joseph M. Katz Graduate School of Business, University of Pittsburgh (Final year in the Ph.D. program).

1982-1984　　Adjunct Instructor of Marketing, College of Business, University of Toledo.

1982-1984　　Marketing Consultant, Monoky & Associates, Toledo, Ohio

**EXPERT WITNESS ENGAGEMENTS**

**Expert Testimony Related to Marketing**

1. May Company (Kaufmann Department Stores) v. Kaufman & Sons.  Provided expert report and deposition testimony on likelihood of confusion. 1995.

2. *ISP.net, LLC d/b/a IQuest Internet v. Qwest Communications International, Inc.*, (S.D. Ind, 2002-2006).  Likelihood of confusion.  Expert report and deposition testimony.

3. *Eli Lilly & Co. and Massachusetts Institute of Technology and Interneuron Pharms., Inc. v. Teva Pharmaceuticals USA, Inc.* (S.D. Ind. 2003).  Provided expert report, deposition testimony and trial testimony.

4. *Cephalon, Inc. v. Mylan Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Barr Laboratories, Inc., and Ranbaxy Laboratories, Ltd.* (D.N.J. 2006).  Prepared expert report on commercial success and the role of marketing.  Provided deposition testimony.

5. *The Proctor & Gamble Company v. Teva Pharmaceuticals USA, Inc.*, (D. Del. 2006).  Testified on commercial success.  Prepared report on commercial success and the role of marketing.  Provided deposition and trial testimony.

6. Novartis Pharmaceuticals Corporation v. Teva Pharmaceuticals USA, Inc.  (District Court of New Jersey, 2007).  Prepared expert report on commercial Success and the role of marketing in commercial success.  Provided deposition testimony.

7. Daiichi Sankyo Company Limited, and Daiichi Sankyo, Inc., v. Mylan Laboratories Inc., and Mylan Pharmaceuticals, Inc. (District Court of New Jersey, 2008).  Prepared expert report on commercial success and the role of marketing in commercial success.  Provided deposition testimony and trial testimony.

8. Procter & Gamble Company v. McNeil, Inc. Civil Action No. 08-CV-251, Western District of Wisconsin (2008/09).  Provided expert report and deposition testimony on commercial success.  Case settled prior to trial.

9. Forest Laboratories, Inc., and Forest Laboratories Holding LTD. And H. Lundbeck A/S v. Caraco Pharmaceutical Laboratories, LTD and Sun Pharmaceutical Industries, LTD.  Case No. 2:06-CV-13143, 2009.  Prepared expert report and provided deposition testimony.  Case settled prior to trial.

10. SmithKline Beecham Corporation d/b/a GlaxoSmithKline v. Barr Laboratories, Inc.  C.A. No. 08-112 (SLR).  District Court of Delaware.  Prepared report, 2009.  Deposition in December 2010.

11. Abbott Labs, et al., v. Lupin Ltd., et al, No. 09-152 JJP.  District of Delaware.  In process of preparing expert report on commercial success and the role of marketing on commercial success of the product in question.

12. Apotex, Inc v. Cephalon, Inc. et. al. No. 2:06-cv-2768-MSG.  District Court for the Eastern District of Pennsylvania.  Prepared expert report on commercial success.

13. Bristol-Meyers Squibb Company v. Teva Pharmaceuticals USA, Inc.  Prepared expert report related to commercial success for Reyataz.

14. Abbott Laboratories v. Sun Pharmaceutical Industries Ltd., C.A. No. 10-112 (SLR)(MPT) Consolidated. District Court of Delaware. Prepared expert report on commercial success of Niaspan. Case in progress.

15. Abbott Laboratories v. Teva Pharmaceutical Industries, LTD, and Watson Laboratories, Inc. C.A. No. 10-57 (SLR)(MPT) consolidated. Prepared expert report on Niaspan and combination drugs composed of Niaspan. Case in progress.

16. Warner Chilcott Company, LLC and Hoffmann-La Roche, Inc, v. Teva Pharmaceuticals USA, Inc., C.A. No. 08-627-LPS. Prepared written report on commercial success of once-a-month Actone®. Case in progress.

## RESEARCH PUBLICATIONS AND PRESENTATIONS

**Research Focus**

My research focuses on understanding factors that affect the marketplace success of products. In particularly, I examine the effects of marketing activities (e.g., branding strategy, promotion strategy, marketing communications, pricing, etc.) on purchase decisions and hence, on product success in the marketplace. My research methods involve extensive use of consumer surveys as well as controlled field experiments which also incorporate consumer surveys.

**Articles in Refereed Journals (* denotes lead article)**

1. DelVecchio, Devon, Shanker Krishnan, and Daniel C. Smith (2007), "The Effects of Deep Price Discounts on Future Price Expectations," *Journal of Marketing*.

2. Porter, Thomas and Daniel C. Smith (2005), "Tactical Implementation and Murphy's Law: Factors Affecting the Severity of Problems," *Journal of Business Research*, 58, 1702-11.

3. DelVecchio, Devon and Daniel C. Smith (2005), "Perceived Risk and Brand Extension Price Premiums," *Journal of the Academy of Marketing Science*, Spring, 184-196.

4. Smith, Daniel C. (2003), "The Importance and Challenges of Being Interesting," *Journal of the Academy of Marketing Science*, Summer, 319-323.

5. Sethi, Rajesh, Daniel C. Smith, and C. Whan Park, (2002), "Creating Creative New Product Development Teams," *Harvard Business Review*, August, 16-18.

6. Klink, Richard and Daniel C. Smith (2001), "Threats to the External Validity of Brand Extension Research," *Journal of Marketing Research,* August, 326-335.

7. Sethi, Rajesh, Daniel C. Smith and C. Whan Park, (2001), "The Effect of Cross-Functional Teams on Creativity and the Innovativeness of New Products," the *Journal of Marketing Research,* February, 73-85.

8. Rich, Michael K. and Daniel C. Smith (2000), "Determining Effective Relationship Management Skills of Prospective Salespeople," *Journal of Business and Industrial Marketing,* 242-259.

9. *Sohi, Ravipreet, Daniel C. Smith and Neil M. Ford, (1996), "The Effects of Sharing a Sales Force Among Multiple Product Lines on Sales Person Role Perceptions and Performance," *Journal of the Academy of Marketing Science*.

10. Andrews, Jonlee and Daniel C. Smith (1996), "In Search of the Marketing Imagination: The Effect of Individual and Situational Factors on the Creativity of Marketing Programs for Mature Products," *Journal of Marketing Research*.

11. *Smith, Daniel C. and Jan P. Owens (1995), "Knowledge of Customers' Customers as a Source of Sales Force Differentiation," *Journal of Personal Selling and Sales Management*.

12. *Smith, Daniel C. and Jonlee Andrews (1995), "Rethinking the Effects of Fit on Consumers' Evaluations of New Products, "*Journal of the Academy of Marketing Science*, (Winter), 4-14.

13. Dacin, Peter A. and Daniel C. Smith (1994), "The Effects of Brand Portfolio Characteristics on Consumers' Evaluations of Brand Extensions," *Journal of Marketing Research*, (May), 139-160.

    Reprinted in: *Perspectives of Modern Brand Management*. Edited by: Franz-Rudolph Esch (1999)

14. Smith, Daniel C. and C. Whan Park (1992), "The Effect of Brand Extensions on Market Share and Advertising Efficiency," *Journal of Marketing Research*, (August), 296-313.

    Reprinted in: *Perspectives of Modern Brand Management*. Edited by: Franz-Rudolph Esch (1999)

15. *Smith, Daniel C. (1992), "Brand Extensions and Advertising Efficiency: What Can and Cannot be Expected," *Journal of Advertising Research*, (November/December), 11-21.

16. Smith, Daniel C., Jonlee Andrews and Timothy Blevins (1992), "The Role of Competitive Analysis in Implementing a Market Orientation," *Journal of Services Marketing*, (Winter), 23-36.

17. Sterret, S. Martin and Daniel C. Smith (1990), "A Comment on Evaluating Argument-Centered Works in Marketing," *Journal of Marketing*, (April), 83-88.

18. Park, C. Whan and Daniel C. Smith (1989), "Product Class Competitors as a Source of Innovative Marketing Strategies," *Journal of Consumer Marketing*, (April), 27-38.

19. Park, C. Whan and Daniel C. Smith (1989), Product Level Choice Under Conditions of Well-Defined Goals," *Journal of Consumer Research*, (December), 289-299.

20. *Prescott, John E. and Daniel C. Smith (1989), "A Survey of Leading-Edge Competitor Intelligence Managers," *Planning Review*, (May/June), 6-13.

21. Park, C. Whan, Easwar Iyar and Daniel C. Smith (1989), "The Effects of Situational Factors on In-Store Grocery Shopping Behavior: The Role of Time Pressure and Knowledge of the Store Environment," *Journal of Consumer Research*, (March), 422-433.

22. *Prescott, John E. and Daniel C. Smith (1987), "A Project-Based Approach to Competitive Analysis," *Strategic Management Journal*, (September/October), 411-424.

    Reprinted in: *I.E.E.E. Engineering Management Review*, June 1988, 16 (2), 25-37.

23. Smith, Daniel C. and John E. Prescott (1987), "Integrating Competitive Analysis Into Sales Management Decisions," *Industrial Marketing Management*, (February), 45-52.

24. *Smith, Daniel C. and John E. Prescott (1987), "De-Mystifying Competitive Analysis," *Planning Review*, (September/October), 8-14.

    This article received honorable mention in *Planning Review's* Best Paper in Business Strategy Competition.

**Book Chapters**

25. Prescott, John E. and Daniel C. Smith (1989), "A Survey of Competitive Intelligence Professionals," in *Advances in Competitive Intelligence Research*. John E. Prescott (ed.), Vienna, VA: Society for Competitive Intelligence Professionals.

26. Prescott, John E. and Daniel C. Smith (1988), "A Framework for the Design and Implementation of Competitive Intelligence Systems," in *Organization Design and Human Resource Management*. Charles E. Snow (ed.), JAI Series in Strategic Management and Business Policy.

**Other Publications**

27. Smith, Daniel C. (1994), "Comment on Price-Based Costing," an invited comment published in the *Small Business Forum*.

28. Smith, Daniel C. (1992), "Comment on a 'A Market-Based Approach to Pricing," an invited comment published in the *Small Business Forum*, (July), 15-17.

29. Smith, Daniel C. (1992), Invited book review of *Managing Brand Equity* by David Aaker, *Journal of Marketing*, (April), 125-128.

30. Smith, Daniel C. (1991), "The Role of Product and Market Characteristics as Moderators of the Financial Outcomes of Brand Extensions," Marketing Science Institute Working Paper Series.

31. Park, C. Whan and Daniel C. Smith (1987), "Competitors as Sources of Innovative Marketing Strategies," Marketing Science Institute Working Paper Series (#86-109).

**Refereed Conference Presentations/Proceedings**

32. Smith, Daniel C. (2003), "The Importance of Being Interesting," American Marketing Association Summer Educators' Conference, Chicago.

33. Smith, Daniel C. and Jonlee Andrews (2003), "Can Marketing Strategy Moderate the Effects of Economic Downturns on Product-Level Profitability?" Midwest Marketing Camp, Columbus, Ohio, June 6-7.

34. Porter, Thomas and Daniel C. Smith (2003), "Problem Sensing and the Implementation of Marketing Tactics," AMA Winter Educators' Conference, Orlando, Florida.

35. Smith, Daniel C., Steven Silverman and Jonlee Andrews (1998), "Internal Marketing and the Acceptance of Innovative Ideas." Relationship Marketing Conference, Emory University.

36. Porter, Thomas and Daniel C. Smith (1998), "Murphy's Law and Marketing Implementation: Factors Affecting Unanticipated Obstacles in the Implementation of Marketing Initiatives," AMA Winter Educators' Conference, Austin, TX.

37. Del Vecchio, Devon and Daniel C. Smith (1997), "Factors Affecting the Pricing Premiums Earned by Brand Extensions," AMA Summer Educators' Conference, Chicago.

38. Klink, Richard and Daniel C. Smith (1997), "On the Extendibility of Brands," AMA Winter Educators' Conference, St. Petersburg, FL.

39. Iqbal, Zafar, Lawrence Feick and Daniel C. Smith (1997), "Grey Markets: Causes and Remedies," AMA Winter Educators' Conference, St. Petersburg, FL.

40. Andrews, Jonlee, Daniel C. Smith and Jon g. Udell (1994), "The Role of Marketing Strategy as a Moderator of the Effects of Industry Demand Fluctuations on Product-Level Profitability," AMA Winter Educators' Conference, St. Petersburg, FL.

41. Shah, Reshma, Robert Gilbert and Daniel C. Smith (1994), "Theories of Theory Construction," AMA Winter Educators' Conference, St. Petersburg, FL.

42. Sethi, Rajesh and Daniel C. Smith (1993), "The Effect of Team Characteristics on Product Quality and Cycle Time," AMA Summer Educators' Conference, Boston, MA.

43. Andrews, Jonlee and Daniel C. Smith (1993), "Beyond Me-Too Marketing: The Effects of Individual and Situational Factors on the Innovativeness of Marketing Programs for Mature Products," AMA Summer Educators' Conference, Boston, MA.

44. Smith, Daniel C. and Jon P. Austin (1993), "Brand Extension Research: Reflections on Our Theories and Methods," AMA Winter Educators' Conference, San Diego, CA.

45. Dacin, Peter A. and Daniel C. Smith (1992), "The Effects of Adding Products to a Brand on Consumers' Judgments of Brand Extensions," *Advances in Consumer Research*, Michael Rothschild (ed.), Association for Consumer Research, Provo, UT.

46. Andrews, Jonlee and Daniel C. Smith (1992), "In Search of the Marketing Imagination: Factors Affecting the Creativity of Marketing Programs for Established Products," AMA Summer Educators' Conference, Chicago.

47. Sohi, Ravipreet, Daniel C. Smith and Neil M. Ford (1991), "Performance Implications of Sharing a Sales Force Among Multiple Product Lines: A Propositional Inventory," AMA Summer Educators' Conference, San Diego.

48. Smith, Daniel C. (1990), "The Effects of Product and Market Characteristics on the Financial Outcomes of Brand Extensions," AMA Summer Educators' Conference, Washington, D.C.

49. Smith, Daniel C. and Ravipreet Sohi (1990), "In Search of Synergy: The Sales and Cost Effects of Sharing a Sales Force Among Multiple Product Lines, "AMA Summer Educators' Conference, Washington, D.C.

50. Smith, Daniel C. and Peter A. Dacin (1990), "Emerging Perspectives and Issues in the Study of Brand Equity," AMA Winter Educators' Conference, Scottsdale, AZ.

51. Price, Linda, Lawrence Feick and Daniel C. Smith (1986), "A Re-examination of Information Sources and Communication Patterns by Adopter Categories," in *Advances in Consumer Research*, Richard J. Lutz (ed.), Provo, UT: Association for Consumer Research.

52. Smith, Daniel C. and John E. Prescott (1985), "A Project-Based Approach to Competitive Analysis," Academy of Management National Meetings, San Diego.

**Invited Presentations**

53. "Brand Extensions and Price Premiums," University of Wisconsin, Spring 2002.

54. "Research Opportunities in Competitive Analysis," AMA Doctoral Consortium, Emory University, 2002

55. "Branding in an Overcrowded Marketplace," El Marketing De La Nueva Economica.  Buenos Aires, June, 2000.

56. "Factors Affecting Creativity in New Product Development Involving Cross Functional Teams," Emory University, November, 1998

57. "The Origins of Interesting Ideas," A talk given at Case Western Reserve University, Cleveland, Ohio, February 28, 1994.

58. "Managing Brand Extensions: Perspectives and Propositions," Marketing Science Institute Conference on Brand Equity, November 28-30, 1990.

**Cases and Pedagogical Aids**

59. Smith, Daniel C. and Devi Gynawali (1995), "Implementing Innovative Initiatives: Baxter Value Link," sponsored by the Allegheny Health Education Research Foundation.

60. Smith, Daniel C. (1987), "Chemcare: A Computer-Assisted Marketing Management Case," to accompany *Marketing Management*, by C. Whan Park and Gerald Zaltman, Hinsdale, IL: Dryden Publishing.

**Research in Progress**

Smith, Daniel C., Jonlee Andrews, "Can Marketing Strategy Moderate the Effects of Market Downturns on Product Profitability?"  To be submitted to the *Journal of the Marketing.*

Smith, Daniel C., Jonlee Andrews, and Steven Silverman, "Marketing Implementation:  Factors Affecting Internal Resistance to the Acceptance of Marketing Plans," To be submitted to the *Journal of Marketing.*

Smith, Daniel C. and Jonlee Andrews, "In Search of Synergy:  The Sales and Cost Implications of Sharing a Sales Force Across Multiple Product Lines."  To be submitted to the *Journal of Personal Selling and Sales Management*.

## NON-TEACHING RELATED PROFESSOINAL AWARDS/RECOGNITION

**Research/Scholarship - Related**

- The Academy of Distinguished Alumni, The University of Pittsburgh, 2007.
- Outstanding Reviewer Award, *Journal of the Academy of Marketing Science*  (Editorial period 1999 – 2002)
- Faculty Fellow,  AMA Doctoral Consortium, Emory University, 2002
- Outstanding Reviewer Award, *Journal of Marketing* (Editorial period 1996 – 1999)
- Faculty Fellow, AMA Doctoral Consortium, University of Georgia, 1998
- Resident Scholar, Faculty Consortium on Marketing Strategy, Arizona State University, 1996
- Doctoral Consortium Fellow, 1987
- Honorable Mention, *Planning Review's* Best Paper in Business Strategy Competition, 1987
- Rockwell Foundation Scholar, University of Pittsburgh, 1987
- Phi Kappa Phi Honorary, 1982
- Beta Gamma Sigma Business Honorary, 1982

**Service-Related**

- Outstanding Service Award, Indiana University, 1998
- Curriculum Innovation Award for heading the team that overhauled the MBA Marketing Major, 1998
- Associates Program (Pittsburgh) Distinguished Faculty Service Award, 1994, 1995

**Research Funding Awards**

Menasha Corporation.  Secured support for all direct costs ($4,300) to conduct a nation-wide study of product managers (n = 2,000) on the effect of various promotion mix strategies on market share and profitability.  Funding was awarded in 1992.

Menasha Corporation.  Securing funding ($4,800) for a study on the role of a company's knowledge of their customers' customers as a source of differentiation.  Funding awarded in 1992.

The Graduate School, University of Wisconsin.  Competitive grant award.  Awarded funding for a project assistant for summer, 1992.

<u>The Graduate School, University of Wisconsin</u>.  Competitive grant award.  Awarded summer support and funding for a project assistant, 1989.

<u>Marketing Science Institute</u>.  Awarded support ($4,500) to study the conditions under which firms should and should not extend their brand names to new product categories, 1989.


**TEACHING AND DOCTORAL DISSERTATION ADVISING**

**Honors/Awards**

- Recipient, Eli Lilly Outstanding Graduate Teaching Award, Indiana University, 1997, 1998, 2000, 2001, 2002
- Board of Trustees Teaching Excellence Award, 2001, 2003
- Innovation in Teaching Award, Indiana University, 1998
- Recipient, Teaching Excellence Recognition Award, Indiana University, 1997, 1998, 1999
- Recognized in *BusinessWeek's Guide to the Best Business Schools* as one of the Nation's top MBA teachers, 1999 (4 stars) and 2001 (4 stars).
- Recognized in *BusinessWeek's Guide to the Best Business Schools* as one of the Katz School's (Pittsburgh) top teachers, 1995 (3 stars), 1997 (4 stars).
- Honorable Mention for Outstanding Graduate Teaching, University of Pittsburgh, 1993, 1994, 1995
- Honorable Mention for Outstanding Graduate Teaching, University of Wisconsin, 1992
- Commencement Speaker.  Voted by the MBA graduating class to deliver the keynote address at the annual commencement brunch, University of Wisconsin, 1992.
- Recipient, Outstanding Graduate Teaching Award, University of Wisconsin, 1991.

**Courses Taught and Performance Ratings: Indiana University (All MBA)**

| Term | Course | Enrollment | % Rating 6 or 7 on a 7 pt. Scale | Average (7-pt. Scale) |
|---|---|---|---|---|
| Fall 2004 | Mktg/Brand Strategy | 188 | 97% | 6.83 |
| Fall 2003 | Mktg./Brand Strategy (4 sec.) | 198 | 93% | 6.75 |
| Fall 2002 | Mktg/Brand Strategy (4 sec) | 201 | 98.3% | 6.94 |
| Spring 2002 | Mktg Productivity & Performance Analysis (4 sec) | 219 | 100% | 6.85 |
| Fall 2001 | Mktg/Brand Strategy (4 sec) | 229 | 90% | 6.87 |
| Spring 2001 | Marketing Productivity and Performance Analysis (2 sec) | 192 | 95% | 6.92 |
| Fall 2000 | Mktg/Brand Strategy (3 sec) | 159 | 98% | 6.89 |

| Semester | Course | Enrollment | % Rating | Rating |
|---|---|---|---|---|
| Spring 2000 | Advanced Marketing Strategy | 22 | 100% | 6.95 |
| Fall 1999 | Mktg/Brand Strategy (4 sec) | 204 | 99% | 6.88 |
| Spring 1998 | Mktg/Brand Strategy (2 sec) | 113 | 100% | 6.97 |
| Fall 1997 | Mktg/Brand Strategy (2 sec) | 114 | 98% | 6.87 |
| Spring 1997 | Marketing Strategy | 40 | 100% | 6.92 |
| | Advanced Marketing Strategy (M595) | 47 | 95% | 6.81 |
| Fall 1996 | Mktg/Brand Strategy (2 sec) | 58 | 100% | 6.98 |

**Summary Performance Statistics for Courses Taught at the University of Pittsburgh From 1992 to 1996 (All MBA unless otherwise noted)**

| Course | Average Sec. Enrollment | Average % Rating 4 or 5 on 5 pt. Scale* | Average Rating* |
|---|---|---|---|
| Product Development (12 sections) | 40 | 93% | 4.53 |
| Product Management (11 sections) | 40 | 93% | 4.52 |
| Introduction to Marketing (4 sections) | 52 | 98% | 4.68 |
| Ph.D. Seminar on Theory Construction & Philosophy of Science (3 iterations/semesters) | | Not Evaluated | |

**Summary Performance Statistics for Courses Taught at the University of Wisconsin – Madison From 1989 to 1992 (All MBA unless otherwise noted)**

| Course | Average Sec. Enrollment | Average % Rating 4 or 5 on 5 pt. scale* | Average Rating |
|---|---|---|---|
| Product Management (6 sections, MBA) | 35 | 91.5% | 4.48 |
| Introduction to Marketing (8 sections, MBA) | 50 | 91.9% | 4.64 |
| Ph.D. Seminar in Marketing Strategy (2 iterations) | 5 | 100% | 4.80 |

\* Average based on five point scale where: 1 = Professor is in the bottom 10%, and 5 = Professor is in the top 10%.

**Dissertations Chaired**

| Student | Dissertation Title | Date Completed |
|---|---|---|
| Alexander Rusetski | Factors Affecting Brand Equity Degradation (Co-Chair with Jonlee Andrews) | Summer 2007 |
| Devon DelVecchio | The Effects of Price Promotions on Properties of Brand Equity | Summer 2001 |
| | **Note:** Received Honorable Mention in the MSI Dissertation Competition | |
| Thomas Porter | Group and Organizational Factors Affecting the Implementation of Marketing Strategies | Spring 1999 |
| Steven Silverman | Politics, Internal Marketing and the Internal Acceptance of Innovative Marketing Plans | Spring 1996 |
| Richard Klink | An Examination of the External Validity of Brand Extension research | Spring 1996 |
| Michael Rich | Linking Social Styles to the Selling Environment: A Framework for Identifying Effective Interpersonal Skills for Prospective Salespeople | Spring 1996 |
| Rajesh Sethi | The Effect of Project Team Characteristics on New Product Innovativeness | Fall 1994 |
| | **Note**: Received Honorable Mention in the AMA Dissertation Competition | |
| Jonlee Andrews | Factors Affecting the Creativity of Marketing Programs for Mature Products | Fall 1992 |
| Ravipreet Sohi | The Effect of Handling Multiple Product Lines on Salesperson Performance | Fall 1991 |

**Dissertations, Reading Member**

- Carina King, Indiana University (HPER) (2001 – 2004)
- Srini Sridharan, Indiana University (2002 – 2004)
- Maqbil Jamil, Indiana University, (1998-1999)
- Zafar Iqbal, University of Pittsburgh, (1997 - 1998)
- Reshma Shah, University of Pittsburgh, (1995 - 1997)
- Robert Gilbert, University of Pittsburgh, (1995 - 1997)
- David Mothersbaugh, University of Pittsburgh, (1993 - 1995)
- Muammer Ozur, University of Pittsburgh, (1993 - 1996)
- Suman Basuroy, University of Pittsburgh, (1993 - 1995)
- Reg Litz, University of Pittsburgh, (1993 to present)
- Mohinder Dogul, University of Pittsburgh, (1994 - 1995)
- Karen France, University of Pittsburgh, (1993)
- Tom Brown, University of Wisconsin, (1991 - 1992)

- Gabrielle Haberland, University of Wisconsin, (1991 - 1992)
- Sherry Nevin-Holmes, University of Wisconsin, (1990 - 1991)
- Peter Balogh, University of Wisconsin, (1989 - 1990)
- Mark Spriggs, University of Wisconsin, (1988 - 1989)

**Professional Education Contributions (Sessions on Teaching Effectiveness Delivered as Part of Various Teaching Development Programs)**

| | |
|---|---|
| Fall 1997, 1998, 2004 | Case Teaching Seminar for Faculty and Ph.D. Students (Indiana University) |
| Spring 1994 | Case Teaching Seminar for Faculty and Ph.D. Students (University of Pittsburgh) |
| Fall 1992 & Fall 1993 | Experiential Teaching Methods, Two one-week long programs taught at the International Management Institute, Budapest, Hungary. |

**Outside Funding Awarded to Support Teaching Innovation**

- Received $150,000 grant for Curriculum Innovation from the Procter & Gamble Foundation. 48 proposals were submitted of which four were awarded funding. This proposal was the foundation support for the MBA first year core curriculum overhaul. The revision changed the core from being organized around functional areas to being organized in modules around major business problems.

- Received $3,500 from SmithKline Beecham in 1997 and again in 1998 to support MarkStrat Simulation. I coordinated the simulation which was run for first-year MBA students to provide them with advanced marketing knowledge prior to undertaking their summer internships.

## EXECUTIVE EDUCATION

**Domestic (Kelley School of Business, Indiana University)**

| Date | Program | Topic |
|---|---|---|
| Fall/Winter, 03/04 | 3M Mtg. Leadership | Marketing/Brand Strategy |
| | Ingersoll – Rand | Marketing/Brand Strategy |
| Summer, 2004 | Diebold | Marketing/Brand Strategy |
| Fall/Winter, 02/03 | 3M Mktg. Leadership | Marketing/Brand Strategy |
| Fall/Wtr, 2000/01 | IBM | Marketing/Brand Strategy |
| Fall/Wtr. 98/99 | Arthur Andersen & Co. | Marketing/Brand Strategy |
| Fall/Wtr. 98/99 | IBM | Marketing/Brand Strategy |
| Fall/Wtr. 98/99 | Ashland Chemical | Marketing/Brand Strategy |
| Spring 98 & 99 | Global Alliance | Marketing/Brand Strategy |
| Spring 98 & 99 | Indiana Executive Partnership | Marketing/Brand Strategy |

| | | |
|---|---|---|
| Fall 1997 | Harrisons' & Crosfield | Marketing/Brand Strategy |
| Summer 1997 | Samsung Consumer Electronics | New Product Development |
| Spring 1997 | Hughes Aircraft | New Product Development |
| Fall 1996 | Samsung Consumer Electronics | New Product Development |
| Fall 1996 | Cheil Communications | New Product Development |
| Summer 1995 | Cheil Communications | New Product Development |
| Fall 1994 | Samsung Electronics | Brand Strategy |
| Summer 1994 | Cheil Communications | New Product Development |
| Summer 1993 | Cheil Communications | New Product Development |
| Spring 1993 | EXPEX (Small Businesses) | Marketing Planning<br>New Product Development<br>Pricing New Products |

**Domestic (Katz Graduate School of Business, University of Pittsburgh)**

| | | |
|---|---|---|
| Summer/<br>Fall 94/95 | Allegheny Health Education &<br>Research Foundation | Marketing Strategy |
| Summer 1992 | Cheil Communications | Marketing Planning<br>Profitable Pricing Decisions<br>Competitive Analysis<br>Managing Brand Equity |

**Domestic (University of Wisconsin)**

| | | |
|---|---|---|
| Spring 1992 | Industrial Marketing Program | New Product Development<br>New Product Pricing<br>Marketing Planning<br>Competitive Analysis |
| Fall 1990 | The Executive Program | Brand Strategy<br>Pricing Strategy<br>Competitive Analysis |
| Spring 1990 | The Menasha Program | Brand Strategy<br>Pricing Strategy<br>Competitive Analysis |
| Spring 1990 | Wisconsin Utility Association | Demand Forecasting |
| Fall 1989 | The Executive Program | Marketing Planning<br>Pricing Strategy<br>Competitive Analysis |
| Spring 1989 | The Menasha Program | Marketing Planning<br>Pricing Strategy<br>Competitive Analysis |

| Fall 1988 | The Executive Program | Marketing Planning<br>Competitive Analysis |

**International Executive Education**

| Date | Program | Topic |
| --- | --- | --- |
| Spring 2005 | 3M United Kingdom | Marketing/Brand Strategy |
| Fall 2004 | 3M United Kingdom | Marketing/Brand Strategy |
| Spring 2004 | 3M Europe (Brussels) | Marketing/Brand Strategy |
| Spring 1999 | Ashland Chemical (Netherlands) | Marketing/Brand Strategy |
| Spring 1996 | Cheil Communications (Korea) | Brand Asset Management |
| Summer 1995 | Samsung Motors (Korea) | Pricing Strategy |
| Spring 1995 | Samsung Trading Company (Korea) | New Product Development |
| Summer 1992 | Ministry for Privatization, Budapest, Hungary; Warsaw, Poland. | Marketing Planning<br>New Product Development<br>Marketing Research<br>Pricing Strategies<br>Brand Strategies |

## PROFESSIONAL ACTIVITIES/SERVICE

**Memberships**
- American Marketing Association
- Academy of Marketing Science

**Editorial Review Boards**
- *Journal of Marketing*, July 1996 to present
- *Journal of the Academy of Marketing Science*, 1996 to present
- *Journal of Personal Selling and Sales Management*, 1995 to present
- *Journal of Market-Focused Management*, 1995 - 2003
- *Journal of Competitive Intelligence*, 1994 to 2002

**Ad-Hoc Journal Reviewer**
- *Journal of Marketing Research,* 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000
- *Journal of Marketing*, 1994, 1995, 1996
- *Journal of Consumer Research*, 1989, 1991, 1997, 1999, 2001, 2002
- *Marketing Letters, 2002*
- *Journal of the Academy of Marketing Science*, 1994, 1995, 1996
- *Journal of Retailing*, 1994
- *Journal of Advertising*, 1994

- *Journal of Business Research*, 1992, 1993
- *Small Business Forum*, 1992
- *International Journal of Research in Marketing*, 1991, 1995
- *Sloan Management Review*, 1989

**Academic Conference Coordination**
- Track Co-Chair, Universidad Torcuato Di Tella, AMA Marketing Strategy Special Interest Group, Buenos Aires, Argentina, 2000
- Track Chair, Relationship Marketing Conference, 1998
- Track Chair, Marketing Management, AMA Winter Educators' Conference, 1996
- Conference Co-Chairperson, AMA Winter Educators' Conference, 1994

**Conference Reviewer, Discussant, Session Chair**
- Session Chair, Universidad Torcuato Di Tella, AMA Marketing Strategy Special Interest Group, Buenos Aires, Argentina, 2000
- Session Chair, Relationship Marketing Conference, 1998
- Session Chair, AMA Summer Educators' Conference, 1997
- Discussant, AMA Winter Educators' Conference, 1991, 1993, 1995
- Discussant (Marketing Management Track), AMA Summer Educators' Conference, 1995, 1997

**Conference Reviewer, Discussant, Session Chair (continued)**
- Reviewer, Association for Consumer Research, 1992, 1993, 1995
- Reviewer, Academy of Marketing Science Conference, 2002
- Reviewer, AMA Summer Educators' Conference, 1992, 1994, 1995, 1996, 1997, 2003
- Reviewer, AMA Winter Educators' Conference, 1992, 1993, 1994, 1995, 1996, 1997, 2002
- Co-Chair, Special Session on Brand Equity, Winter AMA Educators' Conference, 1990

**Dissertation Competition Reviewer**
- Reviewer, AMA Dissertation Competition, 1991, 1993, 1995, 1996, 1997, 2002
- Reviewer, MSI Dissertation Competition, 1997, 1998, 2000
- Reviewer, Academy of Marketing Science Dissertation Competition 1990

## UNIVERSITY SERVICE NOT RELATED TO ADMINISTRATIVE POSITIONS

### Kelley School of Business - Marketing Department, Indiana University

**Major Committees**
- IU-Bloomington Eli Lilly grant-writing team (Co-Chair), Fall 2003
- Member of MBA Curriculum Revision Task Force, Summer 2002 – 2003
    - Coordinator of the major/minor curriculum revision sub-committee
    - Coordinator of a three-person team assigned to prepare a comprehensive draft of the overall curriculum revision proposal

- - o   Member of a four-person team assigned to develop an "internal marketing strategy" for improving MBA student commitment to the program
- Member of Kelley Executive Partners Board of Directors (2000 – 2004)
- Systems and Accounting Graduate Programs Policy Committee, 2001-2002
- Chair, MBA Policy Committee, 1998 thru 2001
- Member, MBA Policy Committee, 1996, 1997, 1998
- Chaired second year MBA Marketing Major curriculum revision committee, 1996/1997.

**Sample of Other Service Activities**

- Participated in the GWIB charity faculty auction by hosting wine and cheese reception for 35 students and formal dinner for 8 students, 1997 - 2004
- Delivered two continuing education sessions during Alumni weekend, 2002
- Hosted Marketing Alumni happy hour in Minneapolis, 2002
- Led case interview workshops with MBA students, 2000, 2001, 2002
- Ph.D. Student Teaching Seminar – "Creating an Effective Classroom Climate," Fall, 1998
- Ph.D. Student Teaching Seminar – "Case Teaching," Spring, 1998, 1999
- Faculty Jump-Start – "Case Teaching," Fall 1997
- Faculty Advisor – Marketing/Finance Business Seminar, Fall 1997
- Faculty Advisor, MBA Student Marketing Association, 1997 - 2004.
-

**Sample of Other Service Activities**

- Brown-bag seminar on Interviewing for Marketing Internships, 1996, 1997, 1999, 2000, 2001, 2002, 2003
- Minority Student Visitation Day. Gave talk on MBA Marketing Major at IU 1996 and taught case sessions in 2000 - 2004.


**<u>Katz Graduate School of Business -- University of Pittsburgh</u>**

**Special Projects**

- Faculty advisor to the Student Marketing Association, 1992 - 1996.
- Gave a talk on preparing for interviews in product management, Fall 1995.
- Undergraduate promotion Program, 1994.
- Chaired marketing planning sessions for the full-time and evening MBA programs, 1994.
- Situation Analysis of Evening program. Conducted an extensive study of the factors that explain recent trends in part-time MBA enrollment. Fall/Spring 1994.
- Recruiter Visitation program. Gave presentation to recruiters regarding the content and teaching philosophy of marketing courses taught at KGSB, 1994.
- Orientation Program. Coordinated and conducted session on how to learn from case analyses and discussions 1993, 1994.
- Conducted focus group with MBA students for the Student Satisfaction Committee, 1993.

**Committees**

- Appointed by the Dean to serve on the Promotion and Tenure Committee, 1995.
- Member of the MBA Policy Committee, 1994 - 1996.
- Member of the MBA Admissions Committee, 1994 - 1996.
- Member of the Computer Usage Committee, 1992-1993.
- Member of the Undergraduate program Recruiting and Admissions Task Force. Co-authored a white-paper detailing a proposed positioning strategy for the Undergraduate Program, 1992-1993.

**School of Business, University of Wisconsin:**

**Special Projects/Activities**

- Addressed the Board of Visitors. Topic: What's in a Name? The Financial Implications of Having Strong Brands. Spring 1992.
- Seminar in Innovation and Technology Management. Topic: Sources of Significant New Product Ideas, Spring 1992.
- Addressed the Norwegian College Presidents' Meeting. Topic: The Financial Implications of Brand Extensions. November 13, 1991.
- Seminar in Innovation and Technology Management. Presentation Topic: Creativity and New Product Concept Testing. Fall 1991.

**School of Business, University of Wisconsin:**

**Special Projects/Activities**

- MBA Orientation Program. Taught session on how to analyze cases, 1991.
- Seminar in Innovation and Technology Management. Presentation Topic: Pricing New Products Using Concept Test Data. Summer 1991.
- Seminar in Innovation and Technology Management. Presentation Topic: Creativity and New Product Development. Spring 1991.
- Seminar in Innovation and Technology Management. Presentation Topic: New Product Concept Development and Testing. Fall 1990.
- Represented the Marketing Department at the annual high school visitation day, 1990.
- University Quality Improvement Seminar. Presentation Topic: Managing Quality Over the Product Life Cycle. 1989.
- Represented the department on a site visit with senior managers and recruiters at Kimberly-Clark (Neenah WI), November 21 and 22, 1991.
- Represented the department on a site visit with recruiters at Macy's (San Francisco), 1991.
- Member of Doctoral Preliminary Examination Committee, 1990, 1991, 1992.
- Member of Doctoral Student Admissions Committee, 1990, 1991, 1992.

- Coordinated executive Business-to-Business Marketing Program, 1990, 1991.
- Faculty representative at the Albert Haring Symposium, Indiana University, Spring 1989.