# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Defendant. | C.A. No. 08-cv-627-LPS <br> C.A. No. 11-cv-81-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP. <br><br> Defendant. | C.A. No. 09-cv-143-LPS <br> C.A. No. 10-cv-1111-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC. <br><br> Defendant. | C.A. No. 10-cv-285-LPS <br> C.A. No. 11-cv-286-LPS |

|  |  |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and<br>HOFFMANN-LA ROCHE INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>SUN PHARMA GLOBAL FZE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 09-cv-61-LPS<br>)    C.A. No. 10-cv-1085-LPS<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL DECLARATION OF JACLYN C. LEVY, ESQ. IN SUPPORT OF PLAINTIFFS WARNER CHILCOTT COMPANY, LLC AND HOFFMANN-LA ROCHE INC.'S REPLY BRIEF IN SUPPORT OF MOTION FOR <u>SUMMARY JUDGMENT OF INFRINGEMENT</u>**

| | |
|---|---|
| **OF COUNSEL:**<br><br>David B. Bassett<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800<br><br>Vinita Ferrera<br>Allen C. Nunnally<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | Frederick L. Cottrell, III (#2555)<br>  cottrell@rlf.com<br>Steven J. Fineman (#4025)<br>  fineman@rlf.com<br>Jaclyn L. Levy (#5631)<br>  levy@rlf.com<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19801<br>(302) 651-7700<br><br>*Attorneys for Plaintiff Warner Chilcott LLC* |

Dated: August 17, 2012

I, Jaclyn C. Levy, declare as follows:

1. I am an attorney at the law firm of Richards, Layton & Finger, P.A., counsel representing Plaintiffs Warner Chilcott Company, LLC, and Hoffmann-La Roche, Inc. ("Plaintiffs") in the above-captioned action.

2. I am admitted to practice before this Court.

3. I submit this declaration in support of Plaintiffs' Reply Brief in Support of Motion for Summary Judgment of Infringement.

4. Attached hereto as Exhibit 1 is a true and correct copy of the March 27, 2012 deposition transcript of Sunil Wimalawansa in this matter.

5. Attached hereto as Exhibit 2 is a true and correct copy of the November 18, 2011 Opening Expert Report of John P. Bilezikian, M.D.

6. Attached hereto as Exhibit 3 is a true and correct copy of Hirsc, Jerry. "YOUR MONEY; The medicine game; With a lot of knowledge and a little bit of begging, you can make your prescription bill much easier to swallow," Los Angeles Times (Mar 15, 2009).

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the February 21, 2012 Reply Expert Report of Joel W. Hay, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on August 17, 2012 in Wilmington, Delaware.

Jaclyn C. Levy (#5631)

## CERTIFICATE OF SERVICE

I hereby certify that, on August 17, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have sent a true and correct copy by electronic mail to the following:

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
Philip D. Segrest
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com
segrest@huschblackwell.com

**Defendant Sun Pharma**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Eric C. Cohen
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

**Defendant Teva**
Karen L. Pascale
Karen E. Keller
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

James Galbraith
Antony Pfeffer
Peter L. Giunta

525 W. Monroe Street
Chicago, IL 60661
Eric.cohen@kattenlaw.com
Jeremy.daniel@kattenlaw.com

**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007
jgalbraith@kenyon.com
APfeffer@kenyon.com
pgiunta@kenyon.com

/s/ *Jaclyn C. Levy*
Jaclyn C. Levy (#5631)
levy@rlf.com

RLF1 6024374v.1