## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>TEVA PHARMACEUTICALS USA, INC. )<br><br>Defendant. ) | C.A. No. 08-627-LPS<br>C.A. No. 11-81-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>APOTEX, INC. and APOTEX CORP. )<br><br>Defendant. ) | C.A. No. 09-143-LPS<br>C.A. No. 10-1111-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>MYLAN PHARMACEUTICALS, INC. )<br><br>Defendant. ) | C.A. No. 10-285-LPS<br>C.A. No. 11-286-LPS |

```
                                          )
WARNER CHILCOTT COMPANY, LLC, and         )
HOFFMANN-LA ROCHE INC.,                   )
                                          )
        Plaintiffs,                       )
                                          )
v.                                        )       C.A. No. 09-61-LPS
                                          )       C.A. No. 10-1085-LPS
SUN PHARMA GLOBAL FZE,                    )
                                          )
        Defendant.                        )
                                          )
```

## REQUEST FOR ORAL ARGUMENT

On June 22, 2012, Defendants Apotex Corp. and Apotex, Inc., Teva Pharmaceuticals USA, Inc., Mylan Pharmaceuticals, Inc. and Sun Pharma Global FZE filed a Motion for Summary Judgment of Invalidity under 35 U.S.C. § 103 for Obviousness (D.I. 330) and an opening brief in support thereof (D.I. 331). On July 20, 2012, Plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche filed an answering brief (D.I. 353). With the filing of Defendants' reply brief (D.I. 371) on August 17, 2012, the parties have completed briefing on the motion. Accordingly, pursuant to Local Rule 7.1.4 of the United States District Court for the District of Delaware, Plaintiffs respectfully request that oral argument be scheduled on the motion at the Court's convenience.

.

OF COUNSEL:

David B. Bassett
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

*/s/ Jaclyn C. Levy*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Jaclyn C. Levy (#5631)
levy@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street

RLF1 6760202v.1

Vinita Ferrera
Allen C. Nunnally
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Dated:  August 24, 2012

P.O. Box 551
Wilmington, DE  19801
(302) 651-7700

*Attorneys for Plaintiff Warner Chilcott L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 24, 2012, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have

sent a true and correct copy by electronic mail to the following:

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
Philip D. Segrest
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com
segrest@huschblackwell.com

**Defendant Sun Pharma**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Eric C. Cohen
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

**Defendant Teva**
Karen L. Pascale
Karen E. Keller
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

James Galbraith
Antony Pfeffer
Peter L. Giunta

525 W. Monroe Street
Chicago, IL 60661
Eric.cohen@kattenlaw.com
Jeremy.daniel@kattenlaw.com

**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007
jgalbraith@kenyon.com
APfeffer@kenyon.com
pgiunta@kenyon.com

_/s/ Jaclyn C. Levy_
Jaclyn C. Levy (#5631)
levy@rlf.com