IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Defendant. | C.A. No. 08-627-LPS <br> C.A. No. 11-81-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP. <br><br> Defendant. | C.A. No. 09-143-LPS <br> C.A. No. 10-1111-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC. <br><br> Defendant. | C.A. No. 10-285-LPS <br> C.A. No. 11-286-LPS |

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL FZE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 09-61-LPS <br> ) C.A. No. 10-1085-LPS <br> ) <br> ) <br> ) <br> ) |

## REQUEST FOR ORAL ARGUMENT

On June 22, 2012, Plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche filed a Motion for Summary Judgment of Infringement (D.I. 333) and an opening brief in support thereof (D.I. 334). On July 20, 2012, Defendants Apotex Corp. and Apotex, Inc., Teva Pharmaceuticals USA, Inc., Mylan Pharmaceuticals, Inc. and Sun Pharma Global FZE filed an answering brief (D.I. 351). With the filing of Plaintiffs' reply brief (D.I. 368) on August 17, 2012, the parties have completed briefing on the motion. Accordingly, pursuant to Local Rule 7.1.4 of the United States District Court for the District of Delaware, Plaintiffs respectfully request that oral argument be scheduled on the motion at the Court's convenience.

OF COUNSEL:

David B. Bassett
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Vinita Ferrera
Allen C. Nunnally

/s/ Jaclyn C. Levy
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Jaclyn C. Levy (#5631)
levy@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19801

RLF1 6760006v.1

WILMER CUTLER PICKERING  
HALE AND DORR LLP  
60 State Street  
Boston, MA 02109  
(617) 526-6000

Dated: August 24, 2012

(302) 651-7700

*Attorneys for Plaintiff Warner Chilcott L.L.C.*

RLF1 6760006v.1

## CERTIFICATE OF SERVICE

I hereby certify that, on August 24, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have sent a true and correct copy by electronic mail to the following:

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
Philip D. Segrest
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com
segrest@huschblackwell.com

**Defendant Sun Pharma**
John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Eric C. Cohen
Jeremy C. Daniel
**Katten Muchin Rosenman LLP**

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

**Defendant Teva**
Karen L. Pascale
Karen E. Keller
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com
kkeller@ycst.com

James Galbraith
Antony Pfeffer
Peter L. Giunta

RLF1 6024374v.1

| | |
|---|---|
| 525 W. Monroe Street<br>Chicago, IL 60661<br>Eric.cohen@kattenlaw.com<br>Jeremy.daniel@kattenlaw.com | **Kenyon & Kenyon LLP**<br>One Broadway<br>New York, NY 10004-1007<br>jgalbraith@kenyon.com<br>APfeffer@kenyon.com<br>pgiunta@kenyon.com |

                                                           */s/ Jaclyn C. Levy*
                                                        Jaclyn C. Levy (#5631)
                                                        levy@rlf.com