**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| *Plaintiffs*, | ) ) | C.A. No.1: 08-cv-0627-LPS (consolidated – lead case) |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | C.A. No. 1:11-cv-00081-LPS (consolidated with C.A. No. 08-627-LPS) |
| *Defendant*. | ) ) | |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| *Plaintiffs*, | ) ) | C.A. No. 09-143-LPS (consolidated with C.A. No. 08-627-LPS) |
| v. | ) ) | |
| APOTEX, INC. and APOTEX CORP., | ) ) | |
| *Defendants*. | ) ) | |
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| *Plaintiffs*, | ) ) | C.A. No. 10-285-LPS (consolidated with C.A. No. 08-627-LPS) |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| *Defendant*. | ) ) | |
| THE PROCTER & GAMBLE COMPANY and HOFFMANN-LA ROCHE INC., | ) ) ) | |
| *Plaintiffs*, | ) ) | C.A. No. 09-61-LPS (consolidated with C.A. No. 08-627-LPS) |
| v. | ) ) | |
| SUN PHARMA GLOBAL FZE, | ) ) | |
| *Defendant*. | ) ) | |

**DEFENDANTS' RESPONSE TO REQUESTS FOR ORAL ARGUMENT**

On August 24, 2012, plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche Inc. filed a *Request for Oral Argument* (D.I. 373) and a *Request for Oral Argument* (D.I. 374) on

the pending summary judgment motions concerning obviousness and infringement, respectively. Apotex Inc. and Apotex Corp., Mylan Pharmaceuticals Inc., Sun Pharma Global FZE, and Teva Pharmaceuticals USA, Inc. (collectively "Defendants") have reviewed Plaintiffs' requests. Defendants likewise request oral argument on their motion for summary judgment of invalidity for obviousness. If and to the extent the Court believes oral argument would be helpful, Defendants would also be prepared to appear and argue the other pending dispositive motions. Defendants further note that in addition to the two aforementioned motions, the dispositive motion *Defendants' Motion For Summary Judgment of Invalidity Under 35 U.S.C. § 112 For Inadequate Written Description And Failure To Enable The Full Scope Of The Claims* (D.I. 303), submitted with a supporting brief and appendix, opposition brief and declaration, and reply brief and appendix (D.I. 304, 305, 316, 317, 325, and 326), is also still pending. Briefing on that motion concluded June 5, 2012.

Respectfully submitted,

OF COUNSEL:

Steven E. Feldman
Philip D. Segrest, Jr.
Louise T. Walsh
Sherry L. Rollo
HUSCH BLACKWELL, LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE 19801
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendants*
*Apotex, Inc. and Apotex Corp.*

| | |
|---|---|
| OF COUNSEL:<br><br>Anthony Pfeffer<br>Peter Guinta<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY  1004-1007 | YOUNG, CONAWAY, STARGATT & TAYLOR<br><br>By: */s/ Karen S. Pascale*<br>     Karen S. Pascale (#2903)<br>     Rodney Square<br>     1000 N. King Street<br>     Wilmington, DE  19801<br>     kpascale@ycst.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |
| OF COUNSEL:<br><br>Edgar H. Haug<br>Richard E. Parke<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | MORRIS JAMES LLP<br><br>By: */s/ Mary Matterer*<br>     Mary Matterer (#2696)<br>     500 Delaware Avenue<br>     Suite 1500<br>     Wilmington, DE  19801-1494<br>     mmatterer@morrisjames.com<br><br>*Counsel for Defendant Mylan Pharmaceuticals Inc.* |
| OF COUNSEL:<br><br>Eric C. Cohen<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL  60661-3693 | PHILLIPS, GOLDMAN & SPENCE, P.A.<br><br>By: */s/ John C. Phillips, Jr.*<br>     John C. Phillips, Jr. (#110)<br>     Megan C. Haney (#5016)<br>     1200 North Broom Street<br>     Wilmington, DE  19806<br>     jcp@pgslaw.com<br>     mch@pgslaw.com<br><br>*Attorneys for Defendant Sun Pharma Global FZE* |

Dated:  August 29, 2012
1072619 / 37145

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 29, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 29, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell , III | William F. Lee |
| Steven J. Fineman | Wyley Sayre Proctor |
| Jaclyn C. Levy | Vinita Ferrera |
| Richards, Layton & Finger, PA | Richard Ewenstein |
| One Rodney Square | Bo Han |
| 920 N. King Street | Allen Nunnally |
| Wilmington, DE 19801 | Wilmer Cutler Pickering Hale & Dorr LLP |
| cottrell@rlf.com | 60 State Street |
| fineman@rlf.com | Boston, MA 02109 |
| levy@rlf.com | william.lee@wilmerhale.com |
| *Attorneys for Plaintiffs* | wyley.proctor@wilmerhale.com |
| | vinita.ferrera@wilmerhale.com |
| | richard.ewenstein@wilmerhale.com |
| | bo.han@wilmerhale.com |
| | allen.nunnally@wilmerhale.com |
| | *Attorneys for Plaintiff Warner Chilcott Company LLC* |

David B. Bassett
Martin E. Gilmore
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com
martin.gilmore@wilmerhale.com
*Attorneys for Plaintiff Warner Chilcott*
*Company LLC*

Joshua H. Harris
Mark E. Waddell
John M. Griem , Jr.
Jennifer B. Strong
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
jharris@loeb.com
mwaddell@loeb.com
jgriem@loeb.com
jstrong@loeb.com
*Attorneys for Plaintiff Hoffmann-La Roche*
*Inc.*

Karen L. Pascale
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
*Attorneys for Defendant*
*Teva Pharmaceuticals USA Inc.*

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
Peter L. Giunta
Kenyon & Kenyon LLP
One Broadway
New York, NY  10004
jgalbraith@kenyon.com
mpalmese@kenyon.com
apfeffer@kenyon.com
pgiunta@kenyon.com
*Attorneys for Defendant*
*Teva Pharmaceuticals USA Inc.*

Richard K. Herrmann
Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com
*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

John C. Phillips , Jr.
Megan C. Haney
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com
*Attorneys for Defendant
Sun Pharma Global FZE*

Eric C. Cohen
Jeremy C. Daniel
525 West Monroe Street
Chicago, IL 60661-3693
eric.cohen@kattenlaw.com
jeremy.daniel@kattenlaw.com
*Attorneys for Defendant
Sun Pharma Global FZE*

By:   */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Bindu A. Palapura
    POTTER ANDERSON & CORROON LLP
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

1023540 / 37145