

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Karen L. Pascale**
P 302.571.5001
F 302.576.3516
kpascale@ycst.com

October 29, 2012

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE  19801

      Re:   ***Warner Chilcott Co., LLC and Hoffman-La Roche Inc.***
            ***v. Teva Pharmaceuticals USA, Inc., et al.***,
            C.A. No. 08-627-LPS (CONSOLIDATED - LEAD CASE)

Dear Judge Stark:

      I write on behalf of all parties to the above-referenced consolidated action to thank Your Honor for postponing at the parties' request the oral argument on summary judgment motions scheduled for October 31, 2012, due to the anticipated effects of impending Hurricane Sandy.  In accordance with the instruction of Case Manager Neil Looby, the parties respectfully submit the following proposed dates for rescheduling the oral argument:

      November 12
      December 3, 5, or 6
      December 10, 12, 13, or 14
      December 17 or 18

      All other dates in November and December pose a conflict for one or more lead attorneys who plan to present argument during the hearing.  The parties are also available at the Court's convenience should Your Honor wish to conduct a telephone conference to discuss rescheduling the October 31 oral argument.

      Respectfully submitted,

      */s/ Karen L. Pascale*

      Karen L. Pascale (DE Bar No. 2903)

cc:  Counsel of record (via CM/ECF)