# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Defendant. | C.A. No. 08-627-LPS <br> C.A. No. 11-81-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP. <br><br> Defendant. | C.A. No. 09-143-LPS <br> C.A. No. 10-1111-LPS |
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC. <br><br> Defendant. | C.A. No. 10-285-LPS <br> C.A. No. 11-286-LPS |

|  |  |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL FZE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 09-61-LPS <br> C.A. No. 10-1085-LPS |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Allen C. Nunnally of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws his appearance in this action on behalf of Plaintiffs Warner Chilcott LLC and Hoffman-La Roche Inc. Wilmer Cutler Pickering Hale and Dorr LLP and Richards, Layton & Finger, P.A. continue to represent Plaintiffs Warner Chilcott LLC and Hoffman-La Roche Inc.

OF COUNSEL:

David B. Bassett
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Vinita Ferrera
Allen C. Nunnally
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: December 28, 2012

*/s/ Jaclyn C. Levy*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Jaclyn C. Levy (#5631)
levy@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs Warner Chilcott LLC and Hoffman-La Roche Inc.*

RLF1 7783096v.1

## CERTIFICATE OF SERVICE

I hereby certify that, on December 28, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have sent a true and correct copy by electronic mail to the following:

**Defendant Apotex**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
Philip D. Segrest
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com
segrest@huschblackwell.com

**Defendant Mylan**
Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

| | |
|---|---|
| **Defendant Sun Pharma** | **Defendant Teva** |
| John C. Phillips, Jr. | Karen L. Pascale |
| Megan C. Haney | Karen E. Keller |
| **Phillips, Goldman & Spence, P.A.** | **Young, Conaway, Stargatt & Taylor** |
| 1200 North Broom Street | The Brandywine Building |
| Wilmington, DE 19806 | 1000 West Street, 17th Floor |
| jcp@pgslaw.com | Wilmington, DE 19899-0391 |
| mch@pgslaw.com | kpascale@ycst.com |
| | kkeller@ycst.com |
| Eric C. Cohen | James Galbraith |
| Jeremy C. Daniel | Antony Pfeffer |
| **Katten Muchin Rosenman LLP** | Peter L. Giunta |
| 525 W. Monroe Street | **Kenyon & Kenyon LLP** |
| Chicago, IL 60661 | One Broadway |
| Eric.cohen@kattenlaw.com | New York, NY 10004-1007 |
| Jeremy.daniel@kattenlaw.com | jgalbraith@kenyon.com |
| | APfeffer@kenyon.com |
| | pgiunta@kenyon.com |

*/s/ Jaclyn C. Levy*
Jaclyn C. Levy (#5631)
levy@rlf.com