IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC and HOFFMANN-LA ROCHE INC. | ) ) ) C. A. No. 08-627-LPS |
| Plaintiffs, | ) ) |
| v. | ) CONSOLIDATED ) |
| TEVA PHARMACEUTICALS USA, INC., APOTEX INC. and APOTEX CORP., | ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Jaclyn C. Levy of Richards, Layton & Finger, P.A. hereby

withdraws her appearance in this action on behalf of Plaintiffs Warner Chilcott and Hoffmann-La

Roche Inc.  Richards, Layton & Finger, P.A., Wilmer Cutler Pickering Hale and Dorr LLP and

Loeb and Loeb continue to represent Plaintiffs Warner Chilcott and Hoffmann-La Roche Inc.

OF COUNSEL:

William F. Lee
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
*Attorneys for Warner Chilcott*

Mark E. Waddell
Joshua Harris
Loeb & Loeb LLP
345 Park Avenue
New York, NY

*Attorneys for Hoffman-La Roche Inc.*

Dated: February 8, 2013

*/s/ Jaclyn C. Levy*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Jaclyn C. Levy (#5631)
levy@rlf.com
Richards Layton & Finger, P. A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs Warner Chilcott and Hoffmann-La Roche Inc.*

RLF1 8013915v.1