**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC<br>and HOFFMANN-LA ROCHE INC.<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>APOTEX INC. and APOTEX CORP.,<br><br>　　　　　Defendants. | )<br>)<br>)　C. A. No. 08-627-LPS<br>)<br>)<br>)<br>)　CONSOLIDATED<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Katharine C. Lester of the law firm of Richards, Layton & Finger to represent Plaintiffs Warner Chilcott Company, LLC and Hoffmann-La Roche Inc. in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　/s/ Katharine C. Lester
　　　　　　　　　　　　　　　　　　　　Frederick L. Cottrell, III (#2555)
　　　　　　　　　　　　　　　　　　　　Katharine C. Lester (#5629)
　　　　　　　　　　　　　　　　　　　　Richards, Layton & Finger, P.A.
　　　　　　　　　　　　　　　　　　　　920 N. King Street
　　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　(302) 651-7700
　　　　　　　　　　　　　　　　　　　　cottrell@rlf.com
　　　　　　　　　　　　　　　　　　　　lester@rlf.com

Dated:  February 15, 2013　　　　　　　　*Attorneys for Warner Chilcott and Hoffmann-La Roche Inc.*

RLF1 8134253v.1