IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, and HOFFMANN-LA ROCHE INC., <br><br>Plaintiffs, <br><br>v. <br><br>TEVA PHARMACEUTICALS USA, INC., et al. <br><br>Defendants. | C.A. No. 08-627-LPS (Cons.) |

## PLAINTIFF WARNER CHILCOTT COMPANY, LLC'S
## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Warner Chilcott Company, LLC ("Warner Chilcott") hereby moves this Court for a preliminary injunction enjoining Defendants from making any sales of generic Actonel® Once-A-Month products pending Warner Chilcott's appeal from the Court's March 28, 2014 Opinion (D.I. 400, 401) to the United States Court of Appeals for the Federal Circuit. The grounds for this motion are set forth in Warner Chilcott's Opening Brief in Support of its Motion for Preliminary Injunction and the Declarations of Herm Cukier and Robert Hutchins, filed contemporaneously herewith.

OF COUNSEL:

David B. Bassett
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10014
(212) 230-8800

Vinita Ferrera
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: May 21, 2014

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Katharine C. Lester (#5629)
lester@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiff Warner Chilcott L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 21, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record. I further certify that I have caused the foregoing document to be sent via electronic mail to the following:

Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven E. Feldman
Hartwell P. Morse, III
Louise T. Walsh
Sherry L. Rollo
Philip D. Segrest
Thomas L. Gemmell
**Husch Blackwell LLP**
120 S. Riverside Plaza – Suite 2200
Chicago, IL 60606
Steven.feldman@huschblackwell.com
Hartwell.morse@huschblackwell.com
Louise.walsh@huschblackwell.com
Sherry.rollo@huschblackwell.com
Philip.segrest@huschblackwell.com
Tom.gemmell@huschblackwell.com

*Counsel for Defendants Apotex Corp. and Apotex Inc.*

Richard K. Herrmann
Mary B. Matterer
**Morris James LLP**
500 Delaware, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Edgar H. Haug
Robert E. Colletti
Richard E. Parke
**Frommer Lawrence & Haug LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
rcolletti@flhlaw.com
rparke@flhlaw.com

*Counsel for Defendant Mylan Pharmaceuticals, Inc.*

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>**Phillips, Goldman & Spence, P.A.**<br>1200 North Broom Street<br>Wilmington, DE 19806<br>jcp@pgslaw.com<br>mch@pgslaw.com | Karen L. Pascale<br>**Young, Conaway, Stargatt & Taylor**<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>kpascale@ycst.com |

John C. Phillips, Jr.
Megan C. Haney
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Eric C. Cohen
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, IL 60661
Eric.cohen@kattenlaw.com

*Counsel for Defendant Sun Pharma Global FZE*

Karen L. Pascale
**Young, Conaway, Stargatt & Taylor**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
kpascale@ycst.com

James Galbraith
Antony Pfeffer
Peter L. Giunta
Vincent Rubino
Maria Luisa Falmese
**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004-1007
jgalbraith@kenyon.com
APfeffer@kenyon.com
pgiunta@kenyon.com
vrubino@kenyon.com
mpalmese@kenyon.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

 

                                                  */s/ Katharine C. Lester*
                                                  Katharine C. Lester (#5629)
                                                  lester@rlf.com